original

Saul Miranda Ramirez
FULL NAME

COMMITTED NAME (if different)

CSATF STaTe prison P.O.Box7100
FULL ADDRESS INCLUDING NAME OF INSTITUTION

Corcoran, CALifornia 93212
H-84928
PRISON NUMBER (if applicable)

FILED
CLERK, U.S. DISTRICT COURT

APR 22 2025

CENTRAL DISTRICT OF CALIFORNIA
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

SAUL MIRANDA RAMIREZ

PLAINTIFF

V.

CDCR. eT. al, DefendanTs
eT, al,
DEFENDANTS

CASE NUMBER
2:23-CV-07576-SPG-BFM.
To be supplied by the Clerk

Third Amended complainT

CIVIL RIGHTS COMPLAINT
PURSUANT TO (Check one)
X 42 U.S.C. § 1983
☐ Bivens v. Six Unknown Agents 403 U.S. 388 (1971)

JuryTrial Demanded

A. PREVIOUS LAWSUITS

Have you brought any other lawsuits in a federal court while a prisoner? X Yes ☐ No

If your answer to "1." is yes, how many? 3

Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.)

① First Prior LawsuiT: Ramirez V. Year wood # CIV990296DEL-DA.
ResulT: summary JudgmenT Dismissed as mooT recieved corrective surgery that I'd sued To recieve

② Second prior LawsuiT: Ramirez V. Paramo #14CV1830BASwVG.
ResulT; I won a seTTlemenT filed on 8-4-2015, settled 2015. ;

③ third LawsuiT. Saul Miranda Ramirez V. Danial samuel 9-2023.
case 2:23-CV-07576-SPG. BFM. cmc sTaTe prison And was ordered To refile for corcoran sTaTe prison In EasTern DisTricT case #1:24-CV-00273-JLT-GSA(PC). Ramirez V. T. campBell pending.

1

a. Parties to this previous lawsuit:
   Plaintiff _Answerd To best of my ability on previous page._

   Defendants _____

b. Court _____

c. Docket or case number _____
d. Name of judge to whom case was assigned _____
e. Disposition (For example: Was the case dismissed? If so, what was the basis for dismissal? Was it appealed? Is it still pending?) _____
f. Issues raised: _____

g. Approximate date of filing lawsuit: _____
h. Approximate date of disposition _____

B. EXHAUSTION OF ADMINISTRATIVE REMEDIES

1. Is there a grievance procedure available at the institution where the events relating to your current complaint occurred? ☒ Yes   ☐ No

2. Have you filed a grievance concerning the facts relating to your current complaint? ☒ Yes   ☐ No

   If your answer is no, explain why not _SEE Exhibits (A) (B) (C) (D)_

3. Is the grievance procedure completed? ☒ Yes   ☐ No

   If your answer is no, explain why not _____
   _I also filed the DGS. Government claim No. P202200539_

4. Please attach copies of papers related to the grievance procedure.

C. JURISDICTION

This complaint alleges that the civil rights of plaintiff _Saul Miranda Ramirez_
                                                           (print plaintiff's name)

who presently resides at _CSATF. STate prison P.O.Box 7100 corcoran CA. 93212-7100_
                          (mailing address or place of confinement)

were violated by the actions of the defendant(s) named below, which actions were directed against plaintiff at

_California mens colony STate prison City of SanLuis obispo_
                    (institution/city where violation occurred)

2

on (date or dates) 2017 To 2021 , 2016 To 2021 . _____
(Claim I)                    (Claim II)                              (Claim III)

NOTE:    You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants. make a copy of this page to provide the information for additional defendants.

1. Defendant  California DeparTmenT of correcTions Rehabilitation resides or works at
(full name of first defendant)
P.O. Box 942883, SacramenTo, CA. 94283-0001
(full address of first defendant)
CDCR. in sTaTe of california
(defendant's position and title. if any)

The defendant is sued in his/her (Check one or both): ☒ individual    ☐ official capacity.

Explain how this defendant was acting under color of law:
is legally responsible for inforcing policys ThaT applies across multiple CDCR. insTiTuTions To sTop guards misconducTs and failed!

2. Defendant  Howard E. Moseley                                    resides or works at
(full name of first defendant)
P.O. Box 942883, SacramenTo, CA. 94283
(full address of first defendant)
AssociaTe DirecTor of Appeals office
(defendant's position and title. if any)

The defendant is sued in his/her (Check one or both): ☒ individual    ☐ official capacity.

Explain how this defendant was acting under color of law:
has responsibiliTy for inforcing policys thaT applees across multiple CDCR. prisons To sTop %oguards misconducTs. BuT Denies all Grievances, To cover up misconducTs!

3. Defendant  Danial Samuel                                         resides or works at
(full name of first defendant)
california mens colony P.O. Box 8103, San Luis oBispo CA. 93409-0003.
(full address of first defendant)
Warden
(defendant's position and title. if any)

The defendant is sued in his/her (Check one or both): ☒ individual    ☐ official capacity.

Explain how this defendant was acting under color of law:
Was legally responsible For supervising, disciplining and Training all correcTional oFFicers aT cmc. And failed To do so.

3

4  Defendant  B. D. philips _____ resides or works at
(full name of first defendant)

cmc p.o.Box8103 SanLuis oBispo, CA.93409-0003
(full address of first defendant)

Associate Warden _____
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☒ individual   ☐ official capacity.

Explain how this defendant was acting under color of law:

was legally responsible For supervising officers who I'd informed him were violating my constitutional rights.

5  Defendant  T. Macias _____ resides or works at
(full name of first defendant)

cmc p.o.Box 8103, SanLuis, oBispo, CA.93409-0003
(full address of first defendant)

Medical chieF Executive officer _____
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☒ individual   ☐ official capacity.

Explain how this defendant was acting under color of law:

Denied To help plaintiff To get back and neck injurys fixed that has caused unreparable harm. Now I have To use a permanent walker. 8th Amdement violation.

conTinue Defendants
⟶

4

CIVIL RIGHTS COMPLAINT

CV-66 (7/97)                                                                 Page 4 of 6

2. <u>Defendants</u>: (Attach same information on additional pages if you are naming more than 4 defendants.)

6. Defendant C. Mohammed resides in Cmc. SanLuis OBispo CA.
(name)                                          (County of residence)
and is employed as a Correctional officer . This defendant is sued in
(defendant's position/title (if any))
his/her ☒ individual ☐ official capacity. (Check one or both.) Explain how this defendant was acting under
color of law: was an officer aT cmc aT all Times mentioned in
this complaint, who violated my consTitutional rights as
shown in claim one. .

7. Defendant R. Cabrera resides in Cmc. SanLuis OBispo CA.
(name)                                          (County of residence)
and is employed as a Correctional officer . This defendant is sued in
(defendant's position/title (if any))
his/her ☒ individual ☐ official capacity. (Check one or both.) Explain how this defendant was acting under
color of law: was an officer at cmc. at all Times mentioned
in this complaint, who violated my constitutional Rights
as shown in claim one. .

8. Defendant M. Loomis resides in Cmc. SanLuis OBispo CA.
(name)                                          (County of residence)
and is employed as a Correctional officer . This defendant is sued in
(defendant's position/title (if any))
his/her ☒ individual ☐ official capacity. (Check one or both.) Explain how this defendant was acting under
color of law: was an officer aT cmc aT all times mentioned
in this complaint, who violated my constitutional
rights as shown in claim one. .

9. Defendant C. Dennerlein resides in Cmc. SanLuis OBispo, CA.
(name)                                          (County of residence)
and is employed as a Correctional officer . This defendant is sued in
(defendant's position/title (if any))
his/her ☒ individual ☐ official capacity. (Check one or both.) Explain how this defendant was acting under
color of law: was an officer at cmc at all times mentioned,
in this complaint, who violated my constitutional Rights
as shown in claim one. .

10 Defendant L. Castillo resides in Cmc. SanLuis OBispo CA.
is employed as a correctional officer-sued in individual
capacity.
was an officer aT cmc, aT allTimes mentioned in this
Complaint who violated my constitutional rights as shown
in claim one.

§ 1983 SD Form
(Rev. 8/15)                                    5

D. CLAIMS*

CLAIM I

The following civil right has been violated:

8Th. AmendmenT RighT failed to protecT. To be free of cruel andunus-
ual. punishmenT. violations / 1ST. AmendmenT righT To be free from ret-
aliations. for filing Grievances agaisT %o guards.
STate of CA. CDCR. supervisor liabiliTy for knowing abouT these cons-
TiTutional violations and failing To Try To sTop them. sTarr v. Baca(9th.
cir. 2011). 652 F. 3d. 1202. And violation of the American Disability AcT title
11, 42. USC. § 12132-12202, section 504, of RehabiliTation AcT. 29, USC § 794
(a) and RA (via 42 USC § 2000 d 7(a)(1) ArmsTrong v. newsom(9Th cir 2023)
coleman v. newsoms. and even plaTa case remedial plans keepbeing
brocken and violated iTs breach of conTracT settlemenTs for I pla-
intiff. being a class member inmaTe. Deliberfly inflicTing inmoTional
DesTress. pain and suffering. harassmenT intimidation, discrimination
bodily injury unreperable Harm. of ongoing fear of be beaTen up
~~and~~ and sTabbed.

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without
citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each
DEFENDANT (by name) did to violate your right.

1  california DeparTmenT of correcTions and RehabiliTation.
sued in theirindividual. capaciTies. eTal, DefendanTs. under
the Americans with DisabiliTy AcT TitleI1, 42. US cs § 12132, secTion
504. of RehabiliTation AcT. 29, USC § 794 (a) and RA (via 42 USC § 2000 d-
7(a)(1). ArmsTrong v. Newsom, 58 F. 4Th 1283 (9Th cir. 2023). coleman v.
Newsom. Eop. Triple c. All these remedial plans and even plaTa v. newsom.
CDCR. and sTate of california have brocken these remedial plans andevenhave
been in conTempT of the courTs. you "sTate" of cA. CDCR keep allowing
%o c. mohammed, %o R. cabrera, %o M. Loomis, %o Dennerlein, %o L. casTillo
violaTing my 8Th AmendmenT. and my1ST AmendmenT RighT. failingTo
proTecT plainTiff and ReTaliaTing on me over a Grievance. Then you
allow. warden of cmc D. Samuel, ASSOC. warden B.D. philips cover up
%o guards ongoing misconducTs. So I Grievance To office of Appeals
Howard E. moseley for help he also covers up cusTody misconducTs.

*If there is more than one claim  describe the additional claim(s) on another attached piece of paper using the same
outline.

6.

Continue Claim 1

**C. Causes of Action** (You may attach additional pages alleging other causes of action and the facts supporting them if necessary.)

Count 1: The following civil right has been violated: answered on previous page

(E.g., right to medical care, access to courts,

due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts: [Include all facts you consider important to Count 1. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 1.]

2 CDCR. Howard E. MOSELEY. Denies all Grievances. SEE Exhibit (A) response Letter dated April 13-22. of Armstrong and coleman Lawyers of increasing staff misconducts at cmc, when I filed Government claim To State of CA. NO: GCP202200539, ERic Rivera stated I was rejected because it involves complex issues, so even The State of CA. didn't want To hear about %0 guards misconducts, or even Try To help plaintiff. I am a 64 year old man ADA. mobility impaired. State of CA. CDCR, on 10-6-2021 at cmc prison your %0 guards incited Their inmates To Attempt To Stab me. custody Transfered me To Stockton CHCF, on 6-6-22, %0 B. chavez %0 Duran. Sent inmate cyprain-p35202. To Try To beat me off CHCF. over a CDCR. ADA. 1824 #165032251023. CDCR. csp Transfered me To corcoran, prison. and on 1-30-24, at 7:30 pm. your %0 guards incited inmates To threaten and Attempted To Stab me. And again on 4-5-24 at 9:Am inmate oHeada was Attempting To cut my face with a Razor blade of a razor that %0 H. Fernandez had given To inmate To cut me. and on 10-4-24, %0. G. Gutierrez, makes a sexual Jock on me and says I will be Turned into a Trany inmate by %0 guards, this is over a Law suit, Grievance, so custody Transferes me To SATF. And on 1-30-25. a inmate comes into my cell 130 and attacks me beating me up. The %0 guard Ramirez and other %0's incited inmates Telling Them that in computer I. Grievance. other %0's and they don't want me at c-SATF. because Lawsuits. #223 cv07576sp6BFm. and case 124cv00273J-LT.6SA. ongoing Retaliations and 8Th amendment violations. The CA. STate, CDCR. Howard E. moseley inforce policys that applies across multiple CDCR. prison institutions. To stop %0 guards violent misconducts. but instead cover up misconducts they are responsible and Liable for cmc %0 guards constitutional viol. against plaintiff.

§ 1983 SD Form
(Rev. 8/15)

7

Claim 1 continued.

3. Warden Danial Samuel was made aware through Two very explicit and detailed letters I wrote To him SEE EXHIBIT (A), That my 8th Amendment right To be Free from cruel and unusual punishment, and my 1sT. Amendment right against retaliation for filing grievances were being violated by his officers, acknowledged as recieved becouse he wroTe back, so that when the bad acts continued it was with The supervisor's knowledge and in action To sTop them. Warden Samuel was on notice of an ongoing constitutional violation and a need To Train, See Machado V. CDCR, NO. CV 13-1703-CAS-DFM. SEE EXhibiT (A) inmate witness List

8

claim 1 continued.

4 CDCR. Associate Warden B.D. phillips was made aware through my very explicit and detailed letter that he read and responded To-SEE EXHiBiT(A) that officers he was responsible for supervising were violating my rights To be free from cruel and unusual punishment under the 8th Amendment, and my 1ST. Amendment right against retaliation for filing grievances. Becouse he wrote back, when the bad acts continued it was with the supervisor's knowledge and in action To sTop them. A.W. philips was on notice of an ongoing constitutional violation and a need To Train, his in action was clearly deliberate in difference, See sTarr v. Baca (9th cir, 2011), 652 F.3d 1202, when a supervisor learns of a violation and Fails To do anything To Fix the situation, The supervisor is liable, SEE EXHiBiT (A) inmate witness List.

9

Claim 1. continued,

5 C.O.C. Mohammed, failed his duty to protect me by instructing big Mike to try to murder me with a knife big Mike stating to inmate nick name Holly wood, becouse I had Lid up the whole D-yard to 602 the C/o guards. And he showed him with his hands how long the knife was that he had fabricated. I was witness to this on about 10-1-2021, Just about waiting to walk into building D-7. This is violating the 8th Amendment, in retaliation for grievances I filed against C/o guards, and letters I wrote to the warden, violating the 1st Amendment see Exhibit (B) for the confidential information Disclosure where a witness states that on October 6-2021, an inmate was waiting with a knife to attack me, and Grievance #178124; where I go deeper into the action of each Defendant and a list of witnesses. inmate Rubio, mario, CDCR.# k-33959, he helped plaintiff pickup inmate names and cDcR numbers for this witness List for coleman, and ArmsTrong Lawyers Adam Dean. inmate Rubio also knew about C/o c. mohammed and other C/o guards in collusion had this plan in conspiracy to get plaintiff off D-yard. Inmate G. Carrasco CDCR.NO. BB1772-cell 8278, on 10-6-2021, about 9:30:Am. and inmate Ricardo Salazar, CDCR. AD2690, on 10-6-2021, about 10:Am were there before I went into committee to talk to warden D. samuel, and Ass. warden B. philips. they also knew about C/o c. mohammed, C/o L. castillo, C/o c. Dennerlein, C/o m. Loomis C/o R. cabrera insiting Bigmike and inmate Albrite crow to beat me up and stab me to get me off D-yard. I also saw confidential source psychologist, Lewis Estes about 9:30 Am when she walked into committee on 10-6-2021, that even her water Jug fell off her hand she witness inmate Albrite crow waiting for me to stab me and beat me up. in violation under ADA Act Title II set 504 of Rehabilitation Act 29. usc 794(a) / coleman case violation of remedial plans and plata case brocken Remedial plans breach of contract settlements.

10

Claim 1 continued

6. C.O. R. Cabrera, Failed his duty To protect me as shown by his conversation with C.O. Lizarraga at 8:AM on 10-5-2021, That he had left the doors open, and banged his fist on the 3RD. Tier podium, saying "I want Brown To go in Ramirez cell and beat the Fuck! out of him". inmate Reyes in cell 7305. infront of my cell 7342. is my witness that C/o R. Cabrera wanted inmate Brown-nick name (USO) To go into my cell 7342 and beat me up. This is a Violation of my 8th. Amendment., in retaliation for grievances I wrote against C/o guards. for inter-fering. When I complained To the nurses Why were we not allowed To see DR. Collins. because of covid-19 I could not breath. so I filed a Grievance on custody because C/o R. Cabrera yelled at me why was I bitching about so he retaliated on me. Violating my 1st. Amend-ment. Right. in collusion with C/o C. mohammed C/o C. Dennerlein. C/o L. castillo, C/o M. Loomis. SEE EXHiBiT (B) Grievance# 178124. and Attached Letter To Warden D. Samuel. See CDCR. 7362. I sent To my clinician miss Lopez and DR. gray of mental Health complaining on These C/o guards Retaliations dated 8-9-2021, 8-13-2021, and 10-1-2021, CDCR. 7362', this is Violation of ADA ACT Title II. 42. USC§12132-12202. section 504, of Rehabilitation ACT 29. USC§794, and coleman v. newsom, and plata case Violations of brocken Remedial plans. and breach of contract settlements.

11

Claim 1. conTinued.

7 C.O. M. Loomis, failed his duty To protect me by working in collusion with other C/o. guards c. mohammed C/o. R. Cabrera, S/o C. Dennerlein, S/o. L. castillo. To inciTe and provoke inmate Big Mike and inmate Crow AlbriTe To attack and murder me with a knife, and telling another C/o. guard in the mental Health building (that we finally goT Ramirez out of here, SEE EXHibiT (B) CDCR 7362. dated 8-9-2021, 8-13-2021, 10-1-2021, To mental Health clinician Lopez. and DR. Gray supervisore my witness is inmate Rose. SEE also. Grievance# 178124, Grievance# 142734, and Grievance# 157789, on having my cell search by other S/os guards harassing and discriminating me. This is violating the 8Th. AmendmenT, and the 1sT. AmendmenT ReTaliation. C/o m. Loomis while the nurse in 12-30-2020, checked my Tempature on covid-19, I complained To nurse why I was not allowed To see DR. collins. becouse I was sick with covid-19, and C/o Loomis got angry and interefered by telling me not To complain To the nurse, then I filed a Grievance and ReTaliation began. this is violation of ADA, AcT Title II, 42, USC§12132-12202, Section 504, of RehabiliTation AcT 29, USC§794, and coleman v. newsom and plata case violations of brocken Remedial plans. and breach of conTracT settlements.

12

Claim 1 Continued.

8. C.O. C. Dennerlein, Failed his duty to protect me by Telling inmate Reese that he did not want me only beaten up, but that he ~~did~~ wanted me stabbed too! C/o C. Dennerlein also incited inmate nick name Holly wood. Telling him that I Ramirez was Fucking with him. And inmate Holly wood Told the white race To beat me up, this was around 10-2-21, all this started about December 30-2020, when C/o M. Loomis Told me not To complain To nurse about seeing a DR. and that same day about 11:AM when C/o R. Cabrera Told me what I was bitching about. I explained To C/o C. Dennerlein that we were being Denied To see a Doctor for Covid-19, he answered me To Grievance 602 medical but not them custody C/o guards. this officer was in collusion with other C/o guards To incite and provoke Big Mike and crow Albrite To attack and murder me with a knife SEE EXHiBiT(B) Grievance 178124, this violated the 8th. Amendment, and the 1st. Amendment for retaliation due To Grievances I filed against. C/o guards. Calculated harassment, Hudson V. Palmor (1984) U.S. 517530. SEE EXHibit(B) Grievance #142734, and Grievance # 157789. this is violation of ADA, ACT title II, 42, USC§12132-12202 Section 504, of Rehabilitation ACT. 29, USC§794, and coleman V. newsom and plata case Violations of brocken Remedial plans and breach of contract settlements.

13.

claim 1 continued.

9. C.O. L. castillo, failed his duty to protect me by his collusion with other C/o guards To provoke Big Mike and crow Albright To attack and murder me with a knife on or about 10-1-2021, I witness C/o C. mohammed and C/o L. castillo Talking with inmate nick name big Mike coming from his work shop where big mike stated inmate nick name Holly wood that he had Fabricated a knife at his work shop. about two Times I saw these C/o guards secretly talk To Big mike. this is violation of my 8th Amendment, and the 1st. Amendment Right retaliating, against me for filing Grievances against him and all the other Defendants. even will be liable for they intended To harm. the intended harm was To be stabbed To death. These officers knew I faced Extremely substantial risk of serious harm or death and disregarded that risk by failing To Take reasonable measures To abate it. See Farmer v. Brannan (1994) 511 U.S. 825, 847. SEE Exhibit (B) Grievance # 178124, and Grievance # 142734, also SEE Exhibit (A) inmate witness List. this is violation of ADA, ACT Title II, 42 usc 12132-12202 Section 504, of Rehabilitation ACT. 29 usc.§794, and coleman v. newsom and plata case violations of brocken Remedial, plans and breach of contract settlements.

14

Claim II

Count 2: The following civil right has been violated: 8Th Amendment Violations, 1st Amdment
(E.g., right to medical care, access to courts,
Right voilation, ADA ACT TiTleII, secTion 504, RA AcT 29, plata- coleman Violations
due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts: [Include all facts you consider important to Count 2. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 2.]

10. T. Macias. Medical chief Executive officer. ON April 28-2017 DR. David J. yeh did a Lumber surgery on plainTiff Lower back aT sierra vista Regional hospiTal. san Luis oBispo CA.

ON AugusT 8-2017, neurosergen DR. David J. yeh fallows up on my Lower back surgery plainTiff reporTed To DocTor That after 90 days of back surgery I was puT back To work and LifTing a waTer buckeT I injured the surgery on my Lower back. I also Told DR. Griffin on 9-21-2017, SEE ExhibiT (C) In Grievance cmc. Hc. 20001066, page (17)

ON 8-10-2017, in HealTh care APPeal Log# cmc, Hc17051492 I requesTed a medical Hold To finish my fallow ups with neurosergen DR. David J. yeh on my Lower back and hip, and I also saw DR. kowall in AugusT 9-2017, aT Twin ciTy DR. kowall recommends a RighT knee replacemenT also X-ray. Taken. and afTer thaT Then To fallow up on my LefT knee. J. Haar. MD. chief medical ExecuTive and T. macias chief ExecuTive, officer denied my medical Hold on 10-19-2017, SEE ExhibiT (C) pages 1 To 12

ON ocTober 5-2017, DR. Griffin said plainTiffs ToTall knee replacemenT was Denied, I was given a knee brace for RighT. volgus knee/DeliberaTe Indifference, inadaqueT medical TreatmenT.

ON February 20-2018, DR. Griffin puTs me up again so DR. kowall will continue his RighT knee replacemenT that DR. kowall recommended./ ON April 6-2018, DR. collins Tells plainTiff I am approved for RighT knee replacemenT on may 14-2018, and gives me a 6 month medical Hold. AfTer 10 months of Denied and Delays I finely geT RighT knee replacemenT. 8Th AmendmenT violation.

§ 1983 SD Form
(Rev. 8/15)

15

conTinue Claim 2

ON 9-28-2020, I filed a HealTh care Grievance Tracking#CMC.HC 20001066. To See DR. Collins To fallowup for Lowerback injury of Loose screws in my back and neck pain and Left shoulder fallownp. This Grievance was rejected on ocTober 5-2020. SEE ExhibiT(c) pages 13 TO 20. DeliberaTeindifference caused Unreparable harm. 8th Amend. Viol.

ON 4-26-2021. I filed HealTh care Grievance Tracking# CMC.HC. 21000424, on Quarantine procedures causing Denials To see DR. collins and delay of medical Treatment on covid-19 and denied To fallow up with back and neck specialisT DocTors. and T. macias chief EXecuTive officer Denied it no inTervenTion on 5-28-2021. SEE EXhibiT(C) pages 21 To 35, in adequeT medical TreatmenTs.

ON 4-5-2021, I filed HealTh care Grievance Tracking#CMCHC. 21000361, for DR. Collins To fallowup on neck pain and Left shoulder pain. To see The specialisT becouse all our DocTors AppointmenTs are delayed and Denied becouse of covid-19. And T. macias chief ExecuTive officer Denies and aw sTaTes inTervention, on 5-27-2021. And that I was Approved To fallow up for neurosurgery,evaluation on Lower back injury buT it never happened. This is 'negligins' compliance and performence. SEE ExhibiT(C) pages 36 To 50, 8Th Amd. unreperable harm. No exhibiT,

ON 7-28-2021, I filed a HealTh care Grievance Tracking#cmcH. C. 21000649, and #cmcHc.21000016, a sTaff complainT on recreation TherapysT A. Ellis for working in collusion with ℅ guards. Loomis ℅ mohammed, ℅ casTillo, ℅ delgadillo and other ℅ guard To geT me for over familerizing Trying To seT me up for a sexual HarassmenT To send me To ADSEG and Transfer me ouT for filing on covid-19 and on ℅ guards for inTerefering with my medical. TreaTmenTs. T. macias c E.O. Denies boTh on 10-11-2021, and on 9-29-2021./ReTaliaTion allowed by T. macias.

16

ConTinue claim 2

ON June 22-2018, plainTiff filed a Health care Grievance Tracking # cmc Hc. 18000961, becouse the medical Hold given To plainTiff by DR. Collins was Taken off. And correctional counseler ccl Gomez wanTs To Transfere plainTiff To another prison. And I needed DR. kowall To fix my LefT knee. fallow up. BuT T. macias chief ExecuTive officer Denies Grievance # cmcHc. 18000961 no intervention. on 8-27-2018, SEE ExhibiT (c) pages 51 To 62 /8Th amendment, cruel and unusual punishmenT. EsTelle v. Gamble

ON February 26-2018. DR. David J. yeh is going To quiT but will keep up To DaTe on my back injury. recommends no sweaping, and moping.

ON January 23-2019, DR. kowall orthopeadic surgen gave me a injecTion on LefT knee miniscus Tear and sTaTed That plaintiff would need a total LefT knee replacemenT in the Future.

ON 9-28-2020, plaintiff filed a CDCR. ADA 1824. Log No: cmc-E-20-01986. on ccl correcTional counselor L. Zelaya puT me back to work with a injured Lower back and neck pain. being ADA mobiliTy impaired. SEE ExhibiT(c) pages 63 To 70 ADA. violation secTion 504.

ON 10-1-2020, I filed Health care Grievance Tracking # cmc Hc. 20001087, due To correctional counselor ccl L. Zelay puTing me To work with LoTs of back pain and sTressed ouT due To back and neck pain and knee pain. T. macias chief ExecuTive. officer Denied To no intervenTion on 12-1-2020, SEE ExhibiT (C) pages 71 To 78, 8Th Amend. Violation. ADA. AcT TiTle II secTion 504 violations.

conTinue claim 2.

ON 9-28-2021, I filed a Grievance #176405 for my IDTT hearing date on 9-28-2021. becouse cusTody CC1 correctional counselor Horsly and cc11 pham in collusion with %o mohammed, %o Loomis %o cabrera, %o Denerlen %o L. castillo pressured my clinician G. Lopez To Transfer me To DSH, ICF. And warden D. Samuel Denied it on 2-11-2022. To sTaff complainT unfounded. And B. phillips [PHBR002] CDW(A) denies and Disapproves intitutional level To cover up cusTody manipulating menTal HealTh DocTors ToTransfere me out To ICF. DSH. for filing on covid-19 and %o guards, denied on 10-29-2021, SEE ExhibiT (C) pages 79 To 92 1sT Amendment violaTion and coleman remedial plan brocken breach of conTracT. settlemenT. - - - / SEE ExhibiT (C) page 46, CT. Lumber spine daTed 1-27-2020. on Loosening screw. S1. This is a injury thathad To be correcTed and fixed. / SEE ExhibiT (D) pages 1, 2. neurosurgen DonalD A, RamBer G. mD. daTed 1-20-2023, was To redo lumber Laminectomy. and fusion with a transforaminal fusion L5-S1, and revision of the pedicle screw insTrumenTaTion from L4 down To the sacrum. T. macias. could of help plaintiff finish This needed correcTive surgery.

SEE ExhibiT (D) page 3 neurosurgen mD. m. Rahimifar daTed may 26-2023. sTaTes in Recommend aTions. if his neurogenic symptoms continue, he needs laminectomy of L3, L4, L5. this has gotten worse. SEE page 4. neurosurgen mD. m. Rahimifar dated ocTober 8-2024, and sTaTes mRI thaT was done on 4-29-2024, shows posT surgical changes of pedicular screw application and interbody device with scarring wrapped around the Thecal sac spinal stenosis has spread up To include L2-L3 and L3-L4, so his arthropathy is progressive. so now the Injury has progressed.

Continue claim 2 T. macias.

And DR. Rahimifars Recommendations states since surgical results will not be ideal and probably will be complicated with possibility of dura tear. So if Defendant T. macias would of helped me get this needed corrective surgery for my back injury since 2017, Its past about 7 years with me induring pain and suffering that has gotten to the point of deliberately indifferent to a prisoners serious, medical needs Estell. v. Gamble it was led to worsen into a injury of urepairable harm. Now DR. Rahimifar states its gotten worse and cant be fixed plaintiff has to live and indure back and neck pain that I need to use a permanent walker. SEE Exhibit. (D) pages 5-6, MRI. Lumber spine dated 8-1-2022. its gotten severe. SEE pages 7, 8, 9 MRI Lumber spine. dated 4-29-2024. on the pedicle screw L5 ands I have and continue to worsen. some how my sia tic, nerves inflict Lots of back pain on plaintiff. SEE pages 10-11, MRI cirvical spine dated 9-25-2023. also has progressed with Lots of inflicting neck and shoulder pains. SEE page 12 MRI knee Left. dated 11-15-2018. gotten worse. SEE pages 13, 14, 15 MRI. knee Left. gotten worse. T. macias ADA. sect. 504 8th Amend. violation. claim 1 and 2 are a common nucleus of operative facts. Gregor v. Widnall (9th cir) 1998).

E. REQUEST FOR RELIEF

I believe that I am entitled to the following specific relief:

plaintiff respectfully prays the court:

(1) Grant plaintiff compensatory money damages against each defendant jointly and severly, in an amount To be determined at trial.

(2) Grant plaintiff punitive damages against each defendant jointly and severly, in amount To be determined at trial.

(3) Grant plaintiff a jury Trial on all issues Triable by jury.

(4) Grant plaintiff the costs of this suit and reasonable attorneys fees.

(5) Grant any additional relief this court deems just, proper and equitable

Respectfully Submitted,

April 3 2025
(Date)

Saul Miranda Ramirez
(Signature of Plaintiff)

20

CIVIL RIGHTS COMPLAINT

United States District court

Central District of california
Western Division

Saul Miranda Ramirez
_____
Plaintiff or Petitioner

V.
CDCR. eT, al. DefendanTs
DaniAL SamueL, eT al.,
Howard E. moseley Defendant or Respondent

Case Number:
2:23-cv-07576-SPG-BFM.

PROOF OF SERVICE

I hereby certify that on April 3      2025    I served a copy of the attached Third Amended complainT civ 1983. with ATtached Exhibits. by placing a copy in a postage paid envelope addressed to the person(s) hereinafter listed. by depositing said envelope in the United States Mail at CSATF, P.O. Box 7100 corcoran CA. 93212-7100

(List Name and Address of Each Defendant of Attorney served) To: UniTed sTaTes DisTrict courT cenTral DisTricT of california office of the clerk 255, EasT Temple STreeT, Room 180 Los AnGeles california 90012/To office of ATtorney General 600 WesT Broadway suiT 1800 P.O. Box 85266. San Diego, CA. 92186-5266. Copy To: JulieT Lompa ATtorney To: D. SamueL, B. philips, T. Macias, R. cabrera, c mohammed, C. Dennerlein M. Loomis, L. CasTillo, Howard E. moseley CDCR.

I declare under penalty of perjury that the foregoing is true and correct.



Saul Miranda Ramirez
(Name of Person Completing Service)

# EXHIBIT

## A - 13 pages.

(1.) Plaintiffs Letter To warden D. Samuel.
To: B.D. Phillips Associate warden dated 8-31-2021,
and on 9-13-2021.

(2.) wardens responses control# 9022, 9051, 9061.

(3.) Inspector General response dated 9-1-2021.

(4.) Coleman-Armstrong Attorneys Response
Letters To Investigation on staff misconduct
including a witness List dates 2-22-2022, ect;

# EXHIBIT A

To: D. Samuels Warden.
To: B.D Phillips Ass. Warden.

August 31, 2021

mister B.D. Phillips Associate Warden. In your Letter you
responded To me July, 9, 21 control #9022, and your other Letter
on August 11, 2021 control #9051 you sTated To me To use The
grievance process And I have Appeal Log# 142734, BuT you
have sTated ThaT I had the righT To Appeal BuT I am
being reTaliaTed and Taken reprisal for filing This 602
Grievance. Then, I had To file another 602 Grievance Log# 157789
for reprisal and reTaliaTion for using The Appeal process. by
C/o mohhamed, C/o Loomis C/o sTalks. Telling capTian Blackford
of D yard To Talk To cell fam and my cell To Transfer me
To another prision. you Told me sirTer B.D. pHillips ThaT
I was noT going To be Taken reprisal or reTaliaTion by
Transfering me ouT. please Tell D yard capTain Blackford
To Tell C/o mchhamed and C/o Loomis To leave me alone.
Thank you sir and GoDbless you!
I will have my Family call you                    Truely
because I am doing noThing
wronge or disrespecT anyone!                      Saul M. P...
D yard guards JusT don'T allow                    5-31-2021
prisoners To file 602 on Them.
They will geT rid of you!

copy To Lawyers.
copy To Inspector General.

1

To: Warden Daniel Samuels                                    September 13, 2021

To: B.D. Phillips Ass. Warden                                2:15 pm

Dear sirs, Warden D. Samuels and Ass. Warden B.D. Phillips, I Saul
M. Ramirez H-84928 cell 7342 write To you to Let you know that on
9-9-2021, about 8:45 Am. Correctional officer c.J. mohhamad and
%L. castillo, %. delgadillo, %. Loomis, and other % guards Took Turns beating
up a Eop, ADL, prisoner for Throwing something at %. crage. And while all The
Eop, ADL, prisoners were proned down facing the other way while the % guards
beat up badly The prisoner, he screamed and yeld because of The beating and
no one Tried To Stop The beating. The counselors came out To see who was
screaming and yelling The rec. TherepysT were there and nobody, said anything.
Then The D. program SGT and LT. and capT. recalled the yard To get rid of
witnesses, and cut our phones off so we would not Tell our families To report
This beating of a ADL, Eop, prisoner. while mohhamad %. had his yard crew to wash out
The blood, of The badly beaten up prisoner. This prisoner Briones, G. E-5 7342,
witness iT. prisoner carrasco G. cdcr. BB 1772, of 8278 witness iT. michael work bert
cdcr# H-27629, cell 8316, witness iT. I Told DR. Richardson and supervisor DR. Tang
of mental HealTh, and They did not want To hear about iT, because here in D-
yard % c.J. mohhamad, % castillo, % delgadillo, % Loomis, and other % guards
Tell mental HealTh DocTors and clinicians and inmates To shuT up or Their will be
reprisal and ReTaliation. on 9-9-21, % Denerlen was Laughing and Telling % Bukett
aT The podium next To my cell 7342. saying the inmate sounded Like a road kill
dieing being hiT by a car, yelling and screaming. And Today on 9-13-21, about 7:30 pm
aT 3RD. floor podium % cabrera was Telling some one else yes he geT beat up pretty
bad. yes wardens, This is one more misconducT by your % guards. I wont write To
you again you never answered my LasT LeTter of AugusT 31st 2021. God bless you
all and I hope you do The wright Thing.          Saul M. Ramirez H-84928
                                                                      9-13-21

copy To inspecTOR General Roy W Wesley
copy To michael w. Bien ATTorney aT Law coleman case

2

DIVISION OF ADULT INSTITUTIONS
CALIFORNIA MEN'S COLONY

ATTACHED BY INMATE



July 9, 2021

Control #9022

RAMIREZ, Saul
H84928, Facility D, Cell 7342
California Men's Colony (CMC)

Mr. Ramirez:

Your letter to reception center addressed to D. Samuel, Warden of the California Men's Colony (CMC) was forwarded to my office for response. Your written correspondence thoroughly reviewed and/or to determine your issues could be properly addressed through our review.

In order to adequately attend to your concerns, you are encouraged to utilize the locally implemented Grievance Process. Submitting your grievance or appeal directly to the CMC Warden's Office circumvents the grievance process and may result in the delay of addressing your complaint or grievance.

Staff at the institution level are able to address the majority of types of concerns related to the information stated in your letter. If your concerns cannot be addressed at this level, the grievance process is the proper format to elevating your concerns up to the headquarters level.

You may contact the CMC Office of Grievances by using the Form 22 process to obtain additional information.

Sincerely,

E. D. PHILLIPS
Associate Warden, Level III Housing
California Men's Colony

3

STATE OF CALIFORNIA — DEPARTMENT OF CORRECTIONS AND REHABILITATION

GAVIN NEWSOM, GOVERNOR

**DIVISION OF ADULT INSTITUTIONS**
CALIFORNIA MEN'S COLONY
P.O. Box 8101
San Luis Obispo CA 93409-8101



August 11, 2021

Control #9051

RAMIREZ, Saul
H84928, Facility D, Cell 7342
California Men's Colony (CMC)

Mr. Ramirez,

Your recent correspondence addressed to D. Samuel, Warden (A), of the California Men's Colony (CMC) was forwarded to my office for response. Your written concerns were thoroughly reviewed and it was determined your issues could be best resolved at the institution level.

In your correspondence, you reiterate prior staff complaints, which are currently, or have been previously addressed through the Inmate Grievance process. If staff wrongdoing is discovered at the institutional level, the completed Staff Complaint will be forwarded for further review by the Office of Internal Affairs. Submitting your questions or concerns directly to CMC Warden's Office circumvents the prescribed process and may result in the delay of addressing your concerns and grievances.

Staff at the institution level are able to address the majority types of concerns related to the information stated in your letter. If your concerns cannot be addressed at this level, the grievance process is the proper format for presenting your concerns up to the headquarters level.

You may contact the CMC Office of Grievances by using the Form 22 process to obtain additional information.

Sincerely,

B. D. PHILLIPS
Associate Warden, Level III Housing
California Men's Colony

STATE OF CALIFORNIA — DEPARTMENT OF CORRECTIONS AND REHABILITATION                    GAVIN NEWSOM GOVERNOR

**DIVISION OF ADULT INSTITUTIONS**
CALIFORNIA MEN'S COLONY
P.O. Box 8101
San Luis Obispo. CA 93409-8101



September 9, 2021

Control #9061

RAMIREZ, Saul
H84928, Facility D, Cell 7342
California Men's Colony (CMC)

Mr. Ramirez.

Your recent correspondence addressed to D. Samuel, Warden (A), of California Men's Colony (CMC) was forwarded to my office for response. Your written concerns were thoroughly reviewed and it was determined your issues could be best resolved at the institution level.

In your correspondence, you reiterate prior complaints of staff retaliation which are currently, or have been previously addressed through an inmate grievance. If staff wrongdoing is discovered at the institutional level, the completed staff complaint will be forwarded for further review by the Office of Internal Affairs. Submitting your questions or concerns directly to CMC Warden's Office circumvents the prescribed process and may result in the delay of addressing your concerns and or grievances.

Staff at the institutional level are able to address the majority types of concerns related to the information stated in your letter. If your concerns cannot be addressed at this level, the grievance process is the proper format for presenting your concerns up to the Headquarters level.

You may contact the CMC Office of Grievances by using the Form 22 process to obtain additional information.

Sincerely,

B. D. PHILLIPS
Associate Warden, Level III Housing
California Men's Colony

STATE of CALIFORNIA

**OIG** | OFFICE *of the*
INSPECTOR GENERAL

Roy W. Wesley, Inspector General
Bryan B. Beyer, Chief Deputy Inspector General

Independent Prison Oversight

Regional Offices

Sacramento
Bakersfield
Rancho Cucamonga

September 1, 2021

Saul Ramirez, H84928
California Men's Colony
P.O. Box 8101
San Luis Obispo, CA 93409-8101

Dear Saul Ramirez,

The Office of the Inspector General (OIG) has received your correspondence on August 9, 2021, where you alleged 100 incarcerated individuals and yourself filed a court case against CMC due to COVID-19 case number 21HC-0110. You also alleged retaliation and reprisal from C/O's Loomis, Mohamed, Castillo, Delgadillo, Denerlen, Prior, Ramos, and other staff members. You alleged the C/O's are giving 115's and placing incarcerated persons in Ad-Seg for filing misconduct complaints. You alleged filing a staff complaint log #142734, and further alleged staff are trying to set you up by having Stacy, a health Recreation Therapist file for sexual harassment and over familiarity. You alleged receiving an accelerated release log #18705 but, was not released, and requested help from the OIG.

Based upon our review of your letter, the OIG is unable to determine your allegations. While your letter is informative, it lacks specific details including dates, persons involved, witnesses, and other relevant information. The information contained in your letter is too vague for us to accurately assess what action, if any, we should take.

You may submit additional information identifying and clarifying these matters, and any action you have taken to resolve your concerns. Specifically, you should include copies of California Department of Corrections and Rehabilitation (CDCR) formal response to your concerns, and your reasons for disagreement with that response. You must be as clear and concise as possible when providing the specific allegations and the action you are requesting this office take. Do not send original documents, as we will not be able to return them. Upon review of your documents, our office will assess what action, if any, we should take.

Thank you for bringing your concerns to our attention.

INTAKE AND REVIEW UNIT
Office of the Inspector General

BR: 21-0040365-PI

Gavin Newsom, Governor

6





**ROSEN BIEN**
**GALVAN & GRUNFELD** LLP

P.O. Box 390
San Francisco, California 94104-0390
T: (415) 433-6830 • F: (415) 433-7104
www.rbgg.com

February 22, 2022

CONFIDENTIAL -- LEGAL MAIL

Saul Ramirez, H84928
Salinas Valley State Prison
P.O. Box 1050
Soledad, CA 93960-1050

Re:    *Armstrong v. Newsom*
       Our File No. 0581-03

Dear Mr. Ramirez:

This is in response to your letters dated January 5 and January 22, 2022 that we received on January 11 and January 26, 2022.

In your letters, you wrote about multiple assaults of incarcerated persons by custody staff and that you filed 602s about these events. You also wrote that custody staff setup an attack on you and had you transferred from California Men's Colony ("CMC") to Salinas Valley State Prison ("SVSP"). We are concerned to hear this.

As you know, we represent people in prison and parolees with certain disabilities (mobility, hearing, vision, kidney, and learning) in a lawsuit called *Armstrong v. Newsom*. The case is about improving the way people with disabilities are treated in prisons and on parole. We are also Plaintiffs' counsel in *Coleman v. Newsom*.

We are very concerned to hear about the incidents you witnessed and were involved in. We hope you are doing better now at SVSP. You should continue to exhaust your remedies in the 602 process for these incidents. You also wrote that you would like to file a Section 1983 lawsuit. I am enclosing an information packet about Section 1983 lawsuits for you to use.

Later this month, we will be conducting a remote *Armstrong* monitoring tour of CMC. In our interviews of class members, we hope to learn more about the misconduct that you reported and we will draft a report to CDCR highlighting any troubling findings. Thank you for providing a list of witnesses to incidents who we may interview.

7

CONFIDENTIAL – LEGAL MAIL
Saul Ramirez, H84928
February 22, 2022
Page 2


You should also know that we monitor the *Coleman* lawsuit at SVSP. If you have any issues regarding staff misconduct or mental health treatment at SVSP, please do not hesitate to write us.

Take care and thank you for writing.

Sincerely,

ROSEN BIEN
GALVAN & GRUNFELD LLP


By:   Adam Dean
      Paralegal Clerk

:ad
Enclosure(s): Writing Paper, SASE, 1983 PLO Packet


CONFIDENTIAL – LEGAL MAIL



**ROSEN BIEN
GALVAN & GRUNFELD** LLP

P.O. Box 390
San Francisco, California 94104-0390
T: (415) 433-6830 • F: (415) 433-7104
www.rbgg.com

April 13, 2022

CONFIDENTIAL – LEGAL MAIL

Saul Ramirez, H84928
California Health Care Facility
P.O. Box 213040
Stockton, CA 95213-9040

Re:    *Armstrong v. Newsom, Coleman v. Newsom*
       Our File No. 0581-03

Dear Mr. Ramirez,

This is in response to your letter dated March 18, 2022, which we received on March 23, 2022. In your letter, you write about experiencing staff misconduct at CMC and about being targeted by the custody officers to have you beaten up and stabbed. We are very sorry to hear this. You also provided a witness list, and write that you were interviewed in regards to your 602.

We have been receiving increasing reports of staff misconduct at CMC and plan to reach out to the witnesses you have provided to us. We would firstly like to collect more details from you. You can use the space below to answer or write separate answers on a different sheet of paper. We have enclosed writing paper and an SASE.

1.    **Can you please let us know what exactly happened and what kind of staff misconduct you experienced? What was the date of the incident? Who was involved? (We would like to potentially write an advocacy letter to CDCR headquarters about what took place, so we need as much detail as possible.)**

2.    **Were you beaten by staff or just retaliated against?**

3.    **If you were beaten, when and where did it happen and who was involved?**

If you know of other people with disabilities or mental illness having trouble with staff, you can let them know they can write to us to let us know. Please also send us any documents relevant to the incident, including incident reports, RVRs, or any medical records you may have relating to staff misconduct incidents.

CONFIDENTIAL – LEGAL MAIL

Saul Ramirez, H84928

April 13, 2022

Page 2

You asked that we share information that we gather from others about your incident. Unfortunately, due to attorney-client privilege, we are unable to share such information from you, although we will use the information in any advocacy letter we write about what you experienced.

As you may know, we represent the class of prisoners and parolees with certain disabilities (mobility, hearing, vision, kidney, and learning) in a lawsuit called *Armstrong v. Newsom*. The case is about improving the way people with disabilities are treated in prisons and on parole. We also represent prisoners with mental illness in a lawsuit called *Coleman v. Newsom*.

In the *Armstrong* case, we have brought the issue of staff misconduct and abuse of people with disabilities to the Court in two motions filed in February 2020 and June 2020. The Court found the statements of people with disabilities victimized by staff credible and ordered CDCR to develop a plan to stop staff misconduct at six prisons: Richard J. Donovan Correctional Facility ("RJD"), California State Prison – Los Angeles County ("LAC"), California State Prison – Corcoran ("COR"), Kern Valley State Prison ("KVSP"), California Institution for Women ("CIW"), and California Substance Abuse Treatment Facility ("SATF"). The prisons did not include CMC or CHCF.

The Court ordered that the plan for the six prisons must include the installation of video surveillance cameras and body-worn cameras, make changes to the investigative and disciplinary processes to hold staff accountable for abusing people with disabilities, and hire more supervisory staff on all yards at each of the six prisons, among other things. We are very hopeful that the Court's orders will lead to meaningful change at the six prisons and beyond. Some of the reforms ordered will have statewide implications, including on the system by which CDCR investigates and disciplines staff who are accused of staff misconduct.

We are also continuing to advocate regarding staff misconduct impacting people with disabilities across the state in both *Armstrong* and *Coleman*, and CMC is one of the prisons where we think there is a problem with staff misconduct, particularly on the EOP unit..

///

///

///

[3894053 1]

**CONFIDENTIAL – LEGAL MAIL**
Saul Ramirez, H84928
April 13, 2022
Page 3

Thank you for providing us with the information in your letter and please keep in touch and keep us informed. Please be assured that we have read your letter carefully and please take care.

Sincerely,

ROSEN BIEN
GALVAN & GRUNFELD LLP

/s/ Kelly M.

By: Kelly M.
Paralegal Clerk

TN:km

Encls.: Writing paper, SASE (2), appeals packet

September 14-2021

Witness List. CMC EAST D-yard

| Last Names | CDCR. NO. | Ethnicity |
|---|---|---|

Ramirez Saul CDCR. H-84928, cell 7342, mexican (Appeal cmc 157789 (178124 conspiracy)

Rubio mario, CDCR K-33959 (Appeal cmc E19-02562) Other

Dwayne conters. CDCR BA-5328 (Appeal cmc 01-14200) black

Florez Jose CDCR BM-3498 (% brady hurt thum-knee cup) mexican

Escamilla CDCR. BM-4355         native american india.

wency CDCR. AA-1678         white

Hardy CDCR AK-1285         Black

Titus B. CDCR. H-78685         Black

woodcock michael CDCR. H-27629-cell 8316 (Fauls % Assault Black

Allen Ernest cocrk 6704, cell 8118 (Fauls Asse ult % Herrera) (% Buenavida) Black

Harris CDCR V-28007         Black

palaFox Armando CDCR-p-94793 (Appeal 136669 put inte ADSEG) mexican (Fauls ity)

Briones G. CDCR: E-57243 (witness ADL beating on 9-7-21) Italian

carrasco G. CDCR-BB1772, cell 8278 (witness Eop ADL beating) on 9-9-21 mexican

D. James CDCR. A26858 (witness a beating) Black

Billups Tennell CDCR. Am 4006 cell 8274 (% Retaliation for) Black for a 602

Nagy Daniel John. CDCR. AB5282 (witness To Appeal ) white (21000649-21000016)

Robert koenig CDCR-D31539 cell 7303 (witness cell search) white (Appeal 157789)

Reyes         Cell 7305.         mexican

Jerry smith CDCR. V20028, cell 7335         Black

Demetrius D. cummings CDCR. BC0647 cell 7337         Black

Alvin Harvey CDCR AV6057         Black

Salazar Ricardo CDCR AD2690         mexican

copy To inspector General Roy W. Wesley BR210040365P1



**ROSEN BIEN**
**GALVAN & GRUNFELD** LLP

P.O. Box 390
San Francisco, California 94104-0390
T: (415) 433-6830 • F: (415) 433-7104
www.rbgg.com

July 20, 2022

CONFIDENTIAL – LEGAL MAIL

Saul Ramirez, H84928
Mule Creek State Prison
P.O. Box 409000
Ione, CA 95640-9000

Re:    *Armstrong v. Newsom*
       Our File No. 0581-03

Dear Mr. Ramirez,

This is in response to your letter dated April 16, 2022, which we received on April 21, 2022 and your letter dated May 19, 2022 which we received on May 19, 2022. In both letters you write about sustaining injuries to your back because you were made to do harsh work while at CMC. You write about being retaliated against, and about how you managed to escape from an incarcerated person that was sent by a custody officer to kill you. You further write that you are worried that your parole date would be affected. We are very sorry to hear this.

We have collected all the information we need regarding the staff misconduct you experienced, and will reach out should we need more information. We have also noted the list of other incarcerated people at CMC that experienced staff misconduct, and we have already reached out to them. Thank you for providing this information.

My colleague, Becky, should have already informed you that we do not handle medical care issues, and your medical care issues have been forwarded to the Prison Law Office, who also take care of Armstrong related issues at MCSP . I have forwarded your concern about parole proceedings to my other colleague, who will provide you with more information in that regard.

/ / /

/ / /

/ / /

12

CONFIDENTIAL – LEGAL MAIL
Saul Ramirez, H84928
July 20, 2022
Page 2


       Please be assured that we have read your letter carefully and please take care.
Thank you for writing.

Sincerely,

ROSEN BIEN
GALVAN & GRUNFELD LLP

/s/ Kelly M.

By:   Kelly M.
      Paralegal Clerk

TN:km

# EXHIBIT

# B -30 pages.

① A.D.S.E.G. Lock up CDC Form 114-D dated 10-22-2021.

② Grievance #178124. on guards trying to have inmate Big mike and inmate crow albnite beat me up and stab me. Attached Letter To warden dated 10-15-2021.

③ Grievance #142734. On Retaliation by % guards dated 7-21-2021.

④ Grievance #157789 discrimination and harrassed by guards dated 8-28-2021.

## EXHIBIT B



CALIFORNIA DEPARTMENT of
Corrections and Rehabilitation

# CONFIDENTIAL INFORMATION DISCLOSURE FORM

**CDC NUMBER:** H34928    **INMATE NAME:** RAMIREZ, SAUL M.    **INSTITUTION:** California Men's Colony

1) Use of Confidential Information.

Information received from a confidential source(s) has been considered in the:

   a) ☐  CDC Form 115, Rules Violation Report (log number ___) dated ___ submitted by

   STAFF NAME                                    TITLE

   b) ☑  CDC Form 114-D, Order and Hearing for Placement in Segregated Housing dated 10/22/2021

   c) ☐  Validation Package as a ____ of the ___ Security Threat Group.

2) Reliability of Source.

The identity of the source(s) cannot be disclosed without endangering the source or the security of the institution.

This information is considered reliable because:

   a) ☑  The source has previously provided confidential information which has proven to be true.

   b) ☐  Other confidential source has independently provided the same information.

   c) ☐  This source participated in and successfully completed a Polygraph examination.

   d) ☐  The information provided by the confidential source is self-incriminating.

   e) ☐  Part of the information provided is corroborated through investigation or by information provided by non-confidential sources.

   f) ☐  The confidential source is the victim.

   g) ☐  Other (Explain)

3) Disclosure of information received.

The information received indicated the following:

On October 22, 2021, a confidential source (CS) informed Lieutenant M. Blankenship that the CS witnessed on October 05, 2021, an inmate was on the Facility D yard waiting for you to finish committee and when you entered the Facility D yard, the inmate was going to batter you with a weapon.

4) Type and current location of documentation. (i.e., CDC Form 128B of 5/15/2010 in the confidential section of the central file).

Refer to confidential memorandum authored by Lieutenant M. Blankenship dated October 22, 2021, located in the confidential section of RAMIREZ ERMS file.

M. Blankenship

Lieutenant                    10/22/2021

1

STATE OF CALIFORNIA
**GRIEVANCE**
CDCR 602-1 (03/20)

EXpedited

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Page 1 of 2

| **STAFF USE ONLY** | Grievance #: 178124 | Date Received: ___ |
|---|---|---|
| | Date Due: ___ | |
| | Categories: ___ | CMC APPEALS OFFICE |

*This is the process to ask for help with a complaint.*

Claimant Name: Saul M. Ramirez CDCR #: H54928 Current Housing/Parole Unit: 1-01, CTC
Institution/Facility/Parole Region: CMC East. CTC. A-01.

In order for the Department to understand your complaint, make sure you have answered the following questions:

- What is the nature of your complaint?
- When and where did the complaint occur?
- Who was involved?
- Which specific people can support your complaint?
- Did you try to informally resolve the complaint?
- What rule or policy are you relying on to make your complaint?
- Are there documents that would be helpful to support your position? List the documents if you don't have them. Please note that documents submitted with this form will not be returned.
- What specific action would resolve your complaint?

ON 10-6-2021, in D yard committee I explained to ___ D. Samuel, and Associate warden B.R. phillip that my c/o guards in D yard were sending inmates To beat up and stabb me. This conspiracy was set up by c/o ___ mohhamed, c/o L castillo c/o Delandilla, c/o Razia c/o ___, c/o c. Denarlen, c/o cabrera, c/o lazarde. These c/o guards and other c/o guards was Taking Retaliation because I filed To the court of Judge Barry T. LaBarbera case # (21HC-01101) on covid-19, then c/o c. Denarlen Told me not 602 custody only medical. So I filed staff complaint of misconduct, then this made the c/o guards more anger and hate on me. So these c/o's were setting me up to get beaten up and stabbed. c/o mohhamed used the white race To beat me up and stabbed and c/o Delandillo was in collusion with c/o Raosa To also Turn The Blacks against me. using inmate puerto rico nick name. crow. To stab me on 10-5-21 and on 10-6-21, but Then Iwas Took To crisas Bead CTC. my witnesses are inmate Lalo carrasco and inmate mario Rubio. CDCR K-33959, see attached Letter To warden dated 10-18-21 This has Taken me To crises Bed and has had an adverse afect

DISTRIBUTION    Original: Claimant's File    Copies: DAI, DAPO, and Claimant    Copy To Inspector General.

STATE OF CALIFORNIA
**GRIEVANCE**
CDCR 602-1 (03/20)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Page 2 of 2

and
oN my mind body and is deTuraTing waering me down.
This is violaTing my 8th AmenmenT cruel and Usual punishment
ThaTThese "/o guards, insTead of proTecTing me are Using
inmaTesTo prablaly even To kill me this conspiriey is
cruel, only because I excersise my firsT AmendmenT wright.
I request To exhaust my remmedies for court, and I request
body cameras cameras for all cDcR guards title 15 (3084((d)
no reprisal chall be Taken on me for filing a Grievance, if these
5% guards are found guilTy I request that Their pensions
be Taken away and given To The poor people.

Reminder: Please attach all documents in your possession that support your claim(s).

Please note that this form and supporting documents will not be returned to you.

Claimant Signature: _Saul M. Ramirez_                     Date Signed: _10-20-2021_

ATTACHED BY INMATE    OcTober 18, 2021

To: Warden D. Samuel,

Dear señor D. Samuel, I write To you abouT This conspircy To geT me beaTen up and sTabbed by inmate. Orders by c/o guards, c.J. mohhamed, c/o L. casTillo c/o cabrera, c/o c. Denerlen, c/o Delgadillo, c/o Raose, c/o Loomis and other c/o guards. These guards, were Using Big mike The Skin head To FabricaTe knives aT his working shop To give them To The whiTe Race, and To puerTo Ric nick name crow The porTer of c/o lazarde. These inmates "Orders" of mohhamed, cabrera, c/o guards Tried To sTab me on 10-5-2021 and on 10-6-2021, These inmates were ouTside waiTing for me To come ouT from cammiTTee, on 10-6-2021, I Told you and Associal warden P. D. pHillips, ThaT the c/o guards were sending D yard inmates To beat me up and sTabb me. BuT you did noT believe me. And only becouse I Filed on coVIn-19 case # (21Hc- 0110). and Grievance cmc# 142734, and 602# 157789, and 602 cmc# HC 210-00649, This is my FirsT amendmenT righT, Title 15 (3084.1(d) Then why is c/o mohhamed, c/o Raose Trying To Use The whiTe race and The BLack race To geT me sTabbed, my wiTnesses are Lalo carrasco and inmate mario Rubio cDcR K-33959, I bring ouT prove when The Time is near. well Thank you! wardens for your help GoDbless you and I pray To Father GoD To always prosper and proTecT you!

Truely Sauton Ramirez
H-84928

www.PrintablePaper.net

copy To inspecTor General,
copy To Lawyers.

3

STATE OF CALIFORNIA
**APPEAL OF GRIEVANCE**                                    DEPARTMENT OF CORRECTIONS AND REHABILITATION
CDCR 602-2 (Rev. 01/22)

Page 1 of 2

| STAFF USE ONLY | OGT Log No: 178124 | Date Received: |
| | Decision Due Date: | |
| | Categories: | |

Claimant Name: Ramirez Saul                                  CDCR #: H-84928

Institution/Parole Region: CMC East D yard    Current Housing/Parole Unit: CHCF Stockton

STAFF USE ONLY

_Use this form to appeal a decision or a remedy by the Office of Grievances._

Do not include new complaints on this form, they must first be filed with the Office of Grievances on a Form 602-1.

OGT Log No: 178124 _____ Claim No: 1 Its ongoing

Explain the reason for your appeal. Be as specific as you can.   Title 15(3084(cd)

_I am dissatisfied with the response I was given because_ C/o C Mohammed L. Castijio, R. Delgadillo, D. Rouse, M. Loomis, C. Dennerlein, R. Cabrera, M. Lizarraga and other John Does' DID send inmate Albrite Crow, The puerto rican, and Inmate The white race They call Big micke To beat me up and stabb me on 10-5-2021, and on 10-6-2021 for filing on Covid-19 Case# 21HC-0110, and Staff complaint cmc# 142734, And Staff complaint #157789, and 602 cmc. Hc. 2100069. This is why I did not want an interview with ÷

This form shall be submitted by mail to:
Office of Appeals
Department of Corrections and Rehabilitation
P.O. Box 942883
Sacramento, CA 95811

**IMPORTANT:**
The Office of Appeals will consider all of the supporting documentation you previously submitted to the Office of Grievances when reviewing your appeal, but will <u>not</u> consider any new documentation. Therefore, it is recommended you not attach any documentation to this form. Furthermore, any documentation you attach to this form will not be returned to you.

Claimant Signature: Saul M. Ramirez            Date Signed: April 27 2022

Copy To Governor Newsom G.

STATE OF CALIFORNIA
**APPEAL OF GRIEVANCE**
CDCR 602-2 (Rev. 01/22)

**CONTINUATION PAGE**

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Page 2 of 2

OGT Log No: 178124    Claim No: 1 its ongoing.

Explain the reason for your appeal. Be as specific as you can.

*I am dissatisfied with the response I was given because* LT. M. Blankenship on 10-22-2021, because the evedence agaist these %guards would be covered up. I showed in the line of pictures inmate albrite crow the puerto rican and inmate called Big mike the inmates %guards sent to beat me up and stabb me. And my witnesses inmate G. Carrasco-BB1772, And inmate mario rubio-K33959. And I gave LT. Blankenship a copy of the letter I wrote to cmc warden D. Samuel dated 10-18-2021 I also told LT. Blankenship that on 10-5-21 at 8.Am % R. Cabrera was telling % m Lizarraga, that he had left the doors open and banging his fist on the podium saying: I want brown to go in Ramirez cell and beat the F___ out of him. And on my interview 3-9-22, with LT. plumer of internals affair 'recorded' stating to me that clinician svchologize Lewis E. witness on 10-6-21, that this inmate albrite crow was waiting for me to come out from committee to stabe me. I also stated to LT. plumer that inmate Reese was telling another inmate on the 3rd tire that %o R. Delgadillo and %o C. Dennerlein, did not only want me beaten up but stabbed too. I also stated to LT. plumer that, witness inmate Big mike telling an inmate nicks name new york that the %os told him to make a knife and he showed with his hands the size of the knife, and said "the %os wanted to get me because I had lid up all the yard to 602 the %os. And new york responded are you sirieus. All these %os were mad and %o C. Dennerlein stated to me not to 602 custody on 4 2021. also %o C. Celestine stated to inmate Big mike on 10-5-21 at 5pm while Big mike was rounding up the other inmates to get me (%o C. Celestine stated to Big mike what did that old boy do to you. That old boy did not do nothing to you leave him alone.) %o C. Celestine knew that inmate Big mike was doing wronge getting into conspiracy with %o C. mohamed and his %os to beat me up and stahb me even probably causing my death. I also told LT. M. Blankenship that I had more witnesses and that I had a witness list of all the D yard inmates that had been beaten up by these %os and charged with fouls staff assaults and 115 RVR the LT. did not want to hear it or see it. I also told LT. plumer of internal affair on 3-9-23, if he wanted a copy of this witness list dated 9-14-2021 he stated yes. But when he saw all the inmate names he said no he only wrote inmate mario rubio K33959, inmate G. Carrasco BB1772, inmate palafox Armando P94793. And I stated to LT. plumer that cmc warden D. Samuel and Ass. warden B.D phillips and Howard E. mosely had copies and the inspector General then LT. plumer realy did not want to hear any more. I stated to LT. I needed a copy of this recorded interview for court he naughted his head saying yes, I also told them I wrote to cmc warden several times and he responded several times. They are exhibbits for court. also %o R. Delgadillo told another %o you know we are going to squeal these mother F___ out of here. And %o m Loomis stated to another %o we finely get Ramirez out of here) so CDCR. Howard E. mosely how can all this be UNFounDED. And you gave a license for these %o to staining the cDcR Badge with prisoners blood.

State of California

OIA Investigation/Allegation Inquiry Findings
Department of Corrections and Rehabilitation

# Memorandum

Date    April 12, 2022

To      RAMIREZ, Saul (H84928)
        California Health Care Facility (CHCF)
        Facility E 391E3-208091L

        *EIB 115*

Subject:    INVESTIGATION/ALLEGATION INQUIRY FINDINGS – GRIEVANCE LOG NUMBER 178124

GRIEVANCE ISSUE: It is the claimant's position that on October 05, 2021, he informed the Warden and Associate Warden that the Correctional Officers on Facility D were sending inmates to beat him up and stab him. Claimant stated this conspiracy was set up by Correctional Officers C. Mohammed, L. Castillo, R. Delgadillo, D. Rouse, M. Loomis, C. Dennerlein, R. Cabrera, M. Lizarraga and "other C/Os" and out of retaliation for previously submitted grievances. Claimant states C/O Mohammed used the White race to beat him up and stabbed him and C/O Delgadillo was in collision with C/O Rouse to turn the Blacks against him on October 05, 2021 and October 06, 2021. Claimant states "these guards", instead of protecting him, are using inmates to probably even kill him which is cruel.

DETERMINATION OF ISSUE: Your claim contained an allegation of staff misconduct as defined in the California Code of Regulations (CCR), Title 15, Section 3485(c)(17) and was either processed as an Office of Internal Affairs (OIA) Investigation pursuant to CCR, Title 15, Section 3483.2, or as an Allegation Inquiry by a Locally Designated Investigator (LDI) pursuant to CCR, Title 15, Section 3483.3.

FINDINGS: Upon receipt and review of the Confidential Investigation Report as described in CCR, Title 15, Section 3483.2(d), Allegation Inquiry Report as described in CCR, Title 15, Section 3483.3(d), or approval from OIA for direct adverse action, the Hiring Authority determined your Claim/Allegation was:

☐ NOT SUSTAINED: The investigation or inquiry failed to disclose a preponderance of evidence to prove or disprove the allegation made in the complaint.

☒ UNFOUNDED: The investigation or inquiry conclusively proved that the act(s) alleged did not occur, or the act(s) may have, or in fact, occurred but the individual employee(s) named in the complaint(s) was not involved.

☐ EXONERATED: The facts, which provided the basis for the complaint or allegation, did in fact occur; however, the investigation or inquiry revealed that the actions were justified, lawful, and proper.

☐ SUSTAINED: The investigation or inquiry disclosed a preponderance of evidence to prove the allegation(s) made in the complaint.

5

Page 2

ALL STAFF PERSONNEL MATTERS ARE CONFIDENTIAL IN NATURE. As such, the details of any inquiry or investigation will not be shared with staff, members of the public, or an offender grievant. Although you have the right to submit an allegation of staff misconduct, a request for administrative action regarding staff or the placement of documentation in a staff member's personnel file is beyond the scope of the staff misconduct process. As stated in the associated Office of Grievances Decision response letter, your claim was identified as an allegation of staff misconduct, meaning it was referred outside of the grievance and appeal process to an appropriate authority within the Department for the purpose of gathering facts needed to prove or disprove the allegation. The Inquiry/investigation was completed and your administrative remedies shall be considered exhausted.

_____    4-13-22
D. SAMUEL                  Date
Warden(A)

6



CALIFORNIA DEPARTMENT of
Corrections and Rehabilitation

# OOA ACKNOWLEDGMENT OF RECEIPT AND CLOSURE OF APPEAL

Offender Name: RAMIREZ, SAUL M.                                    Date: 02/18/2022

CDC#: H84923

Current Location: SVSP-Facility, C

Current Area/Bed: C-005 1133 U/11L

From: Office of Appeals

Re: Log # 000000178124

The California Department of Corrections and Rehabilitation, Office of Appeals received your appeal on 01/14/2022. Your appeal is being handled as specified below.

Claim # 001:

Your claim concerning General Employee Performance/Substandard Performance is rejected by Office of Appeals for the reason(s) indicated below.

Your claim concerns the rules established by the grievance and appeal regulations or process and is therefore not allowed under the California Code of Regulations, title 15, section 3487, subsection (a)(5).

This serves as your response by the Office of Appeals

Do not resubmit this claim to the Office of Appeals.

CDCR SOMS DIST 305
OOA ACKNOWLEDGMENT OF RECEIPT AND CLOSURE OF APPEAL

7

State of California                                    Department of Corrections and Rehabilitation
                                                               Office of Appeals

# Memorandum



To        Claimant

Subject    REJECTED RESPONSE FROM THE OFFICE OF APPEALS

Thank you for submitting your appeal for review by the California Department of Corrections, Office of Appeals. Pursuant to Title 15, section 3487(a), the Office of Appeals rejected your appeal for the reasons listed on the attached "OOA Acknowledgment of Receipt and Closure of Appeal" letter. As a result, this will be the final answer provided by this office and this appeal is now closed. No further action will be taken by the Department and no appeal of this action is permitted under the regulations.

Also, pursuant to Title 15, section 3485(e): "The appeal package submitted by the claimant shall be stored electronically by the Department. The CDCR Form 602-2 shall contain a notification to the claimant that the documents submitted will not be returned to the claimant." Therefore, your Form 602-2 and any supporting documents are not included with this response.

However, a copy of your entire appeal package is maintained in your Central File. The process for requesting copies of documents contained in Central Files, often referred to as an Olson review, can be found in the Department Operations Manual, sections 13030.16 and 13030.17.

Thank you.

HOWARD E. MOSELEY
Associate Director

8

Grievance
cmc-178124

Patient Name: RAMIREZ, SAUL MIRANDA
Date of Birth: 5/27/1960

MRN: H84928
FIN: 10000000811696551H84928

* Auth (Verified) *

COPY To Lawyer

STATE OF CALIFORNIA
**HEALTH CARE SERVICES REQUEST FORM**
CDCR 7362 (Rev. 03/19)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Page 1 of 2

| PART I:  TO BE COMPLETED BY THE PATIENT |
|---|
| If you believe this is an urgent/emergent health care need, contact the correctional officer on duty. |

| REQUEST FOR: | MEDICAL ☐ | MENTAL HEALTH ☒ | DENTAL ☐ | MEDICATION REFILL ☐ |
|---|---|---|---|---|

| NAME Ramirez Saul | CDCR NUMBER H-84928 | HOUSING 7342 |
|---|---|---|

| PATIENT SIGNATURE Saul Ramirez | DATE 8/9/2021 |
|---|---|

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe your health problem and how long you have had the problem) To clin: miss Lopez. and DR gray supervisor, I explained To you That C/o mohamed and C/c leanis. are Trying To reTaliste and Trying To get mor C/o guards To send me To ADSEC for filing on covid-19 case# (21HC-0110) and a 02 STaff complaint Log# 142734, I am Trying To sTay away from RVRIIS. I fill sTessed out and depresed. becowse Their C/o guards abuse Their authoriTy and geT away beaTing up prisoners.

NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM

| PART II:  TO BE COMPLETED BY THE TRIAGE REGISTERED NURSE |
|---|

| Date / Time Received: 8/10/21 a0750 | Received by: E. Acas |
|---|---|
| Date / Time Reviewed by RN: | Reviewed by: |

S:

Pain Scale:  1  2  3  4  5  6  7  8  9  10

Mental Hoats

O:    T:    P:    R:    BP:    WEIGHT:

A:

P:

☐ See Nursing Encounter Form

E:  F:

| APPOINTMENT SCHEDULED AS: | EMERGENCY (IMMEDIATELY) ☐ | URGENT (WITHIN 24 HOURS) ☒ | ROUTINE (WITHIN 14 CALENDAR DAYS) ☐ |
|---|---|---|---|
| REFERRED TO PCP: | | DATE OF APPOINTMENT: | |
| COMPLETED BY | | NAME OF INSTITUTION | |

| PRINT / STAMP NAME | SIGNATURE / TITLE | DATE/TIME COMPLETED |
|---|---|---|

Unauthorized collection, creation, use, disclosure, modification or destruction of personally identifiable information and or protected health information may subject individuals to civil liability under applicable federal and state law

Distribution: Original - Health Record . Copy - Patient

Facility: CMC

9

Patient Name: RAMIREZ. SAUL MIRANDA
Date of Birth: 5/27/1960

MRN: H84928
FIN: 10000000811696551H84928

\* Auth (Verified) \*

copy To Lawyers

STATE OF CALIFORNIA
**HEALTH CARE SERVICES REQUEST FORM**
CDCR 7362 (Rev. 03/19)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Page 1 of 2

| PART I: TO BE COMPLETED BY THE PATIENT |
| --- |
| If you believe this is an urgent/emergent health care need, contact the correctional officer on duty: |

REQUEST FOR:     MEDICAL ☐     MENTAL HEALTH ☒     DENTAL ☐     MEDICATION REFILL ☐

| NAME Ramirez Saul | CDCR NUMBER H-84928 | HOUSING 72-42 |
| --- | --- | --- |

PATIENT SIGNATURE  Saul Ramirez          DATE 8/13/21

REASON YOU ARE REQUESTING HEALTH CARE SERVICES (Describe your health problem and how long you have had the problem) I Request To Talk To Sych administration supervisor because I/o h andand... ...s are Turning regard on me testatin... ...council 11 Case # 2...... ...and to... ...a Staff complaint on Team 40- Log # H-1734 They are working in Collusion w... ...regards To Throw away my legal visit and my documentation with regards In... ...to prosecute... ...personel stealing me... ...for abuse of CDCR and V... Un...

NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM

| PART II: TO BE COMPLETED BY THE TRIAGE REGISTERED NURSE |
| --- |

Date / Time Received:                    Received by:
Date / Time Reviewed by RN:              Reviewed by:

S:                                       Pain Scale: 1 2 3 4 5 6 7 8 9 10

O:     T:     P:     R:     BP:     WEIGHT

A:

P:
☐ See Nursing Encounter Form

E:

| APPOINTMENT SCHEDULED AS: | EMERGENCY (IMMEDIATELY) ☐ | URGENT (WITHIN 24 HOURS) ☐ | ROUTINE (WITHIN 14 CALENDAR DAYS) ☐ |
| --- | --- | --- | --- |
| REFERRED TO PCP: | | DATE OF APPOINTMENT: | |
| COMPLETED BY | | NAME OF INSTITUTION | |
| PRINT / STAMP NAME | SIGNATURE / TITLE | | DATE/TIME COMPLETED |

Unauthorized collection, creation, use, disclosure, modification or destruction of personally identifiable information and/or protected health information may subject individuals to civil liability under applicable federal and state law

Distribution: Original - Health Record · Copy - Patient

Facility: CMC

Patient Name: RAMIREZ, SAUL MIRANDA
Date of Birth: 5/27/1960

MRN: H84928
FIN: 100000008116965551H84928

\* Auth (Verified) \*

Copy To Coleman Lawyers.

STATE OF CALIFORNIA
**HEALTH CARE SERVICES REQUEST FORM**
CDCR 7362 (Rev. 03/19)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Page 1 of 2

| PART I:  TO BE COMPLETED BY THE PATIENT | | | | |
|---|---|---|---|---|
| If you believe this is an urgent/emergent health care need, contact the correctional officer on duty. | | | | |
| REQUEST FOR: | MEDICAL ☐ | MENTAL HEALTH ☒ | DENTAL ☐ | MEDICATION REFILL ☐ |

NAME **Saul Ramirez**   CDCR NUMBER **H-84928**   HOUSING **7342**

PATIENT SIGNATURE **Saul R Ramirez**   DATE **10/1/2021**

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe your health problem and how long you have had the problem) To'sych administration office supervisors and DR. gray, DR. Lauffer clinician G. Lopez per custody % mohhamed, % Loomis. And other % Guards have manipulated m H. staff To Transfer me To DSH for filing staff complaints #157789, #142724, Hc 21000649. ON 10-1-21, % Loomis stated To other % in MH Building we finely Got Ramirez out, he is being Transfered. my witness prisoner Ros. I need To speak To supervisor.

NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM

| PART II:  TO BE COMPLETED BY THE TRIAGE REGISTERED NURSE | |
|---|---|
| Date / Time Received: OCT 03 2021 | Received by: |
| Date / Time Reviewed by RN: | Reviewed by: J Maslow RN |

S:

Pain Scale: 1  2  3  4  5  6  7  8  9  10

O:    T:    P:    R:    BP:    WEIGHT:

mental Health

A:

P:

☐ See Nursing Encounter Form

E:

| APPOINTMENT SCHEDULED AS: | EMERGENCY (IMMEDIATELY) ☐ | URGENT (WITHIN 24 HOURS) ☐ | ROUTINE (WITHIN 14 CALENDAR DAYS) ☐ |
|---|---|---|---|
| REFERRED TO PCP: | | DATE OF APPOINTMENT: | |
| COMPLETED BY | | NAME OF INSTITUTION | |
| PRINT / STAMP NAME | SIGNATURE / TITLE | | DATE/TIME COMPLETED |

Unauthorized collection, creation, use, disclosure, modification or destruction of personally identifiable information and/or protected health information may subject individuals to civil liability under applicable federal and state law.

Distribution: Original - Health Record, Copy - Patient

Facility CMC

11



CALIFORNIA DEPARTMENT of
Corrections and Rehabilitation

## CLAIMANT GRIEVANCE CLAIMS DECISION RESPONSE

**Re:** Grievance Claims Decision Response

**Offender Name:** RAMIREZ, SAUL MIRANDA

**CDC#:** H84928

**Date:** 09/16/2021

**Current Location:** CMC-Facility D

**Current Area/Bed:** D 007 3 - 342001L

Log #: 000000142734

### Claim #: 001

**Institution/Parole Region of Origin:** California Men's Colony

**Facility/Parole District of Origin:** CMC-Facility D

**Housing Area/Parole Unit of Origin:**

**Category:** General Employee Performance

**Sub-Category:** Substandard Performance

The California Department of Corrections and Rehabilitation (CDCR) Office of Grievances at CMC-Facility D received your claim on 07/22/2011.

California Code of Regulations, title 15, provides CDCR Office of Grievances 60 calendar days to complete a response.

Although 60 calendar days have passed since your claim concerning General Employee Performance, Substandard Performance was received, your claim is still under inquiry or investigation. Due to the expiration of time, this response by the Office of Grievances will be the only response.

You will be notified once the inquiry or investigation of the issue concerning your claim has been completed, but the notification will be outside of the timeframe of the Grievances and Appeals Process. You do not need to resubmit this claim to CDCR.

**Decision: Under Investigation**

12

STATE OF CALIFORNIA
**INMATE/PAROLEE APPEAL**
CDCR 602 (Rev. 03/12)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Side 1

| | IAB USE ONLY | Institution/Parole Region: | Log #: | Category |
|---|---|---|---|---|
| | | | 152704 | |
| | | | FOR STAFF USE ONLY | |

You may appeal any California Department of Corrections and Rehabilitation (CDCR) decision, action, condition, policy or regulation that has a material adverse effect upon your welfare and for which there is no other prescribed method of departmental review/remedy available. See California Code of Regulations (CCR), Title 15, Section 3084.1. You must send this appeal and any supporting documents to the Appeals Coordinator (AC) within 30 calendar days of the event that led to the filing of this appeal. If additional space is needed, only one CDCR Form 602-A will be accepted. Refer to CCR 3084 for further guidance with the appeal process. No reprisals will be taken for using the appeal process.

Appeal is subject to rejection if one row of text per line is exceeded.          WRITE, PRINT, or TYPE CLEARLY in black or blue ink.

| Name (Last, First) Ramirez Saul | CDC Number: H-84928 | Unit/Cell Number: 7342 | Assignment: |
|---|---|---|---|

State briefly the subject of your appeal! (Example: damaged TV, job removal, etc.):

Retaliation by Yo guards for filing on covid-19 To courts.

A. Explain your issue (If you need more space, use Section A of the CDCR 602-A): On July 9, 2021 I recieved a Letter control #9022 by B.D. pHillips Ass. warden and D. Samuel warden of CMC. I had stated To warden D. Samuel and S.A Silva That since we prisoners filed on covid-19 To Superior court case (21HC-040)

JUL 2 2 2021

CMC APPEALS OFFICE

B. Action requested (If you need more space, use Section B of the CDCR 602-A): That I exhausts my administrative remedies with CDCR, because This Staff complaint can not be resolved at The institutional level because custody SGTs and LTs and even captains cover up all The cmc abuse

Supporting Documents: Refer to CCR 3084.3.
☒ Yes, I have attached supporting documents
List supporting documents attached (e.g., CDC 1083, Inmate Property Inventory; CDC 128-G Classification Chrono):
Rights and Responsibility Statement dated 7/21/2021 / Board of parole Hearings Denied 10 years for ISREV 3/15/2019 / B.D pHillips Ass. warden Letter 7/9/21.

☐ No, I have not attached any supporting documents. Reason _____

_____

_____

Inmate/Parolee Signature: Saul Ramirez          Date Submitted: 7/21/2021

SR By placing my initials in this box, I waive my right to receive an interview.

**C. First Level - Staff Use Only**          Staff – Check One. Is CDCR 602-A Attached?  ☐ Yes   ☐ No

This appeal has been:
☐ Bypassed at the First Level of Review  Go to Section E.
☐ Rejected (See attached letter for instruction)  Date _____  Date _____  Date _____  Date _____
☐ Cancelled (See attached letter)  Date _____
☐ Accepted at the First Level of Review.

Assigned to: _____  Title _____  Date Assigned _____  Date Due _____

First Level Responder: Complete a First Level response. Include Interviewer's name, title, interview date, location, and complete the section below.

Date of Interview _____  Interview Location _____

Your appeal issue is   ☐ Granted   ☐ Granted in Part   ☐ Denied   ☐ Other _____

See attached letter. If dissatisfied with First Level response, complete Section D.

Interviewer: _____ (Print Name)  Title _____  Signature _____  Date completed _____

Reviewer: _____ (Print Name)  Title _____  Signature _____

Date received by AC _____

| | AC Use Only Date mailed/delivered to appellant ___ / ___ / ___ |
|---|---|

STATE OF CALIFORNIA                                                                   DEPARTMENT OF CORRECTIONS AND REHABILITATION
**INMATE/PAROLEE APPEAL**
CDCR 602 (Rev. 03/12)                                                                                                    Side 2

D. If you are dissatisfied with the First Level response, explain the reason below, attach supporting documents and submit to the Appeals Coordinator for processing within 30 calendar days of receipt of response.  If you need more space, use Section D of the CDCR 602-A.

_____

_____

_____

_____

_____

_____

Inmate/Parolee Signature: _____  Date Submitted : _____

| **E. Second Level - Staff Use Only** | Staff – Check One: Is CDCR 602-A Attached?  ☐ Yes    ☐ No |
|---|---|

This appeal has been:

☐ By-passed at Second Level of Review.  Go to Section G.
☐ Rejected (See attached letter for instruction) Date: _____  Date: _____  Date: _____  Date: _____
☐ Cancelled (See attached letter)
☐ Accepted at the Second Level of Review

Assigned to: _____ Title: _____ Date Assigned: _____ Date Due: _____

Second Level Responder:  Complete a Second Level response.  If an interview at the Second Level is necessary, include interviewer's name and title, interview date and location, and complete the section below.

Date of Interview: _____  Interview Location: _____

Your appeal issue is:  ☐ Granted    ☐ Granted in Part    ☐ Denied    ☐ Other: _____

See attached letter.  If dissatisfied with Second Level response, complete Section F below.

Interviewer: _____ Title: _____ Signature: _____ Date completed : _____
        (Print Name)

Reviewer: _____ Title: _____ Signature: _____
        (Print Name)

Date received by AC: _____

| | AC Use Only<br>Date mailed/delivered to appellant ____ / ____ / ____ |
|---|---|

F. If you are dissatisfied with the Second Level response, explain reason below; attach supporting documents and submit by mail for Third Level Review.  It must be received within 30 calendar days of receipt of prior response.  Mail to: Chief, Inmate Appeals Branch, Department of Corrections and Rehabilitation,  P.O. Box 942383, Sacramento, CA 94283-0001.  If you need more space, use Section F of the CDCR 602-A.

_____

_____

_____

_____

_____

_____

Inmate/Parolee Signature: _____  Date Submitted: _____

**G. Third Level - Staff Use Only**

This appeal has been:
☐ Rejected (See attached letter for instruction) Date: _____  Date: _____  Date: _____  Date: _____  Date: _____
☐ Cancelled (See attached letter)   Date: _____
☐ Accepted at the Third Level of Review.  Your appeal issue is ☐ Granted    ☐ Granted in Part    ☐ Denied    ☐ Other: _____
        See attached Third Level response.

| | Third Level Use Only<br>Date mailed/delivered to appellant ____ / ____ / ____ |
|---|---|

H. Request to Withdraw Appeal:  I request that this appeal be withdrawn from further review because; State reason. (If withdrawal is conditional, list conditions.)

_____

_____

_____

_____

_____ Inmate/Parolee Signature: _____ Date: _____

Print Staff Name: _____ Title: _____ Signature: _____ Date: _____

STATE OF CALIFORNIA
INMATE/PAROLEE APPEAL FORM ATTACHMENT
CDCR 602-A (REV. 03/12)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Side 1

| IAB USE ONLY | Institution/Parole Region | Log # | Category |
|---|---|---|---|
| | | | |
| | FOR STAFF USE ONLY | | |

Attach this form to the CDCR 602, only if more space is needed.  Only one CDCR 602-A may be used.
Appeal is subject to rejection if one row of text per line is exceeded.     WRITE, PRINT, or TYPE CLEARLY in black or blue ink.

| Name (Last, First): Ramirez Saul | CDC Number: H-84928 | Unit/Cell Number: 7342 | Assignment: |
|---|---|---|---|

A.  Continuation of CDCR 602, Section A only (Explain your issue): I, and other prisoners are being framed set up To get RVR 115's so that we prisoner get more prison Time and never go home. This is a staff complaint against. C/o guard Loomis C/o mohamed C/o Denerlen C/o castillo C/o Delgadillo C/o prior C/o Ramos C/o Johnson C/o coda for Trying To set me up with a sexual Halrasment case Trying To use The rec Theripest females and other D yard females To frame me, with an 115 RVR and ADSEG, when its These male C/o guards who are after The nurse sych Tees and even after The mental Health female staff. These C/o guards abuse their authority and claim being above the Law because of Their corrupt Union. This retaliation has had an adverse effect on my body and mind wareing me out because C/o guards know that the parole Board for an RVB115, has denied me up To 10 years on 11/18/15 and another 115, The Board can denie me up To another 15 years under murcys Law. Warden D. samuel B. D. phillips Ass warden stated To me To file a Grievance. 602. Titles 3084.1(d) No reprisal shall be Taken for me filing This staff complaint 602. Titles 3004(b) C/o guards shall not incite or provoke Violence. Including cuffing prisoners up and Beating them up and Then filing staff Assault on Them These D yard C/o guards get away with this.

Inmate/Parolee Signature: Saul Ramirez                Date Submitted: 7/21/2021

JUL 22 2021
CMC APPEALS OFFICE
2021 ONLY STAFF USE

B.  Continuation of CDCR 602, Section B only (Action requested): of Authority and all the C/o guards Loomis C/o mohamed, C/o Denerlenz, C/o castillo, C/o delgadillo, C/o prior, C/o Ramos, C/o Johnson, C/o coda and other C/o John Does Their wronge doings are covered up, by the Union also, Titles 3084.1(d) No reprisal shall be Taken on me for filing This 602 Appeal or for court case # (21Hc-0110) Judge Barry T. La Barbera. Including giving me a RVR 115, or ADSEG Transfer as retaliation, or cuffing me up beating on me and then filing a staff Assault on me. This is what These C/o guards do and get away with iT.

Inmate/Parolee Signature: Saul Ramirez                Date Submitted: 7/21/2021

STATE OF CALIFORNIA
**INMATE/PAROLEE APPEAL FORM ATTACHMENT**
CDCR 602-A (REV. 03/12)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Side 2

D. Continuation of CDCR 602, Section D only (Dissatisfied with First Level response): _____

Inmate/Parolee Signature: _____    Date Submitted: _____

F. Continuation of CDCR 602, Section F only (Dissatisfied with Second Level response): _____

Inmate/Parolee Signature: _____    Date Submitted: _____

STATE OF CALIFORNIA                                    DEPARTMENT OF CORRECTIONS AND REHABILITATION
RIGHTS AND RESPONSIBILITY STATEMENT
CDCR 1858  (Rev. 10/06)

# RIGHTS AND RESPONSIBILITY STATEMENT

The California Department of Corrections and Rehabilitation has added departmental language (shown inside brackets, in non-boldface type) for clarification purposes.

Pursuant to Penal Code 148.6, anyone wishing to file an allegation of misconduct by a departmental peace officer must read, sign and submit the following statement:

YOU HAVE THE RIGHT TO MAKE A COMPLAINT AGAINST A POLICE OFFICER [this includes a departmental peace officer]  FOR ANY IMPROPER POLICE  [or peace] OFFICER CONDUCT. CALIFORNIA LAW REQUIRES THIS AGENCY TO HAVE A PROCEDURE TO INVESTIGATE CITIZENS' [or inmates'/parolees'] COMPLAINTS. YOU HAVE A RIGHT TO A WRITTEN DESCRIPTION OF THIS PROCEDURE. THIS AGENCY MAY FIND AFTER INVESTIGATION THAT THERE IS NOT ENOUGH EVIDENCE TO WARRANT ACTION ON YOUR COMPLAINT; EVEN IF THAT IS THE CASE, YOU HAVE THE RIGHT TO MAKE THE COMPLAINT AND HAVE IT INVESTIGATED IF YOU BELIEVE AN OFFICER BEHAVED IMPROPERLY.  CITIZEN [or inmate/parolee] COMPLAINTS AND ANY REPORTS OR FINDINGS RELATING TO COMPLAINTS MUST BE RETAINED BY THIS AGENCY FOR AT LEAST FIVE YEARS.

| COMPLAINANT'S PRINTED NAME | COMPLAINANT'S SIGNATURE | DATE SIGNED |
| --- | --- | --- |
| Saul M. Ramirez | Saul M. Ramirez | 7/21/2021 |
| INMATE/PAROLEE PRINTED NAME | INMATE/PAROLEE'S SIGNATURE | CDC NUMBER    DATE SIGNED |
| Saul M Ramirez | Saul M. Ramirez | H-84928   7/21/2021 |
| RECEIVING STAFF'S PRINTED NAME | RECEIVING STAFF'S SIGNATURE | DATE SIGNED |

DISTRIBUTION:
ORIGINAL -
Public - Institution Head/Parole Administrator
Inmate/Parolee - Attach to CDC form 602
Employee - Institution Head/Parole Administrator
COPY - Complainant

ATTACHED BY INMATE

15

BOARD OF PAROLE HEARINGS                                              STATE OF CALIFORNIA

## PETITION TO ADVANCE DECISION FORM
### AUTHORITY: PC §3041.5(d)

ATTACHED BY INMATE

### REVIEW ON THE MERITS

☐ Petition approved, advance next parole suitability hearing to next available calendar. Once the hearing is scheduled, the inmate will be notified.

☐ Petition approved, advance next parole suitability hearing from   to  years after previous hearing. Once the hearing is scheduled, the inmate will be notified of the new date.

☒ Petition denied.

Decision based on the reasons stated below.

On 11/18/15, Mr. Ramirez was denied parole for 10 years. On 02/20/19, he submitted a petition to advance his next suitability hearing.

Pursuant to PC section 3041.5(d)(1), an advancement of a parole suitability hearing date is appropriate where there is a change in circumstances or new information that establishes a reasonable likelihood that consideration of the public safety does not require the additional period of incarceration.

In denying parole, the panel expressed the following concerns about Mr. Ramirez:
(1) Mr. Ramirez had a long and violent history involving the use of weapons and violent behaviors, which continued through his 10/7/15 115 for fighting;
(2) He continues to act violently, with the panel noting that he had a 2002 murder that was handled administratively;
(3) His lack of insight into this mental health processes.

The panel made the following recommendations to Mr. Ramirez
(1) Get no more 115s/128As;
(2) Stay discipline free;
(3) Get self-help;
(4) Get therapy;
(5) Get his GED

In support of his petition, Mr. Ramirez submitted a copy of what he said were supportive letters written in Spanish from a psychologist, his brother Ricardo Ramirez, said to include a job offer, as well as a letter written in English from his sister Sandra Miranda who offered that he can live with her upon his release. He also submitted chronos of his participation in a Spanish Lifer Group, Life Skills Group, Mood Management, Seeking Safety Treatment, multiple chronos for Mental Health Groups and Milestone Completions. His participation in these self-help programs appears to be responsive to the panel's concerns regarding unsuitability, and is viewed favorably.

A review of his file also revealed that he worked as a yard worker in 2016-2017, as a porter in 2018-2018, though he does not currently have a job assignment.

However, Mr. Ramirez received a serious rules violation on 05/24/16 for refusing to accept assigned housing. This rules violation is viewed as egregious as it came only 6 months after the panel recommended that Mr. Ramirez remain discipline free and not receive additional 115s

In light of his negative conduct, Mr. Ramirez does not meet the criteria set forth in PC 3041.4(d)(a) and his petition to advance is denied.

*Mary Smith*                                                         **March 15, 2019**

SIGNATURE                                                            **REVIEW DATE**

THORNTON, MARY

NAME

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS AND REHABILITATION

APPEAL OF GRIEVANCE

CDCR 602-2 (03/20)

Page 1 of 2

| STAFF USE ONLY | Appeal #: _____ Date Received: _____ |
|---|---|
| | Date Due: _____ |
| | Categories: _____ |
| | Grievance #: 142734 |

Claimant Name: Saul. M. Ramirez .        CDCR #: H-84928

Current Housing/Parole Unit: D yard 7342.    Institution/Facility/Parole Region: CMC EAST

☐ There are no claims that can be appealed.

☐ The following claims cannot be appealed:

Claim #s:

_____

_____

_____

*This is the process to appeal the decision made regarding a claim that is not listed above.*

Claim #: Staff complaint #142734

Explain the reason for your appeal of any claims not listed above. Be as specific as you can.

*I am dissatisfied with the response I was given because* Title 15 (3380) (a) warden D. Samuel and Associate warden B.D. Phillips are responsible for the way custody Treat inmates. They had enough Time To investigate. The Sgts, LTs and captain Black Ford and wardens cover up all D yard custody misconducts. I had To file another staff complaint Log #157739 for on going reprisal and harrasments. These c/o guards CJ. mohhamed, and c/o loomis, c/o L. castillo c/o Delgadillo, c/o Rouse, c/o Denerlene and other c/o guards are in collusion now Trying To have Their inmate workers and Their confidential informants To beat me up and have me stabbed by other inmates. c/o cabrera is also telling his inmates To get me off The yard. These c/o guards are also throwing away my Appeals and Legal mail sent To Roy W. wesley inspector General. To mexican consulet To the Coleman Lawyers Adam Dean I asked The cmc Warden for help on 9-13-21 and 8-31-21, the warden responded on 7-7-21

Are there documents that would be helpful to support your position? Attach copies of those documents, if you don't have the documents, identify them as best you can below:

Associate warden B.D. Phillips Letter control # 9022, and control # 9051 Roy W wesley inspector General Letter september 1, 2021 # BR: 21-0040365-PI. / witness List Attached dated september 16, 2021.

_____

_____

DISTRIBUTION    Original. Claimant's File    Copies: DAI, DAPO and Claimant

16

STATE OF CALIFORNIA

**APPEAL OF GRIEVANCE**

CDCR 602-2 (03/20)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Page 2 of 2

Claim #: <u>STaff complainT #142734</u>

Explain the reason for your appeal. Be as specific as you can.

*I am dissatisfied with the response I was given because* <u>conTinue - LeTTer conTrol #9022, and on 8-11-2021</u> <u>conTrol #9051, The wardens are no help. I senT Legal mail To InspecTor General and Appeals To</u> <u>CDCR SacramenTo and on 9-19-21, C/o Buenavides Threw away my Legal mail and on 9-23-21, C/o Herrera</u> <u>Threw away my 602 Appeal This leTTer #BR:21-0040365-PI. The InspecTor General never recieved</u> <u>IT. This reprisal and ReTaliaTion is also going on for I and other prisoners for filing on</u> <u>The Covid-19 case #(21Hc-0110) To Judge Barry T. LaBarbera excersising my FirsT amendment</u> <u>wrighT. I requesT To exhaust my remmedies and for cdcr have custody all To wear</u> <u>body camiras. And if something happens To me. my Family Sandra Ramirez and Lawyers</u> <u>will prosper in suing cdcr and all of you. including Sargeant LaZards That also</u> <u>wanTs inmaTes To beaT me up.</u>

Are there documents that would be helpful to support your position? Attach copies of those documents, if you don't have the documents identify them as best you can below:

Reminder: Please attach all documents in your possession that support your claim(s).

Please note that this form and supporting documents will not be returned to you.

Claimant Signature: *Saul M. Ramirez*          Date Signed: 10/1/2021

MAIL TO:

Office of Appeals
Department of Corrections and Rehabilitation
P.O. Box 942883
Sacramento CA 95811

OCT 04 2021

STATE OF CALIFORNIA — DEPARTMENT OF CORRECTIONS AND REHABILITATION                    GAVIN NEWSOM, GOVERNOR

**DIVISION OF ADULT INSTITUTIONS**
CALIFORNIA MEN'S COLONY
P.O. Box 8101
San Luis Obispo  CA  93409-8101

## ATTACHED BY INMATE



July 9, 2021

Control #9022

RAMIREZ, Saul
H34928, Facility D, Cell 7342
California Men's Colony (CMC)

Mr. Ramirez,

Your recent correspondence addressed to D. Samuel, Warden of the California Men's Colony (CMC) was forwarded to my office for response. Your written concerns were thoroughly reviewed and it was determined your issues could be best resolved at the institution level.

In order to expedite answers to your concerns, you are encouraged to utilize the Inmate/Parolee Grievance Process. Submitting your questions or concerns directly to the CMC Warden's Office circumvents the prescribed process and may result in the delay of addressing your concerns and/or grievances.

Staff at the institution level are able to address the majority of types of concerns related to the information stated in your letter. If your concerns cannot be addressed at this level, the grievance process is the proper format for presenting your concerns up to the headquarters level.

You may contact the CMC Office of Grievances by using the Form 22 process to obtain additional information.

Sincerely,

B. D. PHILLIPS
Associate Warden, Level III Housing
California Men's Colony

17

STATE OF CALIFORNIA — DEPARTMENT OF CORRECTIONS AND REHABILITATION                                              GAVIN NEWSOM, GOVERNOR

**DIVISION OF ADULT INSTITUTIONS**
**CALIFORNIA MEN'S COLONY**

P.O. Box 8101
San Luis Obispo CA 93409-8101



August 11, 2021

Control #9051

RAMIREZ, Saul
H84928, Facility D, Cell 7342
California Men's Colony (CMC)

Mr. Ramirez,

Your recent correspondence addressed to D. Samuel, Warden (A), of the California Men's Colony (CMC) was forwarded to my office for response. Your written concerns were thoroughly reviewed and it was determined your issues could be best resolved at the institution level.

In your correspondence, you reiterate prior staff complaints, which are currently, or have been previously addressed through the Inmate Grievance process. If staff wrongdoing is discovered at the institutional level, the completed Staff Complaint will be forwarded for further review by the Office of Internal Affairs. Submitting your questions or concerns directly to CMC Warden's Office circumvents the prescribed process and may result in the delay of addressing your concerns and grievances.

Staff at the institution level are able to address the majority types of concerns related to the information stated in your letter. If your concerns cannot be addressed at this level, the grievance process is the proper format for presenting your concerns up to the headquarters level.

You may contact the CMC Office of Grievances by using the Form 22 process to obtain additional information.

Sincerely,

B. D. PHILLIPS
Associate Warden, Level III Housing
California Men's Colony

18

WITNESS LIST CMF EAST D-yard    September 14-2021
LasT Names              CDCR.No.                    Ethnicity
                                            178124 conspiracy

Ramirez SauL CDCR.H-84928, cell 7342, mexica (Appeal cmc 157789

Rubio mario, CDCR.K-33959 (Appeal cmc E.19-02562) other

Dwayne conters, CDCR.BA-5328 (Appeal cmc-01-14200) black

Florez Jose CDCR.BM-3498 (%brady hurt thum-knee cup) mexican

EScamilla CDCR.BM-4355          native american indian

Wency CDCR.AA-1678                        whiTe

Hardy CDCR.AK-1285                        Black

TiTus B. CDCR.H-78685                     Black

Woodcock michael CDCR.H-27629-Cell 8316 (Fauls % ASSauT) Black

ALLen ERneST CDCR K86704 cell 8118 (Fauls Assault %Herrera) black

Harris CDCR V-28009                       BLack
                                    fauls 1y mexican
DalaFox Armando CDCR-P-94793 (Appeal-136669 put into ADSEG.

Briones G, CDCR.E-57243 (witness ADL beating on 9-9-21) italian
                                    on 9-9-21 mexican
Carrasco G. CDCR:BB1772, cell 8278 (witness EOP ADL beating)

D. James CDCR.AZ6858 (witness a beating)        black
                                    fora 602
Billups Tennell CDCR-Am4006 cell 8274 (%Retaliation) black
                                    21000649-21000016)
Nagy Daniel John CDCR AB5282 (witness To Appeal) white
                                    Appeal 157789
RoberT koening CDCR:D31539, cell 7303, (witness cell search) whiTe

Reyes                  cell 7305                  mexican

JeRRy smith CDCR V20028, cell 7335        Black

DemeTrius D. Cummings CDCR.BCO647, cell 7337   Black

Alvin Harvey CDCR.AV6057                   BLack

Salazar Ricardo CDCR.AD2690               mexican

copy To inspecTor General Roy W. Wesley BR21004036511

19



CALIFORNIA DEPARTMENT of
Corrections and Rehabilitation

# CLAIMANT GRIEVANCE CLAIMS DECISION RESPONSE

Re: Grievance Claims Decision Response

**Offender Name:** RAMIREZ, SAUL MIRANDA
**CDC#:** H84923

**Date:** 10/27/2021

**Current Location:** CMC-Facility H

**Current Area/Bed:** H 001A1 - 001001

Log #: 000000157789

## Claim #: 001

**Institution/Parole Region of Origin:** California Men's Colony

**Facility/Parole District of Origin:** CMC-Facility D

**Housing Area/Parole Unit of Origin:**

**Category:** General Employee Performance

**Sub-Category:** Other Staff Misconduct - NOS

The California Department of Corrections and Rehabilitation (CDCR) Office of Grievances at CMC-Facility D received your claim on 08/30/2021.

California Code of Regulations, title 15, provides CDCR Office of Grievances 60 calendar days to complete a response.

Although 60 calendar days have passed since your claim concerning General Employee Performance, Other Staff Misconduct - NOS was received, your claim is still under inquiry or investigation. Due to the expiration of time, this response by the Office of Grievances will be the only response.

You will be notified once the inquiry or investigation of the issue concerning your claim has been completed, but the notification will be outside of the timeframe of the Grievances and Appeals Process. You do not need to resubmit this claim to CDCR.

**Decision: Under Investigation**

20

STATE OF CALIFORNIA
**INMATE/PAROLEE APPEAL**
CDCR 602 (REV. 03/12)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Side 1

IAB USE ONLY   Institution/Parole Region:   Log #:   Category:

FOR STATE USE ONLY

You may appeal any California Department of Corrections and Rehabilitation (CDCR) decision, action, condition, policy or regulation that has a material adverse effect upon your welfare and for which there is no other prescribed method of departmental review/remedy available. See California Code of Regulations (CCR), Title 15, Section 3084.1. You must send this appeal and any supporting documents to the Appeals Coordinator (AC) within 30 calendar days of the event that led to the filing of this appeal. If additional space is needed, only one CDCR Form 602-A will be accepted. Refer to CCR 3084 for further guidance with the appeal process. No reprisals will be taken for using the appeal process.

**Appeal is subject to rejection if one row of text per line is exceeded.**   WRITE, PRINT, or TYPE CLEARLY in black or blue ink.

| Name (Last, First): | CDC Number: | Unit/Cell Number: | Assignment: |
|---|---|---|---|
| Ramirez Saul | H-84928 | 7342 | |

State briefly the subject of your appeal (Example: damaged TV, job removal, etc.):

discrimination and harassed by c/o guards.

AUG 3 0 2021

CMO APPEALS OFFICE

A. Explain your issue (If you need more space, use Section A of the CDCR 602-A): On 9-27-21 about 10:15 A.m. I sat on The bench To wait for my 10:30 a.m Gym dayout and c/o Loomis and c/o Johnson came out of D program office sTaring aT me with angry faces for me siTTing on The bench close To the gate.

B. Action requested (If you need more space, use Section B of the CDCR 602-A): ThaT this sTaff-complainT be puT inTo c/o guard Loomis, and inTo c/o Johnson's file for discriminaTing reTo my face and harassing me Taking reprisal for my RighT To appeal and filing To courts on c/o.

Supporting Documents: Refer to CCR 3084.3

☒ Yes, I have attached supporting documents.

List supporting documents attached (e.g., CDC 1083, Inmate Property Inventory; CDC 128-G, Classification Chrono):

Cell search ReceipT daTe:8/27/21     wiTness: RobarT koenig CDCR D31547 cell 7303)

☐ No, I have not attached any supporting documents. Reason: No copy of leTTer conTrol #905) of AssociaTe warden B.D. pHillips daTe 8/11/21 cmc

Inmate/Parolee Signature: Saul M. Ramires     Date Submitted: 8/28/2021

☐ By placing my initials in this box, I waive my right to receive an interview.

---

**C. First Level - Staff Use Only**                 Staff – Check One: Is CDCR 602-A Attached?   ☐ Yes   ☐ No

This appeal has been:
☐ Bypassed at the First Level of Review. Go to Section E
☐ Rejected (See attached letter for instruction). Date: _____ Date: _____ Date: _____ Date: _____
☐ Cancelled (See attached letter) Date: _____
☐ Accepted at the First Level of Review.

Assigned to: _____ Title: _____ Date Assigned: _____ Date Due: _____

First Level Responder: Complete a First Level response. Include Interviewer's name, title, interview date, location, and complete the section below.

Date of Interview: _____ Interview Location: _____

Your appeal issue is   ☐ Granted   ☐ Granted in Part   ☐ Denied   ☐ Other _____

See attached letter. If dissatisfied with First Level response, complete Section D

Interviewer: _____ Title: _____ Signature: _____ Date completed: _____
              Print Name

Reviewer: _____ Title: _____ Signature: _____
            Print Name

Date received by AC: _____

AC Use Only
Date mailed/delivered to appellant _____

Copy To: Lawyers/copy To inspector General 21

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE/PAROLEE APPEAL
CDCR 602 (REV 03/12)
Side 2

D. If you are dissatisfied with the First Level response, explain the reason below, attach supporting documents and submit to the Appeals Coordinator for processing within 30 calendar days of receipt of response.  If you need more space, use Section D of the CDCR 602-A.

Inmate/Parolee Signature: _____   Date Submitted : _____

E.  Second Level - Staff Use Only                          Staff – Check One:  Is CDCR 602-A Attached?   ☐ Yes    ☐ No

This appeal has been. *

☐ Bypassed at Second Level of Review.  Go to Section G.
☐ Rejected (See attached letter for instruction) Date: _____  Date: _____  Date: _____  Date: _____
☐ Cancelled (See attached letter)
☐ Accepted at the Second Level of Review

Assigned to: _____  Title: _____  Date Assigned: _____  Date Due: _____

Second Level Responder:  Complete a Second Level response.  If an interview at the Second Level is necessary, include interviewer's name and title, interview date and location, and complete the section below.

Date of Interview: _____   Interview Location: _____

Your appeal issue is:  ☐ Granted    ☐ Granted in Part    ☐ Denied    ☐ Other: _____

See attached letter.  If dissatisfied with Second Level response, complete Section F below.

Interviewer _____  Title: _____  Signature: _____  Date completed : _____
                (Print Name)

Reviewer _____  Title: _____  Signature: _____
              (Print Name)

Date received by AC: _____

AC Use Only
Date mailed/delivered to appellant ___/___/___

F.  If you are dissatisfied with the Second Level response, explain reason below; attach supporting documents and submit by mail for Third Level Review.  It must be received within 30 calendar days of receipt of prior response.  Mail to: Chief, Inmate Appeals Branch, Department of Corrections and Rehabilitation.  P.O. Box 942883, Sacramento, CA 94283-0001. If you need more space, use Section F of the CDCR 602-A.

Inmate/Parolee Signature: _____   Date Submitted: _____

G.  Third Level - Staff Use Only

This appeal has been.

☐ Rejected (See attached letter for instruction) Date _____  Date: _____  Date: _____  Date: _____  Date: _____
☐ Cancelled (See attached letter)   Date _____
☐ Accepted at the Third Level of Review.  Your appeal issue is ☐ Granted   ☐ Granted in Part   ☐ Denied   ☐ Other: _____

See attached Third Level response.

Third Level Use Only
Date mailed/delivered to appellant ___/___/___

H.  Request to Withdraw Appeal:  I request that this appeal be withdrawn from further review because; State reason. (If withdrawal is conditional, list conditions.)

_____  Inmate/Parolee Signature: _____  Date: _____

Print Staff Name _____  Title: _____  Signature _____  Date: _____

STATE OF CALIFORNIA
**INMATE/PAROLEE APPEAL FORM ATTACHMENT**
CDCR 602-A (08/09)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Side 1

IAB USE ONLY   Institution/Parole Region.   Log #   Category

_FOR STAFF USE ONLY_

Attach this form to the CDCR 602, only if more space is needed. Only one CDCR 602-A may be used.
Appeal is subject to rejection if one row of text per line is exceeded.    WRITE, PRINT, or TYPE CLEARLY in black or blue ink.

| Name (Last, First) | CDC Number | Unit/Cell Number | Assignment |
|---|---|---|---|
| Ramirez Saul | H-84928 | 7342 | |

A. Continuation of CDCR 602, Section A only / (Explain your issue): When I came back To my cell I found ThaT C/o Loomis, C/o Johnson had C/o K. Jensen and C/o Becket search my cell 7342, This is a sTaff missconduct complaint Title 15 (3391). The cells are will noT be used as a punitive measure nor To harass a prisoner, for siTing on the bench since I am 7342 recell Imparits Title 15 (3257)(a), And Title 15 (3004)(c) C/o Loomis C/o Johnson have discriminaTed me for my hispanic Race, and physical and menTal handicap, because other races siT aT This bench and are not Told nothing or harassed by siTing in This bench Title 15 (3004)(a) STaTes no reprisal shall be Taken for me filing 602 Log # is 2714, and Tracking # cmcho 21005649, or for filing To the courTs on cov D-13 case (31HS-810), These %o guards keep Trying To geT me off Dyard into ADSEG even using mental HealTh sTaff. And how do I know if in The cells each The %o guards can puT a kniTe or drugs in my cell like they did To another prisoner (SEE Rhodes v. Robinson, 408 F. 3d. 559, 567-63 (9Th cir. 2005) see also Rizzo v. Dawson 778 F. 2d 527, 531-32 (9th cir. 1985) FirsT Amendment right Free from ADSEG or reTaliation for filing 602 grievance. sTop your reprisal.

Inmate/Parolee Signature: _Saul M. Ramirez_   Date Submitted: 8/28/2021

B. Continuation of CDCR 602, Section B only (Action requested): I requesT This To sTop your reprisal and reTaliation donT puT knifes or drugs in my cell or send C/o guards or inmates To beaT me up. I requesT CDCR sacramento order all cmc guards To wear body cameras and if The C/o guards be found guilTy To be Terminated and sTripped from their pensions. I requesT To exhausT my administrative remedies with CDCR sacramento. Title 15 (3084) No reprisal shall be Taken on me for filing This 602 Appeal No ADSEG

Inmate/Parolee Signature: _Saul M Ramirez_   Date Submitted 8/28/2021

copy To Lawyers/copy To inspecTor General

AUG 3 0 2021
CMC APPEALS OFFICE

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS AND REHABILITATION

INMATE/PAROLEE APPEAL FORM ATTACHMENT
CDCR 602-A (C8/03)

Side 2

D. Continuation of CDCR 602, Section D only (Dissatisfied with First Level response): _____

Inmate/Parolee Signature: _____  Date Submitted: _____

F. Continuation of CDCR 602, Section F only (Dissatisfied with Second Level response): _____

Inmate/Parolee Signature: _____  Date Submitted: _____

STATE OF CALIFORNIA                                                   DEPARTMENT OF CORRECTIONS

CDC 1353 (2/97)

ATTACHED BY INMATE

## RIGHTS AND RESPONSIBILITY STATEMENT

*The California Department of Corrections has added departmental language (shown inside brackets in non-boldface type) for clarification purposes.*

**Pursuant to Penal Code 143.6, anyone wishing to file an allegation of misconduct by a departmental peace officer must read, sign and submit the following statement:**

YOU HAVE THE RIGHT TO MAKE A COMPLAINT AGAINST A POLICE OFFICER (this includes a departmental peace officer) FOR ANY IMPROPER POLICE (or peace) OFFICER CONDUCT. CALIFORNIA LAW REQUIRES THIS AGENCY TO HAVE A PROCEDURE TO INVESTIGATE CITIZENS' (or inmates' parolees) COMPLAINTS. YOU HAVE A RIGHT TO A WRITTEN DESCRIPTION OF THIS PROCEDURE. THIS AGENCY MAY FIND AFTER INVESTIGATION THAT THERE IS NOT ENOUGH EVIDENCE TO WARRANT ACTION ON YOUR COMPLAINT; EVEN IF THAT IS THE CASE, YOU HAVE THE RIGHT TO MAKE THE COMPLAINT AND HAVE IT INVESTIGATED IF YOU BELIEVE AN OFFICER BEHAVED IMPROPERLY. CITIZEN (or inmate/parolee) COMPLAINTS AND ANY REPORTS OR FINDINGS RELATING TO COMPLAINTS MUST BE RETAINED BY THIS AGENCY FOR AT LEAST FIVE YEARS.

IT IS AGAINST THE LAW TO MAKE A COMPLAINT THAT YOU KNOW TO BE FALSE. IF YOU MAKE A COMPLAINT AGAINST AN OFFICER KNOWING IT IS FALSE, YOU CAN BE PROSECUTED ON A MISDEMEANOR CHARGE. [An inmate/parolee who makes a complaint against a departmental peace officer, knowing it is false, may be issued a serious disiplinary rule violation, in addition to being prosecuted on a misdemeanor charge.]

| COMPLAINANT'S PRINTED NAME | COMPLAINANT'S SIGNATURE | DATE SIGNED | |
|---|---|---|---|
| Saul M. Ramirez | Saul M. Ramirez | 8/28/2021 | |
| INMATE/PAROLEE PRINTED NAME | INMATE/PAROLEE'S SIGNATURE | CDC NUMBER | DATE SIGNED |
| Saul M. Ramirez | Saul M. Ramirez | H-84728 | 8/28/2021 |
| RECEIVING STAFF'S PRINTED NAME | RECEIVING STAFF'S SIGNATURE | DATE SIGNED | |

DISTRIBUTION:
ORIGINAL -
Public - Institution Head/Parole Administrator
Inmate/Parolee - Attach to CDC form 602
Employee - Institution Head/Parole Administrator
COPY - Complainant

ATTACHED BY INMATE

Cell Search Property Receipt Notice

Date: 8/27/21   Occupant: Ramirez   CDC#: H54225   Building: 7   Cell: 73...

Occupant: ___   CDC#: ___   Building: ___   Cell: ___

| Qty | Item(s) Impounded | Personal/State | | Reason* | | | | Disposition** | | | |
|-----|-------------------|----------------|---|---------|---|---|---|---------------|---|---|---|
| | | P | S | A | U | E | D | A | B | C | D |
| | | P | S | A | U | E | D | A | B | C | D |
| | | P | S | A | U | E | D | A | B | C | D |
| | | P | S | A | U | E | D | A | B | C | D |
| | | P | S | A | U | E | D | A | B | C | D |
| | | P | S | A | U | E | D | A | B | C | D |

El ion or Security Follow-up Action/Comments:

Impounding Officer(s): K. Jensen
Print Name                                    Signature

*Reason:   A = Altered   U = Unauthorized   E = Excess   D = Dangerous
**Disposition:   A = Disposed of per Title 15, § 3191(c)   B = Turned over to R & R   C = Secured as evidence   D = Other (explain in Comments section)

... security and what follow-up action will be taken, i.e., work order or disciplinary (128/V/115).

White: Inmate   Yellow: Program Sergeant   Pink: Cell Search Log

## ADA/Effective Communication Patient Summary

As of: 08/11/2021 13:24

### Patient Information

**NAME:** RAMIREZ, SAUL
**CDCR:** H84928

### Disability Placement Program

Current DPP Code(s):
* DNM

DPP Verification/Accommodation Date: 09/12/13 14:17:28 PDT

Current Housing Restrictions/Accomodations:
* No Rooftop Work/Hazardous Restriction
* Lifting Restriction
* Bottom Bunk

### Methods of Communication

SLI:

Primary Method:

Secondary Method:

Interview Date:

### Developmental Disability Program

Current DDP Code:

Effective Date:

Adaptive Support Needs:

### Testing of Adult Basic Education (TABE)

**TABE Score:** 05.6

**TABE Date:** 03/06/2012 00:00

### Learning Disabilities

Learning Disabilities:

### English Proficiency

LEP: No

Primary Language: Spanish

### Durable Medical Equipment

Current ISSUED DME:
* Back Braces Permanent
* Cane Permanent
* Compression Stocking Permanent
* Eyeglass Frames Permanent
* Knee Braces Permanent
* Mobility Impaired Disability Vest Permanent
* Non-invasive Airway Assistive Devices (C-Pap) Permanent
* Therapeutic Shoes/Orthotics Permanent

### MHSDS

MHLOC: EOP

RECEIVED
HCCAR
DEC 2 7 2021

24

7536 DME/Supply Receipt
03/24/22 09:07 PDT Performed by Kaur, Pawandeep MA
Entered on 03/24/22 09:08 PDT

**Patient Encounter Information**
ENCTR Information: Encounter Info: Patient Name: SAUL RAMIREZ,DOB: 05/27/1960,,FIN:
10282275111696551H34928,Facility: CHCF,Encounter Type: Institutional Encounter
**Approved DME/Medical Supplies**
DME Air Cell Cushion-High Profile (Roho): N/A
DME Air Cushion (for Wheelchair Seat): N/A
DME Air Cushion-Full (Day/Geri Chair): N/A
DME Ankle Foot Orthoses/Knee Ankle Foot: N/A
DME Back Braces: N/A
DME Bone Growth Stimulators Electrical: N/A
DME Breast Pump: N/A
DME Bubble Humidifier: N/A
DME Burn Garment: N/A
DME Cane: N/A
DME Commode Chair: N/A
DME Compression Stocking: Compression Stocking Permanent
DME Continuous Passive Motion  Lower: N/A
DME Continuous Passive Motion Upper: N/A
DME Crutches: N/A
DME Diabetic Supplies Monitors: N/A
DME Eyeglass Frames: Eyeglass Frames Permanent
DME Eyeglasses for Aphakia: N/A
DME Foot Orthoses: N/A
DME Hearing Aid: N/A
DME Hearing Impaired Disability Vest: N/A
DME Heel/Foot Protector: N/A
DME Helmet: N/A
DME Incontinence Supplies: N/A
DME Insulin Pump: N/A
DME Knee Braces: N/A
DME Mobility Impaired Disability Vest: N/A
DME BiPap: N/A
DME CPAP: N/A
DME Ocular Conformers: N/A
DME Ostomy Supplies: N/A
DME Oxygen Concentrators: N/A
DME Pressure Reducing Support Services: N/A
DME Prosthetic Limbs Lower Extremity: N/A
DME Prosthetic Limbs Upper Extremity: N/A
DME Scleral Shell Contact Lenses: N/A
DME Sitz Bath: N/A
DME Spinal Orthoses: N/A
DME Standing Frames: N/A
DME Therapeutic Contact Lenses: N/A
DME Therapeutic Shoes/Orthotics: N/A
DME Toilet Seat Lift (Erector): N/A
DME Tracheostomy Care Supplies: N/A
DME Truss Hernia Support: N/A
DME Urologic Supplies: N/A
DME Vision Impaired Disability Vest: N/A
DME Voice Prosthesis Augmentative: N/A
DME Walkers: N/A
DME Wheelchair: N/A
DME Wound Care Dressings: N/A
DME Negative Pressure Wound Therapy: N/A
DME Wrist Support Brace: N/A
DME Other Options: N/A
**Durable Medical Equipment and Supply Receipt**
7536 Descriptions 1: Eyeglass Frames
7536 Quantity 1: 1
7536 Make 1: Dispensed eyeglasses 51/17/140 Tortoise Modern MCT-1
7536 Date of 7221: 03/24/22
7536 Section C: Received DME/Medical Supply
7536 Patient Signature: X Saul Ramy
7536 Patient Signature Date: 03/24/22
7536 Issuing Staff Signature: X

CHCF(Location:CHCF E 301B1 ; 104 ; 104001L)
Patient Name: RAMIREZ, SAUL MIRANDA          DOB / AGE / SEX: 05/27/60   61 Years Male
Admitting Physician:
Admission Date    MRN    Financial Num: 02/25/22   H34928   1.0282275111696551H Page 1 of 2
Print Date: 03/24/22
Print Time: 09:08 EDT
Printed by:Kaur, Pawandeep

25

0

7536 DME/Supply Receipt
03/24/22 09:07 PDT Performed by Kaur, Pawandeep MA
Entered on 03/24/22 09:08 PDT

**Durable Medical Equipment and Supply Receipt (cont.)**
7536 Issuing Staff Date: 03/24/22
7536 Witness Name: X
7536 Witness Signature: X
7536 Witness Date: 03/24/22

CHCF (Location:CHCF E 301B1 ; 124 ; 124001L)
Patient Name: RAMIREZ, SAUL MIRANDA          DOB   AGE   SEX: 05 27 61   61 Years Male
Admitting Physician:
Admission Date   MRN   Financial Num: 02 25 22   H84928   10232275111696551H34

Page 2 of 2
Print Date: 03 24 22
Print Time:
Printed by

State of California

# Memorandum

Date :     June 21, 2022

To :       RAMIREZ, Saul (H84928)
           Mule Creek State Prison (MCSP)
           Facility C 012 1-113001L

Subject:   **INVESTIGATION/ALLEGATION INQUIRY FINDINGS GRIEVANCE LOG #157789**

**GRIEVANCE ISSUE:** It is the claimant's position that on August 27, 2021, Correctional Officers M. Loomis, M. Stokes, K. Jensen, and A. Beckett conducted a retaliatory cell search based on his race, physical, and mental handicaps.

**DETERMINATION OF ISSUE:** Your claim contained an allegation of staff misconduct as defined in the California Code of Regulations (CCR), Title 15, Section 3486(c)(17) and was processed as an Office of Internal Affairs (OIA) Investigation pursuant to CCR, Title 15, Section 3486.2.

**FINDINGS:** Upon receipt and review of the Confidential Investigation Report as described in CCR, Title 15, Section 3486.2(d) the Hiring Authority determined your Claim/Allegation was:

☐ NOT SUSTAINED: The investigation or inquiry failed to disclose a preponderance of evidence to prove or disprove the allegation made in the complaint.

☒ UNFOUNDED: The investigation or inquiry conclusively proved that the act(s) alleged did not occur, or the act(s) may have, or in fact, occurred but the individual employee(s) named in the complaint(s) was not involved.

☐ EXONERATED: The facts, which provided the basis for the complaint or allegation, did in fact occur; however, the investigation or inquiry revealed that the actions were justified, lawful, and proper.

☐ SUSTAINED: The investigation or inquiry disclosed a preponderance of evidence to prove the allegation(s) made in the complaint.

**ALL STAFF PERSONNEL MATTERS ARE CONFIDENTIAL IN NATURE.** As such, the details of any inquiry or investigation will not be shared with staff, members of the public, or an offender grievant. Although you have the right to submit an allegation of staff misconduct, a request for administrative action regarding staff or the placement of documentation in a staff member's personnel file is beyond the scope of the staff misconduct process. As stated in the associated Office of Grievances Decision response letter, your claim was identified as an allegation of staff misconduct, meaning it was referred outside of the grievance and appeal process to an appropriate authority within the Department for the purpose of gathering facts needed to prove or disprove the allegation. The Inquiry/Investigation was completed and your administrative remedies shall be considered exhausted.

27

Page 2

_____
D. SAMUEL
Warden(A)

6.21.22
Date



CALIFORNIA DEPARTMENT of
Corrections and Rehabilitation

# OOA ACKNOWLEDGMENT OF RECEIPT AND CLOSURE OF APPEAL

**Offender Name:** RAMIREZ, SAUL M.                          **Date:** 12/16/2021

**CDC#:** H34923

**Current Location:** SVSP-Facility C

Current Area/Bed: C 005 1130001L

From: Office of Appeals

Re: Log # 000000157739

The California Department of Corrections and Rehabilitation, Office of Appeals received your appeal on 11/01/2021. Your appeal is being handled as specified below:

Claim # 001:

Your claim concerning General Employee Performance/Other Staff Misconduct - NDS is rejected by Office of Appeals for the reason(s) indicated below.

Your claim concerns the rules established by the grievance and appeal regulations or process and is therefore not allowed under the California Code of Regulations, title 15 , section 3487, subsection (a)(5).

This serves as your response by the Office of Appeals.

Do not resubmit this claim to the Office of Appeals.

CDCR SOMS DOTT305
OOA ACKNOWLEDGMENT OF RECEIPT AND CLOSURE OF APPEAL

28

STATE OF CALIFORNIA
**APPEAL OF GRIEVANCE**
CDCR 602-2 (03/20)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Page 1 of 2

| STAFF USE ONLY | Appeal #: _____ | Date Received: _____ |
|---|---|---|
| | Date Due: _____ | |
| | Categories: _____ | |
| | Grievance #: 157789 | |

Claimant Name: Saul M. Ramirez          CDCR #: H-84928

Current Housing/Parole Unit: A-01 cTc          Institution/Facility/Parole Region: CMC East

☐ There are no claims that can be appealed.

☐ The following claims cannot be appealed:

Claim #s.

REC BY OOA

NOV 0 1 2021

This is the process to appeal the decision made regarding a claim that is not listed above.

Claim #: 157789

Explain the reason for your appeal of any claims not listed above. Be as specific as you can.

I am dissatisfied with the response I was given because _____ _____ _____ _____ investigation This is a tactic To delay my appeal These so called Appeals and % Talkers are using me as a predi Tor. These same % awards and % c _____ _____ % _____ _____ % _____ as a reprise. _____ _____ _____ sex inmate To best me I refuse _____ friends They Tried sTalk me The warden I _____ _____ this They have discriminated me and Sending inmate To Talk and To get me off my _____ These same % guard have manipulated mental Health STaffs To Transfer me To PcF This is how They are setting me Dyard by transfering. I request cameras on all these % guards

Are there documents that would be helpful to support your position? Attach copies of those documents, if you don't have the documents, identify them as best you can below: No copies. Letter conTrol E 3.1.1 of Associate Warden BD-Hillips.

STATE OF CALIFORNIA

**APPEAL OF GRIEVANCE**
CDCR 602-2 (03/20)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Page 2 of 2

Claim #: 157789

Explain the reason for your appeal. Be as specific as you can.

*I am dissatisfied with the response I was given because* Then the Truth will show no, I request This Appeal go To inspecTor General, and mexican cancels. and if Their C/o guards are guilTy Then they should be Terminated and Their pensions Taken away. because also C/o guard Cabrera and C/o Lizaraga were sending The white race To beat me up and stabb me, these C/o guard also Threw my Legal mail away, also M. Rothe and C/o Lucas Threw my Legal mail away. TiTle 15 (3084 1)(d) No reprisal shall be Taken on me for filing a Grievances I need To Exhaust my Remedies.

Are there documents that would be helpful to support your position? Attach copies of those documents. If you don't have the documents, identify them as best you can below.

Reminder: Please attach all documents in your possession that support your claim(s).

Please note that this form and supporting documents will not be returned to you.

Claimant Signature: Saul M. Ramirez                     Date Signed: 10-26-2021

MAIL TO:

Office of Appeals
Department of Corrections and Rehabilitation
P.O. Box 942883
Sacramento, CA 95811

CMC

OCT 28 2021

OFFICE OF
GRIEVANCES

# EXHIBIT

## C  - 92 pages 1 To 92

1 Health care Appeal Log# cmc.Hc.17051492 dated 8-10-2017, requested a medical Hold./ 2 Health care Grievance.# cmc.Hc.20001066 dated 9-28-2020, requested back injury aT work To be corrected./ 3 Health care Grievance dated 4-20-2021, # cmc.Hc.21000424, Denied- Canseled DRs Appointments covid-19 /4 Health care Grievance dated 4-5-2021, # cmc.Hc. 21000361. Denied DRs Appointments. Appoved neurosurgen fallow up But I dont see him /5 Health care Grievance dated 6-22-2018, I requested a medical Hold To finish, my medical Treatments. I am Denied byT. macias on 8-27-2018, /6 CDCR ADA-1824, dated 9-20-2020, CCI L.zelaya puts me back To work wiTh back injury./7 Health care Grievance dated 10-1-2020.# cmc.Hc. 20001087, requested To be Taken off work because back injury pain. T. macias Denies it on 12-1-2020, /8 Grisvance. dated 9-28-2021.#176405 cusToy ReTaliaTes and Transfers me ouT B. philips cDW denies iT on 10-29-2021.

## EXHIBIT C

STATE OF CALIFORNIA
**PATIENT-INMATE HEALTH CARE APPEAL**
CDCR 602 HC (REV. 6/13)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Page 1 of 2

*Emergency Appeal* (handwritten top)

| STAFF USE ONLY | | | Institution: CMC HC | Log #: 17051492 | Category: 8 |
|---|---|---|---|---|---|
| Emergency Appeal | ☐ Yes | ☐ No | | | |
| Signature: | | Date: | *FOR STAFF USE ONLY* | | |

You may appeal any medical, mental health, or dental decision, action, condition, omission, policy or regulation that has a material adverse effect upon your welfare. See California Code of Regulations, Title 15, Section (CCR) 3084.1. You must send this appeal and any supporting documents to the Health Care Appeals Coordinator (HCAC) within 30 calendar days of the event that led to the filing of this appeal. If additional space is needed, only one CDCR Form 602-A will be accepted. Refer to CCR 3084 for further guidance with the appeal process. No reprisals will be taken for using the appeal process.

**Appeal is subject to rejection if one row of text per line is exceeded.**     WRITE, PRINT, or TYPE CLEARLY.

| Name (Last, First): Ramirez Saul | CDCR Number: H-84928 | Unit/Cell Number: 8192 | Assignment: porter |
|---|---|---|---|

State briefly the subject/purpose of your appeal (Example: Medication, To See Specialist, etc.): Requesting cmc permanint medical Hold.

**SECTION A.** Explain your issue (If you need more space, use Section A of the CDCR 602-A): On August 8, 2017 I saw DR Collins I stated to him That I needed a medical Hold permanint at cmc east because I am being Treated by DR ya a specialist for my East and That I have a serious Ear E.N.T and live in C5 with ...

**SECTION B.** Action requested (If you need more space, use Section B of the CDCR 602-A): I request that I cm a cmc DR collins give me a permanint medical Hold at cmc East because for years I have been Transfered hack and foth without transfering all my medical problems and my problems has ...

☐ Supporting Documents: Refer to CCR 3084.3.

List supporting documents attached (e.g., Trust Account Statement: CDCR 7410, Comprehensive Accommodation Chrono; CDCR 7362, Request for Health Care Services; etc.):

☒ No, I have not attached any supporting documents. Reason: no copies of medical Records please see medical Appointments.

Patient-Inmate Signature: Saul Ramirez     Date Submitted: 8-10-2017

☐ By placing my initials in this box, I waive my right to receive an interview.

| SECTION C. FIRST LEVEL - Staff Use Only | Check One: Is CDCR 602-A attached? | ☒ Yes ☐ No |
|---|---|---|

This appeal has been:     Check One: Is this a recatergorized/converted 1824?   ☐ Yes ☒ No

☐ Bypassed at the First Level of Review. Go to Section E.

☐ Rejected (See attached letter for instruction): Date: 8/24/2017 Date: ___ Date: ___ Date: ___

☐ Cancelled (See attached letter): Date: ___

☒ Accepted   Assigned to: CMC MD   Title: ___   Date Assigned: 9/18/17   Date Due: 10/27/17

First Level Responder: Complete a First Level response. Include Interviewer's name, title, interview date, location, and complete the section below.

Date of interview: ___   Interview Location: ___

Your appeal issue is: ☐ Granted  ☑ Granted in part  ☐ Denied   ☐ Other: ___
See attached letter. If dissatisfied with First Level response, complete Section D.

| 1. Disability Code: | 2. Accommodation: | 3. Effective Communication: | Interview conducted? ☑ Yes ☐ No |
|---|---|---|---|
| ☐ TABE score ≤ 4.0 | ☐ Additional time | ☐ P/I asked questions | Interviewer: D. Taylor   Title: PS |
| ☐ DPH ☐ DPV ☐ LD | ☐ Equipment ☐ SLI | ☐ P/I summed information | (Print Name) |
| ☐ DPS ☐ DNH | ☐ Louder ☐ Slower | **Please check one:** | Signature: ___   Date completed: 9/27/17 |
| ☐ DNS ☐ DDP | ☐ Basic ☐ Transcribe | ☐ Not reached* ☐ Reached | |
| ☐ Not Applicable | ☐ Other* | *See chrono/notes | Reviewer: Sprague, MD, CP&S   Title: ___ |
| 4.Comments: TABE 5.6 | | | (Print Name) |
| | | | Signature: ___   9/27/2017 |

| HCAC Use Only | HCAC Use Only |
|---|---|
| Date received by HCAC: | Date closed and mailed/delivered to appellant: 10/2/17 |

copy To lawyer AUG 15 2017

RECEIVED SEP 18 2017 STAFF USE ONLY by the Health Care Appeals Office

Health Care Appeals

OCT 06 2017 Health Care Appeals RECEIVED HCCAB OCT 30 2017

RECEIVED HCCAB FEB 09 2018 COMPLETE

STATE OF CALIFORNIA                                                DEPARTMENT OF CORRECTIONS AND REHABILITATION

**PATIENT-INMATE HEALTH CARE APPEAL**            CMC HC 1705149ð
**CDCR 602 HC (Rev. 06/13)**                                                              Page 2 of 2

**SECTION D.** If you are dissatisfied with the **First Level** response, explain the reason below, attach supporting documents and submit to the Health Care Appeals Coordinator for processing within 30 calendar days of receipt of response. If you need more space, use Section D of the CDCR 602-A.

dissaTisf..d I requesT a pernamenT medical Holds so ThaT I can geT all my medical needs meT in a correcT medical TreaTmenT on Time with ouT To be Transfered evary year To differenT DocTors messing me up insTead of fixing me I need The pernamenT medical Hold.

Patient-Inmate Signature: Saul Ramiu                          Date Submitted: 10-4-2017

**SECTION E. SECOND LEVEL - Staff Use Only**        Check One: Is CDCR 602-A attached?          ☑ Yes  ☐ No

This appeal has been:                              Check One: Is this a recatergorized/converted 1824?   ☐ Yes ☑ No
☐ Bypassed at Second Level of Review. Go to Section G.
☐ Rejected (See attached letter for instruction):   Date: _____   Date: _____   Date: _____   Date: _____
☐ Cancelled (See attached letter):                 Date: _____
☐ Accepted   Assigned to: _____   Title: HK AC   Date Assigned: 10/6/17  Date Due: 11/13/17

Second Level Responder: Complete a Second Level response. Include Interviewer's name, title, interview date, location, and complete the section below.
                Date of Interview: N/A                          Interview Location: N/A

Your appeal issue is:      ☐ Granted      ☐ Granted in part  ☑ Denied          ☐ Other: _____
See attached letter. If dissatisfied with Second Level response, complete Section F.

| 1. Disability Code. | 2. Accommodation: | 3. Effective Communication: | Interview conducted?  ☐ Yes  ☑ No |
|---|---|---|---|
| ☐ TABE score ≤ 4.0 | ☐ Additional time | ☐ P/I asked questions | Interviewer: N/A          Title: N/A |
| ☐ DPH ☐ DPV ☐ LD | ☐ Equipment ☐ SLI | ☐ P/I summed information | (Print Name) |
| ☐ DPS ☐ DNH | ☐ Louder ☐ Slower  Please check one: | Signature: N/A          Date completed: N/A |
| ☐ DNS ☐ DDP | ☐ Basic ☐ Transcribe ☐ Not reached* ☐ Reached | |
| ☐ Not Applicable | ☐ Other* | *See chrono/notes | Reviewer: O. Alderete, CSE for  _____, Title: CSE/000 |
| 4.Comments: TABE 9.6 | | | (Print Name) |
| | | | Signature O. Alderete CSE for I. Maxias, CRS |

HCAC Use Only                                      HCAC Use Only
Date received by HCAC: 10/6/17                      Date closed and mailed/delivered to appellant: 10/20/17

**SECTION F.** If you are dissatisfied with the **Second Level** response, explain reason below; attach supporting documents and submit by mail for Third Level Review. It must be received within 30 calendar days of receipt of prior response. Mail to: Health Care Appeals, ATTN: Chief, Building C, P.O. Box 588500, Elk Grove, CA 95758. If you need more space, use Section F of the CDCR 602-A.

dissaTisfied you soc give me yearly medical Holds so ThaT I can be TreaTed by The same DocTors and noT many DocTors ThaT insTead of fixing me They mess me up Then I have To file anoTher civil suiT on once becaue They conT lisTen I requesT The medical Holds.

Patient-Inmate Signature: Saul Ramiu                          Date Submitted: 10-24-2017

**SECTION G. THIRD LEVEL - Staff Use Only**

☐ Rejected (See attached letter for instruction):   Date: _____   Date: _____   Date: _____   Date: _____
☐ Cancelled (See attached letter):                 Date: _____
☑ Accepted at the Third Level of Review
Your appeal is:          ☐ Granted          ☐ Granted in part  ☑ Denied          ☐ Other: _____
See attached Third Level response.                 Third Level Use Only
                                                   Date closed and mailed/delivered to appellant FEB 0 9 2018

**Request to Withdraw Appeal:** I request that this appeal be withdrawn from further review because; State reason. (If withdrawal is conditional, list conditions.)
_____
_____
_____
_____

Patient-Inmate Signature: _____                   Date Submitted: _____
Print Staff Name: _____   Title: _____   Signature: _____   Date: _____

STAFF USE ONLY

STATE OF CALIFORNIA
**INMATE/PAROLEE APPEAL FORM ATTACHMENT**
CDCR 602-A (08/09)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Side 1

| IAB USE ONLY | Institution/Parole Region: | Log #: | Category: |
|---|---|---|---|
| | cmc-H. | 17051492 | 8 |

*FOR STAFF USE ONLY*

Attach this form to the CDCR 602, only if more space is needed. Only one CDCR 602-A may be used.

Appeal is subject to rejection if one row of text per line is exceeded.     WRITE, PRINT, or TYPE CLEARLY in black or blue ink.

| Name (Last, First): Ramirez Saul | CDC Number: H-84928 | Unit/Cell Number: 8192 | Assignment: Porter |
|---|---|---|---|

**A.   Continuation of CDCR 602, Section A only (Explain your issue) :** also on August 9,2017
I saw DR. Koboll the orthopedic specialist at Twin
citys To get both my knees fixed he recommended a
Right knee Arthoplasty and after that To get my left
knee fixed and I'm getting followup other medical
problems also and Dr. cailins knows this this is why
I request a permanint medical Hold at CMC East
So That I can finish all my medizal, TreaTmenTs.

RECEIVED

AUG 15 2017

Health Care Appeals

RECEIVED

SEP 18 2017

by the Health Care
Appeals Office

COMPLETED
HCCAB
FEB 09 2018

RECEIVED

OCT 06 2017

Health Care Appeals

Inmate/Parolee Signature: Saul Ramirez        Data Submitted:
8-10-2017

**B.   Continuation of CDCR 602, Section B only (Action requested):** gotten worse missing and cancelling
my different Doctors medical AppointmenTs. I also need To
exoughsT my remmedies for courT.

RECEIVED
HCCAB
OCT 30 2017

Inmate/Parolee Signature: Saul Ramirez        Date Submitted: 8-10-2017

**D. Continuation of CDCR 602, Section D only (Dissatisfied with First Level response):** _____

Inmate/Parolee Signature: _Saul Ramire_     Date Submitted: 10-4-2017

**F. Continuation of CDCR 602, Section F only (Dissatisfied with Second Level response):** _____

Inmate/Parolee Signature: _Saul Ramire_     Date Submitted: 10-24-2017

 **CALIFORNIA CORRECTIONAL HEALTH CARE SERVICES**

## Institution Response for First Level HC Appeal

**Date:** 9/27/2017

**To:** RAMIREZ, SAUL (H84928)
D 008 1192001L
California Men's Colony
P.O. Box 8101
San Luis Obispo, CA 93409-8101

**Tracking/Log #:** CMC HC 17051492

**Appeal Issues:**
Refer to the attached pink CDCR 602HC/Patient-Inmate Health Care Appeal and green CDCR 602 A-attachment for full details regarding your issue/s.

Issue Type                                   Action Requested

Issue 1: Administrative ( Policy & Procedure ) Inmate wants a permanent medical hold

**Interview:**
You were interviewed by Dr. D. Taylor on 09/27/2017 regarding this appeal. During the interview, you were allowed the opportunity to fully explain your appeal issue.

**Response:**
Your appeal with attachment(s), electronic Unit Health Record (eUHR), and all pertinent departmental policies and procedures were reviewed. California Department of Corrections and Rehabilitation (CDCR) policy does not allow for permanent medical holds. However, your Primary Care Physician (PCP) has issued a temporary medical hold that is valid until 3/1/2018 while your medical issues are attended to.

**Appeal Decision:**
Based upon the aforementioned information, your appeal is partially granted.

D. Taylor, MD                 9/27/12 Date
Physician and Surgeon
California Men's Colony

L. Sprague, MD                 9/27/2017
Chief Physician and Surgeon              Date
California Men's Colony

RECEIVED

RECEIVED
HCCAB
OCT 30 2017

OCT J 6 2017

Health Care Appeals



# CALIFORNIA CORRECTIONAL
# HEALTH CARE SERVICES



**Date:** 8/24/2017                                    REJECTION NOTICE

**To:**    RAMIREZ, SAUL (H84928)
           D 008 1192001L
           California Men's Colony
           P.O. Box 8101
           San Luis Obispo, CA 93409-8101

Tracking/Log #:        CMC HC 17051492

It has been determined your appeal submitted does not comply with appeal procedures established in the California Code of Regulations (CCR) Title 15, Article 8, and is being rejected and returned to you for the following reason(s).

You indicated your appeal warranted emergency consideration. Following a review of the appeal issue(s), your appeal was found not to have met emergency criteria as described in the California Code of Regulations (CCR), Title 15, Section 3084.9(a)(1). Therefore, your appeal was processed as a routine matter.

Anticipated Action: CCR, Title 15, Section 3084.6(b)(1). "The appeal concerns an anticipated action or decision."

The Health Care Appeal Coordinator (HCAC) has determined the CDCR 602 HC, Patient-Inmate Health Care Appeal form submitted by you on 08/10/2017 is a request for medical services, and does not indicate a previous attempt by you to seek assistance for this issue. Therefore, the HCAC has rejected the CDCR 602 HC as an anticipated action in accordance with existing appeal regulations. The Heath Care Appeals Office staff completed a CDC 7362, Health Care Services Request form #0879910, on your behalf and delivered it to the appropriate facility clinic for processing.

The CDC 7362 will be processed in accordance with the Inmate Medical Services Policies and Procedures Volume 4; Chapter 4, Access to Primary Care and California Code of Regulations Title 15; Section 3354.2 Inmate Copayment for Health Care Services. As the original request was submitted on a CDCR 602 HC, it is considered an inmate-initiated health care visit as defined in Title 15, Section 3354.2(a)(1) and may be subject to a copayment.

K. Lino
Lino, K.
Health Care Appeals Office
California Men's Colony

To: Lino, K. On September 12, 2017 I saw DR. mohica and I was Denied a permanint medical Hold also Denied by DR. collins, So I Tried To resolve the problem but was denied so please Appeal Thankyou. Saul Ramery september 12, 2017,

RECEIVED

RECEIVED
SEP 18 2017
by the Health Care
Appeals Office

OCT 06 2017

Rejection Note: Be advised that you cannot appeal a rejected appeal, but should take the corrective action necessary and resubmit the appeal within the timeframes, 30 calendar days, as specified in CCR 3084.6(a) and CCR 3084.8(b).

Health Care Appeals
***PERMANENT APPEAL ATTACHMENT-DO NOT REMOVE***

RECEIVED
HCCAP
OCT 30 2017

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/0...)

**HEALTH CARE SERVICES REQUEST FORM**

DEPARTMENT OF CORRECTIONS

RECEIVED
HCCAB
OCT 3 0 2017

0879910

ATTACHMENT

**PART I:  TO BE COMPLETED BY THE PATIENT**

*A fee of $5.00 may be charged to your trust account for each health care visit.*

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

| REQUEST FOR: | MEDICAL ☑ | MENTAL HEALTH ☐ | DENTAL ☐ | MEDICATION REFILL ☐ |
|---|---|---|---|---|

| NAME | CDC NUMBER | HOUSING |
|---|---|---|
| Ramirez Saul | H 84428 | D 8192 |

| PATIENT SIGNATURE | DATE |
|---|---|
| submitted on behalf of patient by HCAC | 8/14/2017 |

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem)

Qual. WHG XCP requesting a medical hold

RECEIVED

OCT 06 2017

Health Care Appeals

*NOTE:  IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM.*

**PART III:  TO BE COMPLETED AFTER PATIENT'S APPOINTMENT**

☐ Visit is not exempt from $5.00 copayment.  (Send pink copy to Inmate Trust Office.)

**CDC 7362 (Rev. 03/04)**   Original - Unit Health Record    Yellow - Inmate (if copayment applicable)    Pink - Inmate Trust Office (if copayment applicable)    Gold - Inmate

STATE OF CALIFORNIA                                          DEPARTMENT OF CORRECTIONS
HEALTH CARE SERVICES REQUEST
CDC 7362  PAGE 2

# IMPORTANT INFORMATION ABOUT YOUR
# HEALTH CARE VISIT

## WHEN DO YOU HAVE TO PAY FOR A HEALTH CARE VISIT?

On July 9, 1994, a California State law was passed. That law gave the Department of Corrections permission to charge inmates a fee when they request a health care visit. The California Code of Regulations, Title 15, Div 3, has also been changed because of this law.

With some exceptions, **YOU WILL BE CHARGED** a five dollar ($5.00) copayment fee for each health care visit that you request. This includes requests made for you by departmental staff, other inmates, your family or your attorney. If you request services that require more than one doctor, you will be charged for each initial visit with each doctor. This means if you request dental services and medical services, you will be charged for the visit with the dentist and the doctor/nurse.

The copayment fee will be charged to your trust account. If there is not enough money in your trust account over a period of 30 days, you will not be charged.

The copayment of $5.00 for this visit will cover your visit with a doctor, nurse, or dentist. It will also cover prescribed medicines, laboratory tests, and referrals to other doctors.

**YOU WILL NOT BE CHARGED** for health care visits that are for:

    an emergency

    a communicable disease (such as HIV, AIDS, and TB).

    mental health services.

    follow up health care services recommended by a doctor, nurse, or dentist.

    health care services necessary to comply with State law and regulations (e.g., annual TB testing).

    reception center screening and evaluation.

    inpatient services, extended care, or skilled nursing services.

**YOU WILL NOT BE DENIED HEALTH CARE IF YOU DO NOT HAVE MONEY IN YOUR TRUST ACCOUNT TO PAY THE FEE.**

Version 4.6.1.1

Release Note

| Summary | Bed Inventory | ADA/EC History |

Generate Reports / Get Help / Report a Problem  Log Out

CDC # : H84928    [Search]                    CDC Number: H84928, RAMIREZ, SAUL MIRANDA

## Summary

### Offender/Placement

| | |
|---|---|
| CDC #: | H84928 |
| Name: | RAMIREZ, SAUL MIRANDA |
| Institution: | California Men's Colony |
| Bed Code: | D 008 1192001L |
| Placement Score: | 19 |
| Custody Level: | Medium A |
| Housing Pgm: | EOP - Enhncd Out-Pt Prog |
| Housing Restrictions: | Lower/Bottom Bunk Only |
| Physical Limitations to Job/Other: | |

### Disability/Assistance

| | |
|---|---|
| DDP Code: | NCF |
| Effective Date: | 05/02/2003 |
| DPP Codes: | DNM [History] |
| 1845 Date: | 12/21/2016 |
| MHSDS Code: | EOP |
| SLI: | |
| Primary Method: | |
| Alternate Method: | |
| Learning Disability: | |
| TABE Score: | 5.6 |
| TABE Date: | 03/06/2012 |
| Durable Medical Equipment: | Brace, Cane, [Info] C-PAP Machine, Mobility Vest, Eye Glasses |
| Last Accomm: | Read/Speak Slowly/Use Simple Language, Staff Assistance, Wheelchair |
| Spoken Languages: | |

### Important Dates

| | |
|---|---|
| Pending Revocation: | No |
| Revocation Date: | |
| Date Received in CDCR: | 07/19/1993 |
| Last Return Date: | |
| Extended Stay Date: | 10/17/1993 |
| Extended Stay Privileges? | |
| Release Date: | 06/23/2003 |
| 120 Day Date: | 02/23/2003 |
| Next IDST Date: | |

### Work/Vocation/PIA

1

| | |
|---|---|
| Group Priv. | A |
| Group Work: | A1 |
| Start Date: | 02/02/2017 |
| Status: | Fulltime |
| Job Position: | PTR.003.020 |
| Job Title: | BLD8 1ST FOYER |
| IWTIP Code: | S |
| IWTIP Description: | Support Services |
| Regular Day Off: | T, F |
| Work Hours: | 0730-1130, 1230-1530 |



RECEIVED

SEP 1 8 2017

by the Health Care Appeals Office

### Accommodation History

| Date | Type | Accommodation |
|---|---|---|
| 03/05/2015 | Classification Hearing | Read/Speak Slowly/Use Simple Language, Staff Assistance, Wheelchair |
| 07/01/2014 | Classification Hearing | Cane, Walker |
| 05/23/2011 | Clinician Interview | Read/Speak Slowly/Use Simple Language |
| 05/27/2010 | Suitability | No Accommodation |
| 11/25/2008 | Suitability | No Accommodation |

RECEIVED
HCCAB
OCT 3 0 2017

RECEIVED

OCT 0 6 2017

Health Care Appeals

Offender Details                                                                           Page 1 of 1

Version 4.6.1.1

Release Note

| Summary | Bed Inventory | ADA/EC History |

Generate Reports / Get Help / Report a Problem  Log Ou

CDC # : [H84928]    [Search]              CDC Number: H84928, RAMIREZ, SAUL MIRANDA

## Summary

### Offender/Placement

| | |
|---|---|
| CDC #: | H84928 |
| Name: | RAMIREZ, SAUL MIRANDA |
| Institution: | California Men's Colony |
| Bed Code: | D 00S 1192001L |
| Placement Score: | 19 |
| Custody Level: | Medium A |
| Housing Pgm: | EOP – Enhncd Out-Pt Prog |
| Housing Restrictions: | Lower/Bottom Bunk Only |
| Physical Limitations to Job/Other: | |

### Disability/Assistance

| | |
|---|---|
| DDP Code: | NCF |
| Effective Date: | 05/02/2003 |
| DPP Codes: | DNM [History] |
| 1845 Date: | 12/21/2016 |
| MHSDS Code: | EOP |
| SLI: | |
| Primary Method: | |
| Alternate Method: | |
| Learning Disability: | |
| TABE Score: | 5.6 |
| TABE Date: | 03/06/2012 |
| Durable Medical Equipment: | Brace, Cane, C-PAP Machine, Mobility Vest, Eye Glasses  [Info] |
| Last Accomm: | Read/Speak Slowly/Use Simple Language, Staff Assistance, Wheelchair |
| Spoken Languages: | |

### Important Dates

| | |
|---|---|
| Pending Revocation: | No |
| Revocation Date: | |
| Date Received in CDCR: | 07/19/1993 |
| Last Return Date: | |
| Extended Stay Date: | 10/17/1993 |
| Extended Stay Privileges? | |
| Release Date: | 06/23/2003 |
| 120 Day Date: | 02/23/2003 |
| Next IDST Date: | |

### Work/Vocation/PIA

1

| | |
|---|---|
| Group Priv: | A |
| Group Work: | A1 |
| Start Date: | 02/02/2017 |
| Status: | Fulltime |
| Job Position: | PTR.003.020 |
| Job Title: | BLD8 1ST FOYER |
| IWTIP Code: | S |
| IWTIP Description: | Support Services |
| Regular Day Off: | T, F |
| Work Hours: | 0730-1130, 1230-1530 |

### Accommodation History

| 03/05/2015 | Classification Hearing | Read/Speak Slowly/Use Simple Language, Staff Assistance, Wheelchair |
| 07/01/2014 | Classification Hearing | Cane, Walker |
| 05/23/2011 | Clinician Interview | Read/Speak Slowly/Use Simple Language |
| 05/27/2010 | Suitability | No Accommodation |
| 11/25/2008 | Suitability | No Accommodation |

RECEIVED

OCT 0 6 2017

Health Care Appeals

RECEIVED
HCCAB
OCT 3 0 2017

Version 4.6.1.1

**Release Note**

| Summary | Bed Inventory | ADA/EC History |

Generate Reports / Get Help / Report a Problem  Log Ou

CDC # : [H84928]  [Search]              [CDC Number: H84928, RAMIREZ, SAUL MIRANDA]

## Summary

### Offender/Placement

| | |
|---|---|
| CDC #: | H84928 |
| Name: | RAMIREZ, SAUL MIRANDA |
| Institution: | California Men's Colony |
| Bed Code: | D 003 1192001L |
| Placement Score: | 19 |
| Custody Level: | Medium A |
| Housing Pgm: | EOP - Enhncd Out-Pt Prog |
| Housing Restrictions: | Ground Floor-Limited Stairs, Lower/Bottom Bunk Only |
| Physical Limitations to Job/Other: | |

### Disability/Assistance

| | |
|---|---|
| DDP Code: | NCF |
| Effective Date: | 05/02/2003 |
| DPP Codes: | DNM [History] |
| 1845 Date: | 12/21/2016 |
| MHSDS Code: | EOP |
| SLI: | |
| Primary Method: | |
| Alternate Method: | |
| Learning Disability: | |
| TABE Score: | 5.6 |
| TABE Date: | 03/06/2012 |
| Durable Medical Equipment: | Brace, Cane, C-PAP Machine, Mobility Vest, Eye Glasses  [Info] |
| Last Accomm: | Read/Speak Slowly/Use Simple Language, Staff Assistance, Wheelchair |
| Spoken Languages: | |

### Important Dates

| | |
|---|---|
| Pending Revocation: | No |
| Revocation Date: | |
| Date Received in CDCR: | 07/19/1993 |
| Last Return Date: | |
| Extended Stay Date: | 10/17/1993 |
| Extended Stay Privileges? | |
| Release Date: | 06/23/2003 |
| 120 Day Date: | 02/23/2003 |
| Next IDST Date: | |

### Work/Vocation/PIA

1

| | |
|---|---|
| Group Priv: | A |
| Group Work: | A1 |
| Start Date: | 02/02/2017 |
| Status: | Fulltime |
| Job Position: | PTR.003.020 |
| Job Title: | BLD8 1ST FOYER |
| IWTIP Code: | S |
| IWTIP Description: | Support Services |
| Regular Day Off: | T, F |
| Work Hours: | 0730-1130, 1230-1530 |

### Accommodation History

| | | |
|---|---|---|
| 03/05/2015 | Classification Hearing | Read/Speak Slowly/Use Simple Language, Staff Assistance, Wheelchair |
| 07/01/2014 | Classification Hearing | Cane, Walker |
| 05/23/2011 | Clinician Interview | Read/Speak Slowly/Use Simple Language |
| 05/27/2010 | Suitability | No Accommodation |
| 11/25/2008 | Suitability | No Accommodation |



RECEIVED
HCCAB
OCT 3 0 2017



# CALIFORNIA CORRECTIONAL
# **HEALTH CARE SERVICES**



**Date:** FEB 0 9 2018

**To:**      RAMIREZ, SAUL (H84928)
            California Men's Colony
            P.O. Box 8101
            San Luis Obispo, CA 93409-8101

**From:**    California Correctional Health Care Services
            Health Care Correspondence and Appeals Branch
            P.O. Box 588500
            Elk Grove, CA 95758

**Tracking/Log # :**    CMC HC 17051492

This appeal was reviewed by Health Care Correspondence and Appeals Branch staff on behalf of the Deputy Director, Policy and Risk Management Services. All submitted information has been considered.

## DIRECTOR'S LEVEL DECISION:

Appeal is Denied. This decision exhausts your administrative remedies.

## APPEAL REQUESTS:

You are requesting to be provided a permanent medical hold at California Men's Colony.

## BASIS FOR DIRECTOR'S LEVEL DECISION:

Your health care appeal did not meet emergency processing criteria per California Code of Regulations, Title 15, Section 3084.2(e) and/or Section 3084.9(a).

Your appeal file and documents obtained from your Unit Health Record were reviewed by Health Care Correspondence and Appeals Branch staff. You are enrolled in the Chronic Care Program, where your medical conditions and medication needs are closely monitored. Progress notes indicate there is a plan of care in place and the primary care provider has discussed the plan of care with you. Records indicate on September 1, 2017, your temporary medical hold was extended through March 1, 2018. You were subsequently seen by a primary care provider on September 12, and 27, 2017, at which time you were advised of the temporary medical hold, pending consideration for total knee revision, and that a permanent medical hold could not be provided per policy.

Your most recent primary care provider encounter occurred on December 21, 2017. The provider noted a review of your treatment history and discussed your current symptoms, noting you received a knee brace, but you reported having great difficulty going up stairs and instability going downstairs. Your accommodations of limited stairs and lower bunk housing were extended. Your temporary medical hold was noted to still be in place, pending follow up appointments with the physiatrist and neurosurgeon; and you were advised that if the specialists recommended your accommodations be continued, that California Men's Colony is unable to accommodate these specific restrictions.

Based on the guidelines outlined in the Inmate Medical Services Policies and Procedures, Volume 4, Chapter 29.2, Medical Classification System Procedure, the primary care provider determined you continue to meet the criteria for a temporary medical hold at this time.

While California Correctional Health Care Services health care providers are responsible for documenting health factors to be considered in making placement decisions, custody is responsible for determination of appropriate institutional placement and housing assignment. As such, it is recommended you address your concerns with your Correctional Counselor, other appropriate custody staff, or through the Institutional Classification Committee process.

While the health care appeals process is an administrative means of setting forth your health care concerns, it is not a substitute for direct communication about your health with your health care providers. You are encouraged to continue your care with your assigned health care providers and share with them new or additional clinical information about your conditions that you believe may affect your care. However, California law directs your health care providers to offer and provide only the care they determine to be currently medically necessary for you, in accordance with appropriate policies and procedures. Previous orders from other health care facilities or staff, input from health care consultants, and/or your own personal preferences may be considered, but do not control the professional judgment of your current health care providers.

After review, no intervention at the Director's Level of Review is necessary as your medical condition has been evaluated and you are receiving treatment deemed medically necessary.

## RULES AND REGULATIONS:

The rules governing these issues are: California Code of Regulations, Title 15; Inmate Medical Services Policies and Procedures; and the Department Operations Manual.

## ORDER:

No changes or modifications are required by the institution.

C. Al              for:

S. Gates, Chief
Health Care Correspondence and Appeals Branch
Policy and Risk Management Services
California Correctional Health Care Services

Case 2:23-cv-07576-SPG-BFM   Document 62   Filed 04/22/25   Page 92 of 209   Page ID #:887

CALIFORNIA MEN'S COLONY STATE PRIS
P.O. BOX 8101
SAN LUIS OBISPO, CA 93409-8101

Name: Saul Ramirez

CDCR #: H-84928   Cell #: 8192

**STATE PRISON
GENERATED MAIL**

neopost
08/30/2016   FIRST-CLASS MAIL
US POSTAGE $000.68⁰

ZIP 93409
041M12250476

CALIFORNIA MENS
COLONY STATE
PRISON GENERATED
MAIL

RECEIVED
HCCAB
SEP 0 4 2018

(HQ) Level Health care
Correspandence Appeals Branch
P.O. Box 588500. Elk Grove
CA. 95758

confidential

mail

95758₈₈500  8900

RECEIVED AUG 1 3 2018

STATE OF CALIFORNIA **Document Effective Communication** DEPARTMENT OF CORRECTIONS AND REHABILITATION
**HEALTH CARE GRIEVANCE** Page 1 of 2
CDCR-0602 HC (Rev. 06/17)

| STAFF USE ONLY | Expedited? | ☐ Yes | ☐ No | Institution: | Tracking #: |
| --- | --- | --- | --- | --- | --- |

CMC HC 2000 1066

| Staff Name and Title (Print) | Signature | Date |
| --- | --- | --- |

**If you think you have a medical, mental health or dental emergency, notify staff immediately.** If additional space is needed, only one CDCR 602 HC A Health Care Grievance Attachment will be accepted. You must submit this health care grievance to the Health Care Grievance Office for processing. Refer to California Code of Regulations (CCR), Title 15, Section 3087 for further guidance with the health care grievance process.

**Do not exceed more than one row of text per line. WRITE, PRINT, or TYPE CLEARLY in black or blue ink.**

Name (Last, First, MI): Ramirez Saul M.
CDCR #: H-84928
Unit/Cell #: 7342

**SECTION A:** Explain the decision, action, condition, omission, policy, or regulation that has had a material adverse effect upon your health and welfare for which you seek administrative remedy.

ON 9-20-2020 I saw RN Ocasio and I Told her I needed To see DR. collins for my neck and back pain. I have sTaTed To DR collins thaT I have mulTi level DeGeneraTive Disc Diseas. on cervical spine C4-5, C5-6 and are geTting worse inflicting pain on Me when I work. I also have spinal sTenosis of lumber region which DR. yeh put in pedicle screws and Rod. which moves and gives me loTs of pain when I work. one of the screws is Loose see cTscan Taken on 1-27-2020, oN 10/17/2017 I sTaTed To DR. Griffin and DR collins ThaT afTer my back surgery cusTody put me back To work as I lifTed a buckeT of waTer I injured my back again because iT poped and sTarTed To hurt

*If you need more space, use Section A of the CDCR 602 HC A*

☒ Supporting Documents: Refer to CCR 3987.2. List supporting documents attached: SEE MRI LefT knee on 10/15/2015, mRI 11-15-2018 DR. Griffin noTes 10-17-2017, CDCR 7362 DaTed 9-20-20

☒ No, I have not attached any supporting documents. Reason: Left shoulder xray 10-22-18 no copy cTscan 1-27-20

Grievant Signature: Saul R amirez
Date Submitted: 9-28-2020

BY PLACING MY INITIALS IN THIS BOX, I REQUEST TO RECEIVE AN INTERVIEW AT THE INSTITUTIONAL LEVEL.    S.R.

| HEALTH CARE GRIEVANCE REVIEW INSTITUTIONAL LEVEL: Staff Use Only | Is a CDCR 602 HC A attached?  ☐ Yes  ☒ No |
| --- | --- |

This grievance has been:

☐ Rejected (See attached letter for instruction):  Date: _____  Date: _____

☐ Withdrawn (see section C)

☐ Accepted    Assigned To: _____    Title: _____    Date Assigned: _____    Date Due: _____

Interview Conducted?  ☐ Yes  ☐ No    Date of Interview: _____    Interview Location: _____

Interviewer Name and Title (print): _____    Signature: _____    Date: _____

Reviewing Authority Name and Title (print): _____    Signature: _____    Date: _____

| Disposition: See attached letter | ☐ Intervention | ☐ No Further Intervention | ☐ No Intervention |
| --- | --- | --- | --- |

*If dissatisfied with Institutional Level Response, complete Section B.*

HCGO Use Only: Date closed and mailed/delivered to grievant: _____

| 1. Disability Code: | 2. Accommodation: | 3. Effective Communication: |
| --- | --- | --- |
| ☐ TABE score ≤ 4.0 | ☐ Additional time | ☐ Patient asked questions |
| ☐ DPH ☐ DPV ☐ LD | ☐ Equipment ☐ SLI | ☐ Patient summed information |
| ☐ DPS ☐ DNH | ☐ Louder ☐ Slower | **Please check one:** |
| ☐ DDP | ☐ Basic ☐ Transcribe | ☐ Not reached* ☐ Reached |
| ☐ Not Applicable | ☐ Other* | *See chrono/notes |

4. Comments: _____

RECEIVED CMC SEP 30 2020 HCGO

REJECTED CMC OCT 0 5 2020 HCGO

STAFF USE ONLY

copy To Lawyer

STATE OF CALIFORNIA
**HEALTH CARE GRIEVANCE**
CDCR-0602 HC (Rev. 06/17)

Document Effective Communication

DEPARTMENT OF CORRECTIONS AND REHABILITATION
Page 2 of 2

Tracking #: CMC HC 2000 1066

| SECTION B: | Health Care Grievance Appeal. **If you are dissatisfied with the Institutional Level Grievance Response**, explain the reason below (if more space is needed, use Section B of the CDCR 602 HC A), and submit the entire health care grievance package by mail for Headquarters' (HQ) Level health care grievance appeal review. Mail to: Health Care Correspondence and Appeals Branch, P.O. Box 588500, Elk Grove, CA 95758. |
|---|---|

Grievant Signature:                                        Date Submitted:

HEALTH CARE GRIEVANCE APPEAL REVIEW HQ LEVEL: Staff Use Only    Is a CDCR 602 HC A attached?  ☐ Yes    ☐ No

This grievance has been:

☐ Rejected (See attached letter for instruction):    Date: _____    Date: _____

☐ Withdrawn (see section C)

☐ Accepted

Interview Conducted?    ☐ Yes  ☐ No    Date of Interview: _____    Interview Location: _____

Interviewer Name and Title (print): _____    Signature: _____    Date: _____

Disposition: See attached letter    ☐ Intervention    ☐ No Further Intervention    ☐ No Intervention

*This decision exhausts your administrative remedies.*

HQ Use Only: Date closed and mailed/delivered to grievant:

| SECTION C: | Grievant requests to WITHDRAW health care grievance: I request that this health care grievance be withdrawn from further review. Reason: |
|---|---|

**Grievant Signature:**                                        **Date Submitted:**

**Staff Name and Title (Print):**    Signature:                        Date:

STAFF USE ONLY

Distribution: **Original** - Returned to grievant after completed; **Scanned Copy** - Health Care Appeals and Risk Tracking System 2.0 (Do not place in central file or health record)

*Unauthorized collection, creation, use, disclosure, modification or destruction of personally identifiable information and/or protected health information may subject individuals to civil liability under applicable federal and state laws.*

Document Effective Communication

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS AND REHABILITATION
**INMATE/PAROLEE APPEAL FORM ATTACHMENT**
CDCR 602-A (REV. 03/12)

Side 1

| IAB USE ONLY | Institution/Parole Region: | Log #: | Category: |
|---|---|---|---|
| | CMC HC 2000 1066 | | |
| | | FOR STAFF USE ONLY | |

Attach this form to the CDCR 602, only if more space is needed. Only one CDCR 602-A may be used.

Appeal is subject to rejection if one row of text per line is exceeded.    WRITE, PRINT, or TYPE CLEARLY in black or blue ink.

| Name (Last, First): Ramirez Saul | CDC Number: H-84928 | Unit/Cell Number: 7342 | Assignment: DF Porter |

**A. Continuation of CDCR 602, Section A only (Explain your issue):** me more see DR. Griffins noted on 10/17/2017, also see DR. yehs notes on 2-26-2018. also my Left shoulder has arthritis and it hurts me when I move it. also my Left Knee has a medial meniscis tear and will need a knee replacement in the future see mRI on 11-15-2018. And my Right knee still hurts when it wobbles. all This inflicting pain is attacking my mental illness of depression that I cant work any more or sit for long periods of time I have To be laying in bed To release some of this bone pain and nerve pain. I request To cmc, cmo, and DR collins To make me medically disabled titleis (3043.7(B) or totally disabled chronc for my c.c.I zelaya, titleis (3084.1(d) No reprisal shall be taken on me for filing a 602. or Transferring me out, becouse I can still walk To chow.

Inmate/Parolee Signature: Saul Ramirez          Date Submitted: 9-28-2020

RECEIVED
CMC
SEP 30 2020
HCGO

STAFF USE ONLY

**B. Continuation of CDCR 602, Section B only (Action requested):** That cmc, cmo, and DR. collins make me medically disabled titleis (3043.7 (B) or totally disable becouse of my ADA mobility impaired medical pain. I am 60 years old and with this inflicting pain when I try To work worsens that I have To lay down in bed To release my back and knee pressure. it attacks my mental illness That I cant stand this depression, and pain. titleis (30841(d) No retaliation shall be taken on me for this 602 or Transfering me out, becouse I can still walk To chow. please record this with cocr sacramento for future use.

Inmate/Parolee Signature: Saul Ramirez          Date Submitted: 9-28-2020

14

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS AND REHABILITATION
**INMATE/PAROLEE APPEAL FORM ATTACHMENT**
CDCR 602-A (REV. 03/12)

Side 2

CMC HC 2000 1066

D. Continuation of CDCR 602, Section D only (Dissatisfied with First Level response): _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Inmate/Parolee Signature: _____ Date Submitted: _____

F. Continuation of CDCR 602, Section F only (Dissatisfied with Second Level response): _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Inmate/Parolee Signature: _____ Date Submitted: _____

**Document Effective Communication**

STATE OF CALIFORNIA
**HEALTH CARE GRIEVANCE**
**CDCR 602 HC (Rev. 10/18)**

DEPARTMENT OF CORRECTIONS AND REHABILITATION
Page 1 of 2

| STAFF USE ONLY | Expedited? ☐ Yes ☒ No | Tracking #: |
|---|---|---|

CMC HC 2000 1066

E. malan RN
Staff Name and Title (Print)

Emalan
Signature

9/30/20
Date

**If you think you have a medical, mental health or dental emergency, notify staff immediately.** If additional space is needed, use Section A of the CDCR 602 HC A Health Care Grievance Attachment. Only one CDCR 602 HC A will be accepted. You must submit this health care grievance to the Health Care Grievance Office for processing. Refer to California Code of Regulations (CCR), Title 15, Chapter 2, Subchapter 2, Article 5 for further guidance with the health care grievance process.

**Do not exceed more than one row of text per line. WRITE, PRINT, or TYPE CLEARLY in black or blue ink.**

Name (Last, First, MI): **RAMIREZ, SAUL**

CDCR #: **H84928**
Unit/Cell #: **D7342L**

**SECTION A:** Explain the applied health care policy, decision, action, condition, or omission that has had a material adverse effect upon your health or welfare for which you seek administrative remedy:

See attached CDCR 602 HC + 602-A

Supporting Documents Attached. Refer to CCR 3999.227 ☐ Yes ☒ No

| Grievant Signature: | Date Submitted: |
|---|---|

**BY PLACING MY INITIALS IN THIS BOX, I REQUEST TO RECEIVE AN INTERVIEW AT THE INSTITUTIONAL LEVEL.**

| SECTION B: HEALTH CARE GRIEVANCE REVIEW INSTITUTIONAL LEVEL: Staff Use Only | Is a CDCR 602 HC A attached? ☐ Yes ☒ No |
|---|---|

This grievance has been:

☒ Rejected (See attached letter for instruction): Date: 10/5/20    Date: _____

☐ Withdrawn (see section E)

☐ Accepted    Assigned To: _____    Title: _____    Date Assigned: _____    Date Due: _____

Interview Conducted? ☐ Yes ☐ No    Date of Interview: _____    Interview Location: _____

| Interviewer Name and Title (print): | Signature: | Date: |
|---|---|---|
| Reviewing Authority Name and Title (print): | Signature: | Date: |

**Disposition: See attached letter** ☐ Intervention    ☐ No Intervention

HCGO Use Only: Date closed and mailed/delivered to grievant:

| 1. Disability Code: | 2. Accommodation: | 3. Effective Communication: |
|---|---|---|
| ☐ TABE score ≤ 4.0 | ☐ Additional time | ☐ Patient asked questions |
| ☐ DPH ☐ DPV ☐ LD | ☐ Equipment ☐ SLI | ☐ Patient summed information |
| ☐ DPS ☐ DNH | ☐ Louder ☐ Slower | **Please check one:** |
| ☐ DDP | ☐ Basic ☐ Transcribe | ☐ Not reached* ☐ Reached |
| ☐ Not Applicable | ☐ Other* | *See chrono/notes |

REJECTED
**CMC**
OCT 0 5 2020   STAFF USE ONLY
HCGO

4. Comments: _____

15

STATE OF CALIFORNIA                                    DEPARTMENT OF CORRECTIONS AND REHABILITATION
**HEALTH CARE GRIEVANCE**                                                              Page 2 of 2
**CDCR 602 HC (Rev. 10/18)**                           Tracking #: *CMC HC 2000 1066*

| SECTION C: | Health Care Grievance Appeal. If you are dissatisfied with the Institutional Level Grievance Response, explain the reason below (if more space is needed, use Section C of the CDCR 602 HC A), and submit the entire health care grievance package by mail for Headquarters' (HQ) Level health care grievance appeal review. Mail to: Health Care Correspondence and Appeals Branch, P.O. Box 588500, Elk Grove, CA 95758. |
|---|---|

Grievant Signature: _____  Date Submitted: _____

| SECTION D: HEALTH CARE GRIEVANCE APPEAL REVIEW HQ LEVEL: Staff Use Only | Is a CDCR 602 HC A attached? ☐ Yes     ☐ No |
|---|---|

This grievance has been:

☐ Rejected (See attached letter for instruction):    Date: _____    Date: _____

☐ Withdrawn (see section E)    ☐ Accepted

☐ Amendment    Date: _____

Interview Conducted? ☐ Yes ☐ No    Date of Interview: _____    Interview Location: _____

Interviewer Name and Title (print): _____    Signature: _____    Date: _____

**Disposition:** See attached letter    ☐ Intervention    ☐ No Intervention

*This decision exhausts your administrative remedies.*

HQ Use Only: Date closed and mailed/delivered to grievant: _____

| SECTION E: | Grievant requests to WITHDRAW health care grievance: I request that this health care grievance be withdrawn from further review. Reason: |
|---|---|

**Grievant Signature:** _____  **Date Submitted:** _____

**Staff Name and Title (Print):** _____  **Signature:** _____  **Date:** _____

# STAFF USE ONLY

Distribution: **Original** - Returned to grievant after completed; **Scanned Copy** - Health Care Appeals and Risk Tracking System 2.0 (Do not place in central file or health record)

*Unauthorized collection, creation, use, disclosure, modification or destruction of personally identifiable information and/or protected health information may subject individuals to civil liability under applicable federal and state laws.*

 **HEALTH CARE SERVICES**                    Mule Creek State Prison

| | |
|---|---|
| Name: | SAUL RAMIREZ |
| DOB: | 5/27/1960 |
| Exam Name: | MRI KNEE LEFT W/O CONTRAST | 73721 |
| Age: | 57Y 4M |
| Primary Care Provider: | |
| Ordering Provider: | J. Jackson, MD |

Patient ID:      11696551
Secondary ID: H84928

Exam Date:     10/15/2015 09:14 AM

## MRI KNEE LEFT W/O CONTRAST

Clinical History: Left knee injury, locking in extended position

TECHNIQUE: The following pulse sequences were acquired of the left knee: fat saturated fast spin echo proton density sagittal; spin echo T1 coronal, fat saturated fast spin echo proton density coronal, and fat saturated fast spin echo proton density axial.

Comparison: Left knee x-ray of May 14, 2015

Findings:

Menisci: There is a large tear involving the body of the medial meniscus with displaced meniscus tissue within the meniscotibial recess. A small underside component extends to the junction of the posterior horn and body. The lateral meniscus is intact.

Ligaments: The anterior and posterior cruciate ligaments are normal. The superficial and deep medial ligaments are intact and there is no periligamentous edema. The lateral collateral ligament and the remainder of the posterolateral corner structures are intact.

Extensor mechanism: The distal quadriceps and patellar tendons are intact and there is no retinacular disruption.

Fluid: Small joint effusion is present.

Osseous structures/articular structures: No fractures or regions of abnormal bone marrow signal intensity are present. Partial-thickness chondromalacia affects the patellofemoral joint and medial compartment. No full-thickness defect. Unfused anterior tibial tuberosity ossification centers are present.

Impression:
1. Medial meniscus tear.
2. No cruciate or collateral ligament tears.
3. Partial-thickness chondromalacia of the medial compartment and patellofemoral joint.

**Report Electronically Signed by:** R WATERS MD
**Report Electronically Signed on:** 10/15/2015 09:38 AM

CMC - California Men's Colony

Patient:        RAMIREZ, SAUL MIRANDA
DOB/Age/Sex:  5/27/1960  / 57 years    / Male              CDCR: H84928

## Consultation Notes

Document Type:                              Physical Medicine & Rehab Consultation
Document Subject:                           PMR
Service Date/Time:                          9/21/2017 08:51 PDT
Result Status:                              Auth (Verified)
Perform Information:                        Griffin,Ben P&S (9/21/2017 09:01 PDT)
Sign Information:                           Griffin,Ben P&S (9/21/2017 09:01 PDT)
Authentication Information:                 Griffin,Ben P&S (9/21/2017 09:01 PDT)

Follow-up Consultation Note - PM&P.
Date: 9/21/17
Reason for follow-up:, Right flank/hip discomfort
S). I/P is status post L4-5 laminectomy and fusion earlier 2017. He complains of right lateral hip and flank area discomfort since 1998. He also has a right knee hemiarthroscopy with valgus predilection causing pain at the knee with cane assistive device required. There are no symptoms radiating from his back and his leg at this time. One of his issues as well as returning to work after 90 days off after the fusion and experiencing a back injury. He is presently expired lay in. Knee replacement on the right is pending.
O). He has point tenderness over the gluteus medius and the lateral lumbar paraspinals. Deep tendon reflexes at the patellas, Achilles and posterior tibialis are 1+/4 bilaterally and there is no Babinski's or clonus. Manual muscle testing reveals intact dorsiflexion, eversion foot, knee extension, knee flexion, hip abduction, abduction and flexion. Straight leg raising was negative in the seated position. He remains tender with valgus deformity at the knee.

X-rays of the hips were reviewed and are normal.
A) myofascial pain, right flank--chronic. Status post lumbar fusion with hardware placement for radiculopathy and spinal stenosis. Right knee osteoarthritis and deformity.
P) he recommended that the patient continue with home exercise program for stretching of the gluteus medius and lower back and flank muscles as well as deep tissue massage with tennis ball. He has had injections in the past which gave brief relief and will not be repeated. He would best benefit from the right knee procedure recommended by orthopedics to hopefully improve gait pattern which appears to be producing his myofascial issue. Weight loss, of course, would beneficial in that this individual's BMI is greater than 30.

We'll provide a lay in until surgery
E). Instructed on the fact that he is not in need of an MRI of the hip and that his symptoms are muscular in origin which MRI does not clarify. Discussed stretching exercises as well as weight control.
Effective communication attained.
COMMUNICATION: EEC was attained via slow, clear, simple speech with repetition of my statements as needed and voiced understanding by I/P regarding key points to ensure that the communication was in fact effective. I/P was facing me to facilitate communication. Any written materials were read by me, with extra explanation provided to assure comprehension. EEC was achieved to my satisfaction by appropriate responses without delay in a reciprocal dialogue.

Joseph B. Griffin M.D., M.S., FAAPM&R
This note was dictated using speech recognition software. Minor transcription errors may exist.

Electronically Signed on 09/21/2017 09:01 AM PDT

----------------------------------------
Griffin, Ben P&S, P&S

================================

----------------------------------------
Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

Report Request ID:  3958005                          Print Date/Time:   10/17/2017 09:09 PDT

WARNING: This report contains confidential, proprietary, and/or legally privileged
information intended for the recipient only.

CMC - California Men's Colony

Patient:        **RAMIREZ, SAUL MIRANDA**
DOB/Age/Sex:  5/27/1960  / 57 years      / Male              CDCR: H84928

---

### *Consultation Notes*

| | |
|---|---|
| Document Type: | Physical Medicine & Rehab Consultation |
| Document Subject: | PM&R eval knee |
| Service Date/Time: | 6/8/2017 14:15 PDT |
| Result Status: | Auth (Verified) |
| Perform Information: | Griffin,Ben P&S (6/8/2017 14:28 PDT) |
| Sign Information: | Griffin,Ben P&S (6/8/2017 14:28 PDT) |
| Authentication Information: | Griffin,Ben P&S (6/8/2017 14:28 PDT) |

Physical Medicine and Rehabilitation - Knee Consultation

Date: 6/8/17

HPI:

Chief Complaint:, Right more so than left knee

Date of Onset of symptoms: Remote past

Mechanism of Onset of symptoms:, Unknown

Type of Pain (sharp, dull, shooting, etc.): Ache

Location of Pain:, Medial and lateral right knee

Swelling, locking episodes, give way/falling: Valgus tendencies with weight

Pain radiation: None

Timing of Pain (constant, episodic, AM/PM/night, positional):

Intensity of Pain (range on 0 to 10 scale): 6/10

What makes the pain worse:, Knee flexion with weightbearing

What reduces the pain: Rest

Past treatment for this problem (Hosp., PT, injections, bracing, etc):, PT, bracing

Surgical interventions for this problem: 2014 hemiarthroplasty of the right knee, recent successful lumbar laminectomy for spinal stenosis

Imaging studies done for the knee/leg: MRIs have shown a meniscus tear of the posterior horn of the medial meniscus on the left in standing view of the right knee shows 30° valgus deformity difficult difficult to maintained secondary to pain

Medications tried for this problem and did/do they help:, NSAIDs

Avocations/exercise tolerance/prior occupations:, None
Allergies: per reviewed medical record.

---

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

---

Report Request ID:   3958005                                 Print Date/Time:   10/17/2017 09:09 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged
information intended for the recipient only.

## ADA/Effective Communication Patient Summary

**As of:** 09/30/2020 07:49

**Patient Information**

**NAME:** RAMIREZ, SAUL
**CDCR:** H84928

**Disability Placement Program**

**Current DPP Code(s):**
* DNM

DPP Verification/Accommodation Date: 09/12/18
14:17:28 PDT

**Current Housing Restrictions/Accommodations:**
* No Rooftop Work/Hazardous Restriction
* Lifting Restriction
* Botrom Bunk

**Methods of Communication**

SLI:

Primary Method:

Secondary Method:

Interview Date:

**Developmental Disability Program**

Current DDP Code:

Effective Date:

Adaptive Support Needs:

**Testing of Adult Basic Education (TABE)**

**TABE Score:** 05.6

**TABE Date:** 03/06/2012 00:00

**Learning Disabilities**

Learning Disabilities:

**English Proficiency**

LEP: No

Primary Language: Spanish

**Durable Medical Equipment**

**Current ISSUED DME:**
* Back Braces Permanent
* Cane Permanent
* Compression Stocking Permanent
* Eyeglass Frames Permanent
* Knee Braces Permanent
* Mobility Impaired Disability Vest Permanent
* Non-invasive Airway Assistive Devices (C-Pap)
Permanent
* Therapeutic Shoes/Orthotics Permanent

**MHSDS**

MHLOC: EOP

 **CALIFORNIA CORRECTIONAL**
**HEALTH CARE SERVICES**

### Institutional Level Rejection Notice

**Date:**   October 5, 2020

**To:**   RAMIREZ, SAUL (H84928)
# D 007 3342001LP
California Men's Colony
P.O. Box 8101
San Luis Obispo, CA 93409-8101

**Tracking #:**   CMC HC 20001066

Your health care grievance submitted for institutional level review does not comply with health care grievance procedures established in California Code of Regulations, Title 15, Chapter 2, Subchapter 2. Article 5, and is rejected for the following reason(s):

Multiple Issues: California Code of Regulations, Title 15, Section 3999.227(e) states, "The grievant is limited to one issue or set of issues related to a single health care discipline that can reasonably be addressed in a single health care grievance response."

Separate your medical, dental, mental health, and/or staff complaint issues using a CDCR 602 HC for each health care discipline and submit individually.

Take the necessary corrective action provided in this notice, and resubmit the health care grievance to the Health Care Grievance Office where you are housed within 30 calendar days.

Health Care Grievance Office Representative
California Men's Colony

Note: Permanent health care grievance document. Do not remove from the health care grievance package.

CALIFORNIA CORRECTIONAL
**HEALTH CARE SERVICES**                    2 0

STATE OF CALIFORNIA
HEALTH CARE GRIEVANCE
CDCR 602 HC (Rev. 10/13)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

STAFF USE ONLY    Expedited?  ☐ Yes  ☒ No    Tracking #

E. mahan ep

G. PACH, RN    G. PACH, RN    G. Pahl, RN

Staff Name and Title (Print)    Signature    Date

CMC HC 2100 04241

MAY 10 2021

If you think you have a medical, mental health or dental emergency, notify staff immediately. If additional space is needed, use Section A of the CDCR 602 HC A Health Care Grievance Attachment. Only one CDCR 602 HC A will be accepted. You must submit this health care grievance to the Health Care Grievance Office for processing. Refer to California Code of Regulations (CCR), Title 15, Chapter 2, Subchapter 2, Article 5 for further guidance with the health care grievance process.

Do not exceed more than one row of text per line. WRITE, PRINT, or TYPE CLEARLY in black or blue ink.

| Name (Last, First, MI): Ramirez Saul Miranda | CDCR # H-34923 | Unit/Cell # 7342 |
|---|---|---|

SECTION A:  Explain the applied health care policy, decision, action, condition, or omission that has had a material adverse effect upon your health or welfare for which you seek administrative remedy. On 4/15/2021 about 11 pm, I was ...

Supporting Documents Attached. Refer to CCR 3999.227  ☒ Yes  ☐ No

Grievant Signature    Date Submitted: 4/22/21

BY PLACING MY INITIALS IN THIS BOX, I REQUEST TO RECEIVE AN INTERVIEW AT THE INSTITUTIONAL LEVEL.

SECTION B:  HEALTH CARE GRIEVANCE REVIEW INSTITUTIONAL LEVEL  Staff Use Only    Is a CDCR 602 HC A attached?  ☒ Yes  ☐ No

This grievance has been:

☒ Rejected (See attached letter for instruction)  Date 5/3/21  Date 5/10/21

☐ Withdrawn (see section E)

☒ Accepted    Assigned To: CMC    Title: HCARN    Date Assigned 5/20/21  Date Due 7/23/21

Interview Conducted?  ☒ Yes  ☐ No    Date of interview 5/24/21    Interview Location TTA

Interviewer Name and Title (print): G. PACH, RN    Signature    Date 5/24/21

Reviewing Authority Name and Title (print): RICK MOTT    Signature

Disposition: See attached letter    ☐ Intervention    ☒ No Intervention

MAY 19 2021    JUN 02 2021

HCGO Use Only: Date closed and mailed/delivered to grievant    JUN 02 2021

| 1. Disability/Case | 2. Accommodation | 3. Effective Communication |
|---|---|---|
| ☐ TABE score ≤ 4.0 | ☐ Additional time | ☐ Parent asked questions |
| ☐ DPH ☐ DPV ☐ LD | ☐ Equipment ☐ SLI | ☐ Parent summed information |
| ☐ DPS ☐ DNH | ☐ Louder ☐ Slower | Please check one |
| | ☐ Basic ☐ Lengthy | ☐ Not restated ☐ Restated |
| ☒ Not Applicable | ☐ Other | (See instructions) |

4. ...

RECEIVED CMC APR 20 2021  REJECTED CMC MAY 03 2021  RECEIVED CMC APR 17 2021  RECEIVED CMC MAY 07 2021  REJECTED CMC MAY 10 2021

STAFF USE ONLY

HCGO    HCGO    HCGO

STATE OF CALIFORNIA
**HEALTH CARE GRIEVANCE**
CDCR 602 HC (Rev. 10/18)

DEPARTMENT OF CORRECTIONS AND REHABILITATION
Page 2 of 2

Tracking # CMC HC 2

**SECTION C:** Health Care Grievance Appeal. If you are dissatisfied with the Institutional Level Grievance Response, explain the reason below (if more space is needed, use Section C of the CDCR 602 HC A) and submit the entire health care grievance package by mail for Headquarters' (HQ) Level health care grievance appeal review. Mail to: Health Care Correspondence and Appeals Branch, P.O. Box 588500, Elk Grove, CA 95758.

No, nurse G. pahl, stated To me that capt. manny Rocha and cmc medical staff should of not quarantine and punished D yard inmates all because incoming free staff were positive for covid-19. The problem is that medical and costody keep abusing the quarantine policy while prisoners are denied delayed and cancelled much needed medical follow up appointments since the court cant do nothing about prisoners. I still have some cough and I still fill at Times That I cant breath and almost passing out. and Im always Tired and depressed. with head aches and body aches. I have to Take Lots of IBuprofen for headaches and Lots of xopenex for shortness of breth. I request That cmc medical and costody stop Denising delaying and cancelling interfering with my medical Treatments.

Grievant Signature: _[signature]_          Date Submitted: 6-5-2021

**SECTION D:** HEALTH CARE GRIEVANCE APPEAL REVIEW-HQ LEVEL: Staff Use Only          Is a CDCR 602 HC A attached? ☑ Yes  ☐ No

This grievance has been:

☐ Rejected (See attached letter for instruction).    Date: _____    Date: _____

☐ Withdrawn (see section E)   ☑ Accepted

☐ Amendment    Date: _____

Interview Conducted?    ☐ Yes  ☑ No    Date of Interview: _____    Interview Location: _____

Interviewer Name and Title (print): _____    Signature: _____    Date: _____

Disposition: See attached letter    ☐ Intervention    ☑ No Intervention

*This decision exhausts your administrative remedies.*

HQ Use Only: Date closed and mailed/delivered to grievant:    AUG 17 2021

**SECTION E:** Grievant requests to WITHDRAW health care grievance: I request that this health care grievance be withdrawn from further review. Reason: _____

Grievant Signature: _____    Date Submitted: _____

Staff Name and Title (Print): _____    Signature: _____    Date: _____

COMPLETED
HCCAB
AUG 17 2021

**STAFF USE ONLY**

Distribution: Original - Returned to grievant after completed. Scanned Copy - Health Care Appeals and Risk Tracking System 2.0. Do not place in central file or health records.

Unauthorized collection or use, disclosure, modification or destruction of personally identifiable information may subject health information staff to disciplinary action including termination and/or penalties under applicable federal and state laws.

STATE OF CALIFORNIA
**HEALTH CARE GRIEVANCE ATTACHMENT**
CDCR 602 HC A (10/18)

DEPARTMENT OF CORRECTIONS AND REHABILITATION
Page 1 of 2

**STAFF USE ONLY**

Tracking #:

CMC HC 2100 0424

Attach this form to the CDCR 602 HC, Health Care Grievance, only if more space is needed. Only one CDCR 602 HC A may be used.
Do not exceed more than one row of text per line. **WRITE, PRINT, or TYPE CLEARLY** in black or blue ink.

| Name (Last, First, MI): Ramirez Saul Miranda | CDCR Number: H-84928 | Unit/Cell Number: 7342 |
|---|---|---|

**SECTION A** Continuation of CDCR 602 HC, Health Care Grievance, Section A only (Explain the applied health care policy, decision, action, condition, or omission that has had a material adverse effect upon your health or welfare for which you seek administrative remedy):

Grievant Signature: Saul Ramirez                Date Submitted: 4/26/2021

**SECTION B** Staff Use Only Grievants do not write in this area. Grievance Interview Clarification. Document issue(s) clarified during interview

Name and Title: _____ Signature: _____ Date: _____

RECEIVED CMC APR 29 2021 HCGO

REJECTED CMC MAY 0 3 2021 HCGO

RECEIVED CMC APR 07 2021 HCGO

STAFF USE ONLY

RECEIVED CMC MAY 07 2021 HCGO

REJECTED CMC JUN 02 2021 HCGO

COMPLETED CMC JUN 02 2021 HCGO

RECEIVED CMC MAY 19 2021 HCGO

COMPLETED CMC JUN 02 2021 HCGO

22

STATE OF CALIFORNIA
**HEALTH CARE GRIEVANCE ATTACHMENT**
CDCR 602 HC A (10/18)

DEPARTMENT OF CORRECTIONS AND REHABILITATION
Page 2 of 2

Tracking # CMC HC 21000421

**SECTION C:** Continuation of CDCR 602 HC, Health Care Grievance Appeal, Section C only (Dissatisfied with Health Care Grievance Response):

Grievant Signature: _____    Date Submitted: _____

**SECTION D:** Staff Use Only: Grievants do not write in this area. Grievance Appeal Interview Clarification. Document issue(s) clarified during interview (if necessary at HQ Level)

Name and Title: _____    Signature: _____    Date : _____

**STAFF USE ONLY**

COMPLETED HCCAB AUG 17 2021

Distribution: Original - Returned to grievant after completed. **Scanned Copy** - Health Care Appeals and Risk Tracking System 2.0 (Do not place in central file or health record)

*Unauthorized collection, creation, use, disclosure, modification or destruction of personally identifiable information and/or protected health information may subject individuals to civil liability under applicable federal and state laws*

STATE OF CALIFORNIA                                                                    DEPARTMENT OF CORRECTIONS AND REHABILITATION

**HEALTH CARE SERVICES REQUEST FORM**
CDCR 7362 (Rev. 03/19)                                                                 Page 2 of 2

| PART I: TO BE COMPLETED BY THE PATIENT |
|---|
| If you believe this is an urgent/emergent health care need, contact the correctional officer on duty. |

REQUEST FOR:     MEDICAL  ☑     MENTAL HEALTH  ☐     DENTAL  ☐     MEDICATION REFILL  ☐

| NAME Ramirez Saul | CDCR NUMBER H-84928 | HOUSING 7342 |
|---|---|---|
| PATIENT SIGNATURE Saul Ramirez | | DATE 4/22/2021 |

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe your health problem and how long you have had the problem) _Had a cold why can't I see De colru in my division on this covid-19 that could a material adverse effect on my health And also To follow up with the consultant I see before I will need and continue Treatment since I have suffer the affect on the way that I want to be seen first I need to see and try to follow up on my medical issue I need To see a docter about my self Frank you much about my self_

NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM

STATE OF CALIFORNIA
**HEALTH CARE SERVICES REQUEST FORM**
CDCR 7362 (Rev. 03/19)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Page 2 of 2

| PART I:  TO BE COMPLETED BY THE PATIENT |
|---|
| If you believe this is an urgent/emergent health care need, contact the correctional officer on duty. |

| REQUEST FOR: | MEDICAL ☐ | MENTAL HEALTH ☐ | DENTAL ☐ | MEDICATION REFILL ☒ |
|---|---|---|---|---|

| NAME Ramirez S. | CDCR NUMBER H-24928 | HOUSING 7242 |
|---|---|---|

| PATIENT SIGNATURE _Sara Ramirez_ | DATE 4/25/2021 |
|---|---|

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe your health problem and how long you have had the problem) Nurse Will you please refill my cough capsule prescription meds because I am out and This cough left over cold about 3 or 4 days I have I could not smell like coming out nose and throat I am...

*NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM*

24

 CALIFORNIA CORRECTIONAL
# HEALTH CARE SERVICES

## Institutional Level Rejection Notice

**Date:**         May 3, 2021

**To:**           RAMIREZ, SAUL (H84928)
                  # D 007 3342001LP
                  California Men's Colony
                  P.O. Box 8101
                  San Luis Obispo, CA 93409-8101

**Tracking #:**   CMC HC 21000424

Your health care grievance submitted for institutional level review does not comply with health care grievance procedures established in California Code of Regulations, Title 15, Chapter 2, Subchapter 2, Article 5, and is rejected for the following reason(s):

Excessive Filings, California Code of Regulations, Title 15, Section 3999.226(c), states "The grievant has the right to submit one health care grievance every 14 calendar days, unless it is accepted as an expedited grievance. The 14 calendar day period shall commence on the calendar day following the grievant's last accepted health care grievance."

Explain the reason you believe your submission does not fall within the parameters of the excessive filings criteria in regard to the last accepted health care grievance referenced below.

CMC HC 21000421 accepted May 3, 2021.

Take the necessary corrective action provided in this notice, and resubmit the health care grievance to the Health Care Grievance Office where you are housed within 30 calendar days.

—

Health Care Grievance Office Representative
California Men's Colony

To HC Grievance office Representative, I did not redirect part of my 602 Log# 112738, from office of Grievances They did This its what 006 does To through the br To HC.S. Then you Hcs. blames me. They dont want To answer a claim and They send To you. now you have given it a Log# and you wantTo cancell my medical 602 when you well know I have been Trying To See The cmc Doctors and outside specialist and you denie To process my 602. delaying and Interfering with me seeking my medical followup because of how covid-19 messed prisoners up. so please process. Thankyou!

May 5, 2021            Saul Ramirey

Note: Permanent health care grievance document. Do not remove from the health care grievance package.

HEALTH CARE SERVICES                                    25



# CALIFORNIA CORRECTIONAL
# HEALTH CARE SERVICES



### Institutional Level Rejection Notice

**Date:**       May 10, 2021

**To:**         RAMIREZ, SAUL (H84928)
                # D  007 3342001LP
                California Men's Colony
                P.O. Box 8101
                San Luis Obispo, CA 93409-8101

**Tracking #:**     CMC HC 21000424

Your health care grievance submitted for institutional level review does not comply with health care grievance procedures established in California Code of Regulations, Title 15, Chapter 2, Subchapter 2, Article 5, and is rejected for the following reason(s):

**Excessive Filings:** California Code of Regulations, Title 15, Section 3999.226(c), states "The grievant has the right to submit one health care grievance every 14 calendar days, unless it is accepted as an expedited grievance. The 14 calendar day period shall commence on the calendar day following the grievant's last accepted health care grievance."

Explain the reason you believe your submission does not fall within the parameters of the excessive filings criteria in regard to the last accepted health care grievance referenced below.

CMC HC 21000421 accepted May 3, 2021

**Failure to Correct:** California Code of Regulations, Title 15, Section 3999.234(b) states, "When a health care grievance or health care grievance appeal is rejected, a response to the grievant shall provide written instruction regarding further action the grievant must take to qualify the health care grievance or health care grievance appeal for processing and the timeframe necessary, as determined by the HCGO [Health Care Grievance Office] or HCCAB [Health Care Correspondence and Appeals Branch], to correct and resubmit the health care grievance or health care grievance appeal to the identified office."

Comply with the instructions provided in the Rejection Notice(s) dated May 3, 2021.

Take the necessary corrective action provided in this notice, and resubmit the health care grievance to the Health Care Grievance Office where you are housed within 30 calendar days.

Health Care Grievance Office Representative
California Men's Colony

*please process The 14 days of Title 15 are up. Today is 5/18/2021 Thank you!   Saul Ramirez*

Note: Permanent health care grievance document. Do not remove from the health care grievance package.

## ADA/Effective Communication Patient Summary

**As of:** 04/29/2021 13:48

Patient Information

**NAME:** RAMIREZ, SAUL
**CDCR:** H84928

Disability Placement Program

**Current DPP Code(s):**
 * DNM

DPP Verification/Accommodation Date: 09/12/18 14:17:28 PDT

**Current Housing Restrictions/Accomodations:**
 * No Rooftop Work/Hazardous Restriction
 * Lifting Restriction
 * Bottom Bunk

Methods of Communication

SLI:

Primary Method:

Secondary Method:

Interview Date:

Developmental Disability Program

Current DDP Code:

Effective Date:

Adaptive Support Needs:

Testing of Adult Basic Education (TABE)

**TABE Score:** 05.6

**TABE Date:** 03/06/2012 00:00

Learning Disabilities

**Learning Disabilities:**

English Proficiency

LEP: No

**Primary Language:** Spanish

Durable Medical Equipment

**Current ISSUED DME:**
 * Back Braces Permanent
 * Cane Permanent
 * Compression Stocking Permanent
 * Eyeglass Frames Permanent
 * Knee Braces Permanent
 * Mobility Impaired Disability Vest Permanent
 * Non-invasive Airway Assistive Devices (C-Pap) Permanent
 * Therapeutic Shoes/Orthotics Permanent

MHSDS

**MHLOC:**  EOP

27

## ADA/Effective Communication Patient Summary

**As of:** 05/07/2021 10:29

**Patient Information**

**NAME:** RAMIREZ, SAUL
**CDCR:** H84928

**Disability Placement Program**

**Current DPP Code(s):**
 * DNM

DPP Verification/Accommodation Date: 09/12/18 14:17:28 PDT

**Current Housing Restrictions/Accomodations:**
 * No Rooftop Work/Hazardous Restriction
 * Lifting Restriction
 * Bottom Bunk

**Methods of Communication**

**SLI:**

**Primary Method:**

**Secondary Method:**

**Interview Date:**

**Developmental Disability Program**

**Current DDP Code:**

**Effective Date:**

**Adaptive Support Needs:**

**Testing of Adult Basic Education (TABE)**

**TABE Score:** 05.6

**TABE Date:** 03/06/2012 00:00

**Learning Disabilities**

**Learning Disabilities:**

**English Proficiency**

**LEP:** No

**Primary Language:** Spanish

**Durable Medical Equipment**

**Current ISSUED DME:**
 * Back Braces Permanent
 * Cane Permanent
 * Compression Stocking Permanent
 * Eyeglass Frames Permanent
 * Knee Braces Permanent
 * Mobility Impaired Disability Vest Permanent
 * Non-invasive Airway Assistive Devices (C-Pap) Permanent
 * Therapeutic Shoes/Orthotics Permanent

**MHSDS**

**MHLOC:** EOP

28

## ADA/Effective Communication Patient Summary

As of: 05/19/2021 11:24

Patient Information

**NAME:** RAMIREZ, SAUL
**CDCR:** H84928

Disability Placement Program

**Current DPP Code(s):**
 * DNM

DPP Verification/Accommodation Date: 09/12/18 14:17:28 PDT

**Current Housing Restrictions/Accomodations:**
 * No Rooftop Work/Hazardous Restriction
 * Lifting Restriction
 * Bottom Bunk

Methods of Communication

**SLI:**

**Primary Method:**

**Secondary Method:**

**Interview Date:**

Developmental Disability Program

**Current DDP Code:**

**Effective Date:**

**Adaptive Support Needs:**

Testing of Adult Basic Education (TABE)

**TABE Score:** 05.6

**TABE Date:** 03/06/2012 00:00

Learning Disabilities

**Learning Disabilities:**

English Proficiency

**LEP:** No

**Primary Language:** Spanish

Durable Medical Equipment

**Current ISSUED DME:**
 * Back Braces Permanent
 * Cane Permanent
 * Compression Stocking Permanent
 * Eyeglass Frames Permanent
 * Knee Braces Permanent
 * Mobility Impaired Disability Vest Permanent
 * Non-invasive Airway Assistive Devices (C-Pap) Permanent
 * Therapeutic Shoes/Orthotics Permanent

MHSDS

**MHLOC:** EOP

29



# CALIFORNIA CORRECTIONAL
# HEALTH CARE SERVICES



## Institutional Level Response

**Closing Date:**   JUN 0 2 2021

**To:**   RAMIREZ, SAUL (H84928)
D  007 3342001LP
California Men's Colony
P.O. Box 8101
San Luis Obispo, CA 93409-8101

**Tracking #:**   CMC HC 21000424

## RULES AND REGULATIONS

The rules governing these issues are:  California Code of Regulations, Title 15; Health Care Department Operations Manual; Mental Health Services Delivery System Program Guide; California Department of Corrections and Rehabilitation Department Operations Manual.

## HEALTH CARE GRIEVANCE SUMMARY

In your CDCR 602 HC, Health Care Grievance, you explained the decision, action, condition, omission, policy, or regulation that has had a material adverse effect upon your health or welfare for which you seek administrative remedy.

| Issue | Description |
|---|---|
| Issue:  COVID-19 ( Quarantine ) | Quarantine procedures causing delay in medical appointments with primary care provider. |
| Issue:  Disagreement with Treatment ( Primary Care Provider ) | Delay in treatment for cough and lung issues persisting after COVID-19 infection. |

## INTERVIEW

On May 24, 2021, you were interviewed by G. Pahl, Health Care Appeals Registered Nurse, regarding this health care grievance. During the interview, you were allowed the opportunity to fully explain your health care grievance issue(s).

## INSTITUTIONAL LEVEL DISPOSITION

[X]  No intervention.      [ ]  Intervention.

## BASIS FOR INSTITUTIONAL LEVEL DISPOSITION

Your health care grievance package and health record, and all pertinent departmental policies and procedures were reviewed.  These records indicate that you tested positive for COVID-19 on December 29, 2020 and remained in COVID-19 quarantine housing for 14 days.  You were more recently placed in COVID-19 quarantine due to the entirety of Facility-D being placed under COVID-19 quarantine orders, which ended on May 6, 2021.

The California Department of Corrections and Rehabilitation and California Correctional Health Care Services have protocols in place that follow recommendations for quarantines set forth by the Centers for Disease

---

Note 1:  The institutional level review is based on records available as of the date the Institutional Level Response is signed by the reviewing authority.

Note 2:  The closing date reflects the closed, mailed/delivered date of the health care grievance.

Note 3:  Permanent health care grievance document.  Do not remove from the health care grievance package.

HEALTH CARE SERVICES

Control and Prevention, Interim Guidance on Management of Coronavirus Disease in Correctional and Detention Facilities. This guidance is specific for correctional facilities and detention centers during the outbreak of COVID-19, to ensure continuation of essential public services and protection of the health and safety of incarcerated and detained persons, staff, and visitors.

Progress notes show that you have developed a cough after testing positive for COVID-19, and were last seen by a primary care provider on May 21, 2021. You have been previously prescribed Xopenex to help alleviate your symptoms and a primary care provider has noted that your cough has improved, also stating that your lungs were clear upon assessment. There has been no indication by a primary care provider stating that a referral to a specialist is medically necessary at this time.

The health and safety of our population is of critical importance to the California Department of Corrections and Rehabilitation and California Correctional Health Care Services. While our agency is working together to appropriately respond to the COVID-19 crisis, we will continue to provide urgent and emergent health care services. To reduce risks to both patients and staff, inmate movement will be minimized. In addition, some specialty and routine care may be delayed as a result of both internal redirections and external closures. All cancelled appointments will be rescheduled as soon as safely possible. If you have health care needs, you may access health care services by utilizing the approved processes in accordance with California Correctional Health Care Services policy.

Your medical condition will continue to be monitored with care provided as determined medically or clinically indicated by the primary care provider. If you have additional health care needs, you may access health care services by utilizing the approved processes in accordance with California Correctional Health Care Services policy.

While the health care grievance process is a means of setting forth your health care concerns, it is not a substitute for direct communication about your health with your health care providers. You are encouraged to continue your care with your assigned health care providers and share with them new or additional clinical information about your conditions that you believe may affect your care. However, California law directs your health care providers to offer and provide only the care they determine to be currently medically or clinically necessary for you, in accordance with appropriate policies and procedures. Previous orders from other health care facilities or staff, input from health care consultants, and/or your own personal preferences may be considered, but do not control the professional judgment of your current health care providers.

If you are dissatisfied with the Institutional Level Response, follow the instructions on the CDCR 602 HC, Health Care Grievance, and submit the entire health care grievance package for headquarters' level review. The headquarters' level review constitutes the final disposition on your health care grievance and exhausts your administrative remedies.

Out mot for T. Macias CEO

T. Macias
Chief Executive Officer
California Men's Colony

5-28-21

Reviewed and Signed Date

Note 1: The institutional level review is based on records available as of the date the Institutional Level Response is signed by the reviewing authority.
Note 2: The closing date reflects the closed, mailed/delivered date of the health care grievance.
Note 3: Permanent health care grievance document. Do not remove from the health care grievance package.

HEALTH CARE SERVICES                    31



# HEALTH CARE SERVICES



### Headquarters' Level Response

**Closing Date:** AUG 1 7 2021

**To:** RAMIREZ, SAUL (H84928)
California Men's Colony
P.O. Box 8101
San Luis Obispo, CA 93409-8101

**From:** California Correctional Health Care Services
Health Care Correspondence and Appeals Branch
P.O. Box 588500
Elk Grove, CA 95758

**Tracking #:** CMC HC 21000424

## RULES AND REGULATIONS

The rules governing these issues are: California Code of Regulations, Title 15; Health Care Department Operations Manual; Mental Health Services Delivery System Program Guide; California Department of Corrections and Rehabilitation Department Operations Manual.

## HEALTH CARE GRIEVANCE APPEAL SUMMARY

In your CDCR 602 HC, Health Care Grievance, you explained the decision, action, condition, omission, policy, or regulation that has had a material adverse effect upon your health or welfare for which you seek administrative remedy.

| Issue | | Description |
|---|---|---|
| Issue: | COVID-19 ( Quarantine ) | Quarantine procedures causing delay in medical appointments with primary care provider. |
| Issue: | Disagreement with Treatment ( Primary Care Provider ) | Delay in treatment for cough and lung issues persisting after COVID-19 infection. |

## HEADQUARTERS' LEVEL DISPOSITION

[X] No intervention.     [ ] Intervention.

## BASIS FOR HEADQUARTERS' LEVEL DISPOSITION

Your health care grievance package and health record, and all pertinent departmental policies and procedures were reviewed. These records indicate the Institutional Level Response appropriately addressed your grievance issues and is sustained at the headquarters' level.

You alleged delay in medical appointments, treatment for cough and lung issues; however, your allegation is refuted by professional health care staff familiar with your health care history, as well as a review of your health record.

---

Note 1: The headquarters' level review is based on records available as of the date the Headquarters' Level Response is signed by the reviewing authority.

Note 2: The closing date reflects the closed, mailed delivered date of the health care grievance.

You received timely and appropriate care for your health care issues: multiple nurse and primary care provider evaluations, orders for both inhalers and antitussive medications written/provided, and chest x-ray, which was negative.

While you may not agree with quarantine protocols, or the decisions of your treatment team, there is no indication your care has not been provided pursuant to the rules and regulations governing the management and delivery of medically or clinically necessary health care services. Patients shall be accorded impartial (equal, unbiased) access to treatment or accommodations that are determined to be medically or clinically indicated, based on the patient's individual presentation, history, and exam findings, in accordance with appropriate policies and procedures.

It is not appropriate to expand the health care grievance beyond the initial issue(s). The Health Care Correspondence and Appeals Branch has the discretion whether to address new issues; it has been determined the new issue(s), *claimed actions of custody medical staff, punished D yard inmates all because incoming staff were positive for COVID-19, medical and custody keep abusing the quarantine policy, the court can't do anything about prisoners*, not included in the originally submitted CDCR 602 HC, Health Care Grievance, will not be addressed at the headquarters' level per California Code of Regulations, Title 15, Section 3999.230(i).

Regarding new concerns of being tired and depressed, you are enrolled in the Mental Health Services Delivery System at the Enhanced Outpatient Program level of care. You have been provided with the opportunity to access mental health services and clinical staff regarding your stated issues. Your mental health condition will continue to be monitored consistent with treatment guidelines, as outlined in the Mental Health Services Delivery System Program Guide, most recently on July 8, 2021.

If you have additional health care needs you may access health care services by utilizing the approved processes in accordance with California Correctional Health Care Services policy.

While the health care grievance process is a means of setting forth your health care concerns, it is not a substitute for direct communication about your health with your health care providers. You are encouraged to continue your care with your assigned health care providers and share with them new or additional clinical information about your conditions that you believe may affect your care. However, California law directs your health care providers to offer and provide only the care they determine to be currently medically or clinically necessary for you, in accordance with appropriate policies and procedures. Previous orders from other health care facilities or staff, input from health care consultants, and/or your own personal preferences may be considered, but do not control the professional judgment of your current health care providers.

This decision exhausts your administrative remedies.

Date: 2021.08.13
14:33:18 -07'00'

S. Gates, Chief
Health Care Correspondence and Appeals Branch
Policy and Risk Management Services
California Correctional Health Care Services

August 13, 2021

Reviewed and Signed Date

Note 1: The headquarters' level review is based on records available as of the date the Headquarters' Level Response is signed by the reviewing authority.
Note 2: The closing date reflects the closed, mailed/delivered date of the health care grievance.

33

SAUL M. RAMIREZ H-84928
Cell 7342 california mens colony
State prison P.O. Box 8101
SunLuis OBispo, CA. 93409-8101



Confidential
MAIL

To: Health care Correspondence
Appeals Branch. P.O. Box
588500. Elk Grove. CA. 95758

Case 2:23-cv-07576-SPG-BFM     Document 62     Filed 04/22/25     Page 119 of 209     Page ID #:914

6/5/21

35/5/21

STATE OF CALIFORNIA
**HEALTH CARE GRIEVANCE**
CDCR 602 HC (Rev. 06/17)

DEPARTMENT OF CORRECTIONS AND REHABILITATION
Page 1 of 2

| STAFF USE ONLY | Expedited? | ☐ Yes | ☐ No | Institution. | Tracking #. |
|---|---|---|---|---|---|
| | | | | | CMC HC 2100 0361 |

Staff Name and Title (Print) _____ Signature _____ Date _____

**If you think you have a medical, mental health or dental emergency, notify staff immediately.** If additional space is needed, only one CDCR 602 HC A Health Care Grievance Attachment will be accepted. You must submit this health care grievance to the Health Care Grievance Office for processing. Refer to California Code of Regulations (CCR), Title 15, Section 3087 for further guidance with the health care grievance process.

**Do not exceed more than one row of text per line. WRITE, PRINT, or TYPE CLEARLY in black or blue ink.**

Name (Last, First, MI): Ramirez Saul. M.     CDCR #: H-84928     Unit/Cell #: 7342

**SECTION A:** Explain the decision, action, condition, omission, policy, or regulation that has had a material adverse effect upon your health and welfare for which you seek administrative remedy.

ON 3-21-2021 I asked The RN To Tell DR. Collins To follow up on my whole neck pain That has worsen, all my Left shoulder and arm I am getting head aches That The back of my head hurts and its motionly destressing and ex sthaveld ing my body and mind. DR Collins should of already have me seen by a Specialist but because of covid 19 all my appointments were denied cancelled and delayed See CDCR. 7362 dated 9-20-2020. CDCR 7362 dated 3-21-2021. See X-ray cervical spine dated 6-22-2011 see cervical spine examination dated July 31. 2007. This has worsen See MRI for neck pain dated 8-6-2014

*If you need more space, use Section A of the CDCR 602 HC A*

☒ Supporting Documents: Refer to CCR 3087.2. List supporting documents attached: CDCR 7362 dated 9-20-2020, CDCR 7362 dated 3-21-2021, X-ray dated 6-22-2011 cervical spine, spine examination dated Jul, 31-2007 mri neck pain dated 8-6-2014. other medical x rays I dont have copies.

☐ No, I have not attached any supporting documents. Reason: _____

Grievant Signature: Saul R. Ramirez     Date Submitted: 4-5-2021

BY PLACING MY INITIALS IN THIS BOX, I REQUEST TO RECEIVE AN INTERVIEW AT THE INSTITUTIONAL LEVEL.     S.R.

| HEALTH CARE GRIEVANCE REVIEW INSTITUTIONAL LEVEL: Staff Use Only | Is a CDCR 602 HC A attached? ☐ Yes ☐ No |
|---|---|

This grievance has been:

☐ Rejected (See attached letter for instruction):  Date: _____  Date: _____

☐ Withdrawn (see section C)

☐ Accepted     Assigned To: _____     Title. _____     Date Assigned. _____     Date Due: _____

Interview Conducted?  ☐ Yes  ☐ No   Date of Interview: _____   Interview Location: _____

Interviewer Name and Title (print) _____   Signature _____   Date. _____

Reviewing Authority Name and Title (print) _____   Signature. _____   Date. _____

**Disposition:** See attached letter     ☐ Intervention     ☐ No Further Intervention     ☐ No Intervention

*If dissatisfied with Institutional Level Response, complete Section B.*

HCGO Use Only: Date closed and mailed/delivered to grievant: _____

| 1. Disability Code. | 2. Accommodation | 3. Effective Communication. |
|---|---|---|
| ☐ TABE score ≤ 4.0 | ☐ Additional time | ☐ Patient asked questions |
| ☐ DPH ☐ DPV ☐ LD | ☐ Equipment ☐ SLI | ☐ Patient summed information |
| ☐ DPS ☐ DNH | ☐ Louder ☐ Slower | Please check one: |
| ☐ DDP | ☐ Basic ☐ Transcribe | ☐ Not reached* ☐ Reached |
| ☐ Not Applicable | ☐ Other* | *See chrono/notes |

4. Comments _____

RECEIVED CMC APR 06 2021 HCGO    COMPLETED CMC MAY 28 2021 HCGO    COMPLETED HCCAB

STATE OF CALIFORNIA
**HEALTH CARE GRIEVANCE**
CDCR 602 HC (Rev. 06/17)

DEPARTMENT OF CORRECTIONS AND REHABILITATION
Page 2 of 2

Tracking # CMC-HC 2100 0361

| SECTION B: | Health Care Grievance Appeal. **If you are dissatisfied with the Institutional Level Grievance Response**, explain the reason below (if more space is needed, use Section B of the CDCR 602 HC A), and submit the entire health care grievance package by mail for Headquarters' (HQ) Level health care grievance appeal review. Mail to: Health Care Correspondence and Appeals Branch, P.O. Box 588500, Elk Grove, CA 95758. |
|---|---|

No I Explained To Nurse Pahl That DR. Collins was To follow up on my head neck and shoulder pain since 2020, and because of covid-19 the excuse To deni,delay, medical follow up Treatments This excus of covid-19 was abused. also To follow up on my lower back was cancelled denied and forgotten. Now The Doctors also keep Telling me To Loose wieght and this is why I told DR Collins that I Tried To excersise. and you are using this To blame me that iTs my fault of why my c-4-5 and c5-6 are getting worse. I ToldDR collins that only MRI of back neck and shoulder would show The whole problem. The xrays of 6/1/21, you are starting me all over again I also did phisical Therapy, which did not help. I need the MRIS That the specialist is going To request I only have old MRI of neck-pein dated 9/14/2 showing multilevel degeneration Disc Disease with stenosis at C4-5 and c5-6 and The old Left shoulder Xray on 12/24/2018 shows arthritis but show that There is more damage I need a shoulder MRI up To date. abuse stop Denying, delaying, and cancelling my much needed follow up medical Treatments with The out side specialist, and dont querantine me for DRs visits as a reprisal for asking for help.

Grievant Signature: *Saul Ramirez*    Date Submitted: 6/4/2021

---

HEALTH CARE GRIEVANCE APPEAL REVIEW HQ LEVEL. Staff Use Only          Is a CDCR 602 HC A attached?   ☐ Yes    ☐ No

This grievance has been:

☐ Rejected (See attached letter for instruction):    Date.                    Date:

☐ Withdrawn (see section C)

☐ Accepted

Interview Conducted?    ☐ Yes  ☐ No    Date of Interview: _____    Interview Location: _____

Interviewer Name and Title (print): _____    Signature: _____    Date. _____

| Disposition: See attached letter | ☐ Intervention | ☐ No Further intervention | ☐ No Intervention |
|---|---|---|---|

*This decision exhausts your administrative remedies.*

HQ Use Only: Date closed and mailed/delivered to grievant:

---

SECTION C:   Grievant requests to WITHDRAW health care grievance: I request that this health care grievance be withdrawn from further review. Reason.

Grievant Signature:                                    Date Submitted:

Staff Name and Title (Print):            Signature:                    Date:

## STAFF USE ONLY

Distribution: **Original** - Returned to grievant after completed, **Scanned Copy** - Health Care Appeals and Risk Tracking System 2.0 (Do not place in central file or health record)

*Unauthorized collection, creation, use, disclosure, modification or destruction of personally identifiable information and/or protected health information may subject individuals to civil liability under applicable federal and state laws*

DEPARTMENT OF CORRECTIONS AND REHABILITATION

STATE OF CALIFORNIA
**HEALTH CARE GRIEVANCE ATTACHMENT**
CDCR 602 HC A (10/18)

Page 1 of 2

**STAFF USE ONLY**

Tracking #:

CMC HC 2100 0341

Attach this form to the CDCR 602 HC, Health Care Grievance, only if more space is needed. Only one CDCR 602 HC A may be used
Do not exceed more than one row of text per line. WRITE, PRINT, or TYPE CLEARLY in black or blue ink.

| Name (Last, First, MI): | CDCR Number: | Unit/Cell Number: |
|---|---|---|
| Ramirez, Saul M. | H-84928 | 7342 |

**SECTION A** Continuation of CDCR 602 HC, Health Care Grievance, Section A only (Explain the applied health care policy, decision, action, condition, or omission that has had a material adverse effect upon your health or welfare for which you seek administrative remedy):

by Dr Silva. and x-ray of LefT shoulder dated 10-17-2014 and again LefT shoulder x-ray
dated 10-26-2014. all This neck pain and LefT shoulder you sent me To phisical
Therapy which did no good, I request That you dont Use covid-19 for excuse
To denie delay or cancell my specialisT visiT so he can Tell me if he
can fix my neck and my LefT shoulder. I need To see specialisT now.

Grievant Signature: Saul R amirez          Date Submitted: 4-5-2021

**SECTION B** Staff Use Only: Grievants do not write in this area. Grievance Interview Clarification. Document issue(s) clarified during interview.

Name/Title: _____    Signature: _____    Date: _____

RECEIVED COMPLETED
CMC   CMC
APR 06 202 MAY 28 2021
HCGO   HCGO

RECEIVED
STAFF USE ONLY
COMPLETED
HCCAB

37

STATE OF CALIFORNIA
**HEALTH CARE GRIEVANCE ATTACHMENT**
CDCR 602 HC A (10/18)

DEPARTMENT OF CORRECTIONS AND REHABILITATION
Page 2 of 2

Tracking #: CMC HC 21.0003&1

**SECTION C:** Continuation of CDCR 602 HC, Health Care Grievance Appeal, Section C only (Dissatisfied with Health Care Grievance Response):

Grievant Signature: _____   Date Submitted: _____

**SECTION D:** Staff Use Only: Grievants do not write in this area. Grievance Appeal Interview Clarification. Document issue(s) clarified during interview (If necessary at HQ Level).

Name and Title: _____   Signature: _____   Date: _____

STAFF USE ONLY

Distribution: **Original** - Returned to grievant after completed. **Scanned Copy** - Health Care Appeals and Risk Tracking System 2.0 (Do not place in central file or health record)

Unauthorized collection, creation, use, disclosure, modification or destruction of personally identifiable information and/or protected health information may subject individuals to civil liability under applicable federal and state laws

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Page 1 of 2

STATE OF CALIFORNIA
**HEALTH CARE GRIEVANCE**
CDCR 602 HC (Rev. 10/18)

| STAFF USE ONLY | Expedited? ☐ Yes ☒ No | Tracking # CMC HC 2100 0361 | CMC |
|---|---|---|---|

G. PAHZ, RN _____ (signature) ____ APR 07 2021

Date

Staff Name and Title (Print)

If you think you have a **medical, mental health or dental emergency**, notify staff immediately. If additional space is needed, use Section A CDCR 602 HC A Health Care Grievance Attachment. Only one CDCR 602 HC A will be accepted. You must submit this health care grievance to the Health Care Grievance Office for processing. Refer to California Code of Regulations (CCR), Title 15, Chapter 2, Subchapter 2, Article 5 for further guidance with the health care grievance process.

Do not exceed more than one row of text per line. WRITE, PRINT, or TYPE CLEARLY in black or blue ink.

| Name (Last, First MI): Ramirez, Saul | CDCR #: H64928 | Unit/Cell #: D7 342 |
|---|---|---|

**SECTION A:** Explain the applied health care policy, decision, action, condition, or omission that has had a material adverse effect upon your health or welfare for which you seek administrative remedy:

See attached CDCR 602 HC A HC A

Supporting Documents Attached. Refer to CCR 3999.227   ☐ Yes   ☐ No

Date Submitted: _____

Grievant Signature: _____

BY PLACING MY INITIALS IN THIS BOX, I REQUEST TO RECEIVE AN INTERVIEW AT THE INSTITUTIONAL LEVEL.

**SECTION B:** HEALTH CARE GRIEVANCE REVIEW INSTITUTIONAL LEVEL: Staff Use Only   Is a CDCR 602 HC A attached? ☒ Yes   ☐ No

This grievance has been:

☐ Rejected (See attached letter for instruction):   Date: _____   Date: _____

☐ Withdrawn (see section E)

☒ Accepted   Assigned To: CMC   Title: HCARN   Date Assigned: 4/7/21   Date Due: 6/9/21

Interview Conducted?  ☒ Yes ☐ No   Date of interview: 5/24/21   Interview Location: TTA

Interviewer Name and Title (print): G. PAHZ, RN   Signature: _____   Date: 5/24/21

Reviewing Authority Name and Title (print): Rick mott   Signature: Rick mott   Date: 5-27-21

Disposition: See attached letter   ☒ Intervention   ☐ No Intervention

HCGO Use Only: Date closed and mailed delivered to grievant   MAY 28 2021

RECEIVED COMPLETED CMC   CMC
APR 06 202 MAY 28 2021   USE ONLY
HCGO   HCGO   COMPLETED HCCAB

| 1 Disability Code | 2 Accommodation: | 3 Effective Communication |
|---|---|---|
| ☐ TABE score ≤ 4.0 | ☐ Additional time | ☐ Patient asked questions |
| ☐ DPH ☐ DPV ☐ LD | ☐ Equipment ☐ SLI | ☐ Patient summed information |
| ☐ DPS ☐ DNH | ☐ Louder ☐ Slower | Please check one |
| ☐ DDP | ☐ Basic ☐ Transcribe | ☐ Not reached ☐ Reached |
| ☐ Not Applicable | ☐ Other | *See chrono/notes |

4 Comments _____

39

STATE OF CALIFORNIA
**HEALTH CARE GRIEVANCE**
CDCR 602 HC (Rev. 10/18)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Page 2 of 2

Tracking # CMC HC 2100 0341

**SECTION C:** Health Care Grievance Appeal. If you are dissatisfied with the Institutional Level Grievance Response, explain the reason below (if more space is needed, use Section C of the CDCR 602 HC A) and submit the entire health care grievance package by mail for Headquarters' (HQ) Level health care grievance appeal review. Mail to: Health Care Correspondence and Appeals Branch, P.O. Box 588500, Elk Grove, CA 95758.

Grievant Signature: _____   Date Submitted: _____

**SECTION D:** HEALTH CARE GRIEVANCE APPEAL REVIEW HQ LEVEL: Staff Use Only    Is a CDCR 602 HC A attached? ☒ Yes   ☐ No

This grievance has been:

☐ Rejected (See attached letter for instruction)   Date _____    Date _____

☐ Withdrawn (see section E)   ☒ Accepted

☐ Amendment   Date: _____

Interview Conducted?   ☐ Yes  ☒ No   Date of Interview _____   Interview Location: _____

Interviewer Name and Title (print) _____   Signature _____   Date. _____

Disposition: See attached letter   ☐ Intervention   ☒ No Intervention:

*This decision exhausts your administrative remedies.*

HQ Use Only: Date closed and mailed/delivered to grievant   **AUG 1 7 2021**

**SECTION E:** Grievant requests to WITHDRAW health care grievance: I request that this health care grievance be withdrawn from further review. Reason.

Grievant Signature: _____   Date Submitted: _____

Staff Name and Title (Print): _____   Signature: _____   Date: _____

# STAFF USE ONLY

Distribution **Original** - Returned to grievant after completed  **Scanned Copy** - Health Care Appeals and Risk Tracking System 2.0 (Do not place in central file or health record)

Unauthorized collection, creation, use, disclosure, modification or destruction of personally identifiable information and/or protected health information may subject individuals to civil liability under applicable federal and state laws

STATE OF CALIFORNIA
**HEALTH CARE SERVICES REQUEST FORM**
CDCR 7362 (Rev. 03/19)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Page 2 of 2

| PART I: TO BE COMPLETED BY THE PATIENT |
|---|
| If you believe this is an urgent/emergent health care need, contact the correctional officer on duty. |

| REQUEST FOR: | MEDICAL ☑ | MENTAL HEALTH ☐ | DENTAL ☐ | MEDICATION REFILL ☐ |
|---|---|---|---|---|

| NAME Ramirez Saul | CDCR NUMBER 4-74928 | HOUSING 7-42 |
|---|---|---|

| PATIENT SIGNATURE Saul Ramirez | DATE 9-26-2020 |
|---|---|

REASON YOU ARE REQUESTING HEALTH CARE SERVICES (Describe your health problem and how long you have had the problem) _____

_____

_____

_____

_____

*NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM.*

STATE OF CALIFORNIA

**HEALTH CARE SERVICES REQUEST FORM**

CDCR 7362 (Rev. 03/19)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Page 2 of 2

| PART I:  TO BE COMPLETED BY THE PATIENT |
|---|
| If you believe this is an urgent/emergent health care need, contact the correctional officer on duty. |

| REQUEST FOR: | MEDICAL ☒ | MENTAL HEALTH ☐ | DENTAL ☐ | MEDICATION REFILL ☒ |
|---|---|---|---|---|

| NAME  Ramirez S. | CDCR NUMBER  H-74928 | HOUSING |
|---|---|---|

| PATIENT SIGNATURE  Saul Ramirez | DATE  7-21-2021 |
|---|---|

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe your health problem and how long you have had the problem)

NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM.

Radnet Management    5/26/2011 2:03:42 PM    PAGE    1/001    Fax Server

# DESERT ADVANCED IMAGING PALM DESERT

72855 FRED WARING DRIVE
PALM DESERT, CA 92260
Telephone (760) 837-1420 · Fax (760) 836-0355

RAMIREZ, SAUL
MRN:   00347404-6
DOB:  05/27/1960   Sex:   M

GRACE JEAN-PIERRE, PAC
2302 BROWN RD
IMPERIAL, CA 92270

Date of Service:  8/22/2011
Exam:   (DPD)  X-RAY CERVICAL SPINE 2 OR 3 VIEWS

Fax #   (760) 432-3037

CDC#: H84924

EXAMINATION  X-RAY CERVICAL SPINE (READ ONLY)

INDICATION  Neck pain.

COMPARISON  None.

TECHNIQUE  AP and lateral images of the cervical spine were obtained.

FINDINGS  AP and lateral images of the cervical spine demonstrate no evidence of acute fracture or subluxation or spondylolisthesis.  There is very minimal degenerative disc narrowing identified C5-6. Other intervertebral disc spaces are within normal limits.  Vertebral bodies are intact.  There is no evidence of lytic or blastic lesions.  There is mild straightening of the cervical curvature, correlate clinically  This may be positional in nature.  AP projection is within normal alignment.  Soft tissue structures are unremarkable.

IMPRESSION  Minimal degenerative disc space narrowing identified C5-6.

NOTE:  The examination was dictated by Simon Trossbach, RPA, under the personal supervision and review of Joel Thayer, M.D.

End of diagnostic report for accession:          21269797

Dictated By:       Thayer, Joel, MD
Transcribed By:    TS  08/26/2011  12.51AM
Signed By:         Simon Trossbach, RPA  08/26/2011  8:44AM
Signed By:         Joel H Thayer, MD  08/26/2011  2:29PM

I have reviewed the above images and agree with this dictation.

Page 1 of 1

James Carter Thomas, MD, APC
1122 North Irwin Street
Hanford, CA 93230
559-584-4427

Patient:   Ramirez, Saul
ID:        H84928-B5                                    Date of Service:  08/02/2007
DOB:       05/27/1960

Referring physician: Dr. Ridge

CERVICAL SPINE      examination date, July 31, 2007.

AP, lateral and both oblique views of the cervical spine reveal a normal lordotic curvature. The general bone density is within normal limits. Minimal hypertrophic spurring is seen anteriorly at C4 and C5. The disc spaces are well maintained. The intervertebral foramina are patent. No focal lytic or blastic lesion is seen.

IMPRESSION

Minimal spondylosis in the cervical spine.

Document authenticated by James Carter Thomas, M.D. on 08/02/2007 17.47:26 ET

REVIEWED BY
AUG 2 7 2007
L DOEHRING NP

Consultation                                                          Page 1 of 1

**HEALTH CARE SERVICES**          Richard J Donovan Correctional

Name:              SAUL RAMIREZ          Patient ID:      11696551
DOB:               5/27/1960             Secondary ID: H84928
Exam Name:         MRI CERVICAL SPINE W/O
                   CONTRAST | 72141      Exam Date:    9/15/2014 03:34 PM
Age:               60Y 11M
Primary Care Provider:
Ordering Provider:   J. Silva, MD

CLINICAL INDICATION: NECK PAIN.

COMPARISON: None

FINDINGS: T1 and T2 weighted sagittal and selected axial MR pulse sequences of the cervical spine obtained without contrast.

The gross alignment of the cervical spine is within normal limits

The vertebrae are intact without fracture. The bone marrow signal intensities are normal

The cervical cord displays normal signal intensity and volume. Structures at the foramen magnum are unremarkable.

Findings a specific axial levels:
C2-3: Unremarkable
C3-4: Unremarkable
C4-5: Diffuse annular disc bulge results in mild central canal, moderate right neural foraminal, and mild left neural foraminal stenosis.
C5-6: Posterior disc bulge impresses upon the ventral CSF space. No neural foraminal stenosis.
C6-7: Mild annular disc bulging without central canal or neural foraminal stenosis
C7-T1: Unremarkable.

IMPRESSION:

1. MILD MULTILEVEL DEGENERATIVE DISC DISEASE WITH MILD CENTRAL CANAL OR NEURAL FORAMINAL STENOSIS AT C4-5 AND C5-6

Report Electronically Signed by:  CHRISTOPHER SCHULTZ, MD
Report Electronically Signed on:  9/15/2014 03:42 PM



## HEALTH CARE SERVICES

**CMC - California Men s Colony**
Highway 1
P.O. Box 8101
San Luis Obispo. CA 93409-

Patient: **RAMIREZ, SAUL MIRANDA**
DOB/Age 'Birth Gender: 5/27/1960   61 years   Male
Encounter Date: 6/14/2018
Attending: Collins,Aaron C P&S

CDCR #:  H34928
PID #:  11696551
Referring:

---

### Progress Notes

---

Document Type: Progress Note-Nurse
Document Subject: Triage RN Notes
Service Date/Time: 4/27/2021 12:40 PDT
Result Status: Auth (Verified)
Perform Information: Acasio,Emelle RN (4/27/2021 12:54 PDT)
Sign Information: Acasio,Emelle RN (4/27/2021 12:54 PDT)
Authentication Information: Acasio,Emelle RN (4/27/2021 12:54 PDT)

Encounter Info: Patient Name: SAUL RAMIREZ DOB: 05/27/1960 CDCR: H34928 PID: 100000008116965511H4923 Facility: CMC Encounter Type: Institutional Encounter

" Nurse will you please refill my cough capsule Benzonatate 100 mg because I am out and this COVID-19 left over cough won't go away when I cough a lot I feel like passing out because of shortness of breath."
"Nurse Acasio why can't I see Dr. Collins for my follow up on this COVID-19 that has had a material adverse effect on my health. And also to follow up with the back specialist. I am denied and delayed medical treatments since 2015 CDCR doctors can't finish my treatments. You said I was to see Dr. Collins and I haven't seen no doctor to follow up on my medical needs. I need to see Doctor Collins now. Thanks."

IP seen in Building 7 3rd floor dayroom since D Yard is on modified lockdown due to COVID19. Per IP he still has the

cough especially at night and some Shortness of breath due to coughing and when getting up the stairs. LS clear at the moment. No wheezing noted. IP made aware that he has been referred to see PCP for this. IP also c/o low back pain for years now and wants to know if he has been referred to outside Doctor. Denies any recent injury. fever/ chills/nausea/ vomiting/diarrhea. Chart reviewed IP has a referral to Neurosurgery for worsening low back pain, has Ibuprofen for pain. Regarding IP request for Tessalon Perles renewal, IP made aware that will discuss with his PCP during huddle. IP verbalized understanding.

Electronically signed on 04/27/2021 12:54 PM PDT

Acasio, Emelle RN, RN

---

Document Type: Progress Note-Nurse
Document Subject:
Service Date/Time: 2/4/2021 13:44 PST
Result Status: Auth (Verified)
Perform Information: Acasio,Emelle RN (2/4/2021 13:55 PST)
Sign Information: Acasio,Emelle RN (2/4/2021 13:55 PST)
Authentication Information: Acasio,Emelle RN (2/4/2021 13:55 PST)

Encounter Info: Patient Name: SAUL RAMIREZ DOB: 05/27/1960 CDCR: H34928 PID: 100000008116965511H34923 Facility: CMC Encounter Type: Institutional Encounter

---

Legend: c=Corrected. @ =Abnormal, C=Critical. L=Low, H=High. f=Result Comment. i=Interp Data. *=Performing Lab

---

Report Request ID:  43493556

Print Date Time:  7/1/2021 14:38 PDT

WARNING: This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.

- California Men's Colony

nt:  **RAMIREZ, SAUL MIRANDA**

Age/Birth Gender:  5/27/1960  /  61 years  /  Male        CDCR H84928

## Progress Notes

y of esophagitis/positive FOBT: Patient underwent both on 5/27/2020, via oscopy for positive FOBT test, and to the EGD, for long-term use of PPI, and ional continued reflux symptoms.

of the test were otherwise unremarkable, the EGD did show some gastric actinic sa with prominent and mildly dilated Oxyntic glangs, no evidence of H. pylori, and no nce of intestinal metaplasia dysplasia, or malignancy. The colonoscopy was narkable, and no biopsies were taken.

nc low back pain, and chronic bilateral knee pain: Patient was seen on 11/25/2008 for detailed appointment in regards to his ongoing chronic low back pain, and bilateral pain. Please see note for historical summary

that appointment, an x-ray was ordered of the lumbar spine, which did show a lucency d the S1 pedicle, consistent with possible loosening of the hardware, and/or infection. ed lab work was obtained, showing no elevation in a WBC, ESR/CRP. Further ssion with the CP/S, who also felt that it was unlikely that there was any infection gy, and most likely related to some hardware changes. Patient had been having some ymptoms radiating down the left leg as well, which he states are currently stable at ne. With the finding from the lumbar x-ray, a CT scan of the lumbar spine was ned on 1/20/2020, and reviewed with the patient. Patient did have initial consultation hysiatry, who recommended an EMG for further evaluation of the patient's symptoms. t was seen by physiatry, on 11/8/2020, with full report of the nerve conduction study ng

rodiagnostic testing reveals findings primarily for the S1 nerve roots, greater on the han the left. There is significant side-to-side difference with greater than 1.4 ms nce for the right tibial H reflex versus the left tibial H reflex and bilateral decreased d amplitude. There is also evidence for sensory neuropathy bilateral.

impression: There is bilateral S1 radiculopathy greater on the right than the left. ant states he continues to have ongoing low back pain, specifically around where his are is placed, and he states he continues to have the pain running down the back of gs. the right is still greater than the left. Patient states he does try to ambulate, and used to do the stretches previously given to him by physical therapy, but he continues e ongoing discomfort, many days affecting his ADLs.

nt denies any fever, any chills, any change in bowel or bladder function.

ent was started on gabapentin at a previous appointment on 2/25/2021, initially at 300 ice daily, moving up to 600 mg twice daily, but I do not see that the patient is still on abapentin.

ent states he started on the gabapentin, moving up to the increased dose of 600 mg a day, but felt like he was not getting any improvement in his symptoms, and it was ausing some upset stomach. Patient does not wish to retry the medication, or try a ent medication.

Glucose intolerance (impaired glucose tolerance)
Health care maintenance
Hyperlipidemia
Major depressivedisorder, Recurrent episode, With psychotic features
Obesity (BMI 30-39.9)
Obstructive sleep apnea (adult) (pediatric)
Post traumatic stress disorder (PTSD)
Potential for lack of continuity of care
Prolapsed lumbar disc
Right hip pain
Spinal stenosis of lumbar region
Torn meniscus

Historical
Viral URI with cough

## Procedure/Surgical History
EGD/colonoscopy 5/27/2020, EKG dated 7/2/2015, EMG study performed 12/13/2016, MRI lumbar spine without contrast 10/20/2016, X-ray left knee 4 views 5/14/2015, X-ray right knee 3 views 7/9/2014, X-ray shoulder left 10/17/2014

## Medications
Active Medications:
1-amLODIPine 5 mg Tab (AMLODIPINE BESYLATE 5 MG TAB)  5 mg 1 tab Oral Daily-KOP KOP
aspirin 81 mg 1 tab Oral Daily-KOP KOP
1-atenolol 50 mg Tab (ATENOLOL 50 MG TABLET) 25 mg 0.5 tab Oral BID-KOP KOP
atorvastatin 20 mg 1 tab Oral Daily-KOP KOP
ibuprofen 600 mg 1 tab Oral TID-KOP KOP PRN: arthritis
levalbuterol 45 mcg/puff Aerosol 15 gm (Xopenex HFA 45 mcg/inh inhalation aerosol) 90 mcg 2 puff Oral 6x/day-KOP KOP PRN: shortness of breath or wheezing
losartan 25 mg 1 tab Oral Daily-KOP KOP
omeprazole 20 mg 1 cap Oral Daily-KOP KOP
1-sertraline 50 mg Tab (Zoloft) 50 mg 1 tab Oral Daily @ 12 DOT
1-tamsulosin 0.4 mg Cap (Flomax) 0.4 mg 1 cap Oral Daily-KOP KOP

nd: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

rt Request ID:  43498556                    Print Date/Time:  7/1/2021 14:38 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.

 CALIFORNIA CORRECTIONAL
# HEALTH CARE SERVICES


## Institutional Level Response

**Closing Date:** MAY 2 8 2021

**To:** RAMIREZ, SAUL (H84928)
D 007 3342001LP
California Men's Colony
P.O. Box 8101
San Luis Obispo, CA 93409-8101

**Tracking #:** CMC HC 21000361

### RULES AND REGULATIONS
The rules governing these issues are: California Code of Regulations, Title 15: Health Care Department Operations Manual; Mental Health Services Delivery System Program Guide; California Department of Corrections and Rehabilitation Department Operations Manual.

### HEALTH CARE GRIEVANCE SUMMARY
In your CDCR 602 HC, Health Care Grievance, you explained the decision, action, condition, omission, policy, or regulation that has had a material adverse effect upon your health or welfare for which you seek administrative remedy.

| Issue | Description |
|---|---|
| Issue: Referral ( Neurology ) | Specialty referral due to head, neck, shoulder, and arm pain. |

### INTERVIEW
On May 24, 2021, you were interviewed by G. Pahl, Health Care Appeals Registered Nurse, regarding this health care grievance. During the interview, you were allowed the opportunity to fully explain your health care grievance issue(s).

### INSTITUTIONAL LEVEL DISPOSITION

☐ No intervention.    ☒ Intervention.

### BASIS FOR INSTITUTIONAL LEVEL DISPOSITION
Your health care grievance package and health record, and all pertinent departmental policies and procedures were reviewed. These records indicate that you are enrolled in the Chronic Care Program, where your medical conditions and medication needs are closely monitored. Progress notes indicate there is a plan of care in place and the primary care provider has discussed the plan of care with you.

On May 14, 2021, the Health Care Appeals Registered Nurse contacted medical schedulers in order for you to be seen by a primary care provider as soon as possible. You were evaluated by a primary care provider on May 21, 2021. Progress notes show that your symptoms were improving, and that you have been utilizing a punching bag which may also aggravate your neck and shoulder. You have been prescribed ibuprofen and previously tried gabapentin to help alleviate pain. A primary care provider ordered new x-rays to be taken of your neck and shoulder, with a follow-up appointment planned once x-ray results are received.

Note 1: The institutional level review is based on records available as of the date the Institutional Level Response is signed by the reviewing authority.
Note 2: The closing date reflects the closed, mailed delivered date of the health care grievance.
Note 3: Permanent health care grievance document. Do not remove from the health care grievance package.

HEALTH CARE SERVICES                47

On February 25, 2021, a Request for Service order for neurosurgery evaluation was completed and subsequently approved. If the appointment does not take place within the timeframes outlined in the Health Care Department Operations Manual, Health Care Definitions, you may discuss your concerns with health care staff by utilizing the approved processes to access health care services in accordance with California Correctional Health Care Services policy.

The health and safety of our population is of critical importance to the California Department of Corrections and Rehabilitation and California Correctional Health Care Services. While our agency is working together to appropriately respond to the COVID-19 crisis, we will continue to provide urgent and emergent health care services. To reduce risks to both patients and staff, inmate movement will be minimized. In addition, some specialty and routine care may be delayed as a result of both internal redirections and external closures. All cancelled appointments will be rescheduled as soon as safely possible.

Your medical condition will continue to be monitored with care provided as determined medically or clinically indicated by the primary care provider. If you have additional health care needs, you may access health care services by utilizing the approved processes in accordance with California Correctional Health Care Services policy.

While the health care grievance process is a means of setting forth your health care concerns, it is not a substitute for direct communication about your health with your health care providers. You are encouraged to continue your care with your assigned health care providers and share with them new or additional clinical information about your conditions that you believe may affect your care. However, California law directs your health care providers to offer and provide only the care they determine to be currently medically or clinically necessary for you, in accordance with appropriate policies and procedures. Previous orders from other health care facilities or staff, input from health care consultants, and or your own personal preferences may be considered, but do not control the professional judgment of your current health care providers.

If you are dissatisfied with the Institutional Level Response, follow the instructions on the CDCR 602 HC, Health Care Grievance, and submit the entire health care grievance package for headquarters' level review. The headquarters' level review constitutes the final disposition on your health care grievance and exhausts your administrative remedies.

R-L for T. Macias SEO

T. Macias
Chief Executive Officer
California Men's Colony

5-27-21

Reviewed and Signed Date

---

Note 1:  The institutional level review is based on records available as of the date the Institutional Level Response is signed by the reviewing authority.

Note 2:  The closing date reflects the closed, mailed delivered date of the health care grievance.

Note 3:  Permanent health care grievance document.  Do not remove from the health care grievance package.



# CALIFORNIA CORRECTIONAL
# HEALTH CARE SERVICES



## Headquarters' Level Response

**Closing Date:**

AUG 1 2 2021

**To:** RAMIREZ, SAUL (H84928)
California Men's Colony
P.O. Box 8101
San Luis Obispo, CA 93409-8101

**From:** California Correctional Health Care Services
Health Care Correspondence and Appeals Branch
P.O. Box 588500
Elk Grove, CA 95758

Tracking #:    CMC HC 21000361

## RULES AND REGULATIONS

The rules governing these issues are: California Code of Regulations, Title 15; Health Care Department Operations Manual; Mental Health Services Delivery System Program Guide; California Department of Corrections and Rehabilitation Department Operations Manual.

## HEALTH CARE GRIEVANCE APPEAL SUMMARY

In your CDCR 602 HC, Health Care Grievance, you explained the decision, action, condition, omission, policy, or regulation that has had a material adverse effect upon your health or welfare for which you seek administrative remedy.

| Issue | Description |
|---|---|
| Issue:    Referral ( Neurology ) | Specialty referral due to head, neck, shoulder, and arm pain. |

## HEADQUARTERS' LEVEL DISPOSITION

[X] No intervention.    [ ] Intervention.

## BASIS FOR HEADQUARTERS' LEVEL DISPOSITION

Your health care grievance package and health record, and all pertinent departmental policies and procedures were reviewed. These records indicate the Institutional Level Response (ILR) appropriately addressed your grievance issue and is sustained at the headquarters' level. Consistent with the ILR, you were appropriately treated, evaluated, monitored and educated regarding your grievance issue consistent with the medical plan of care; and you are pending an appointment with Neurosurgery and primary care provider (PCP) follow up.

On July 29, 2021, you were seen by the PCP for various medical issues noting no questions or concerns related to your grievance issues at that time. You were instructed to make a follow-up appointment with any questions or concerns, or change in your symptoms by submitting a CDCR 7362, Health Care Services Request, which you voiced understanding.

---

Note 1:  The headquarters' level review is based on records available as of the date the Headquarters' Level Response is signed by the reviewing authority.
Note 2:  The closing date reflects the closed, mailed delivered date of the health care grievance.

California Correctional Health Care Services makes every effort to ensure patients receive timely access to the full range of necessary health care services. In order to improve the overall quality and efficiency of health care services and outcomes, California Correctional Health Care Services includes the appropriate personnel and organizational functions to identify and address barriers to care, including staffing, lockdowns, restricted movement, fog lines, and backlogs.

It is not appropriate to expand the health care grievance beyond the initial issue(s). The Health Care Correspondence and Appeals Branch has the discretion whether to address new issues; it has been determined the new issue(s), *you claim you need an updated Magnetic Resonance Imaging scan; stop denying, delaying, cancelling follow up medical treatment with the outside specialist, do not quarantine you as a reprisal for asking for help*, not included in the originally submitted CDCR 602 HC, Health Care Grievance, will not be addressed at the headquarters' level per California Code of Regulations, Title 15, Section 3999.230(i).

If you have additional health care needs, you may access health care services by utilizing the approved processes in accordance with California Correctional Health Care Services policy.

While the health care grievance process is a means of setting forth your health care concerns, it is not a substitute for direct communication about your health with your health care providers. You are encouraged to continue your care with your assigned health care providers and share with them new or additional clinical information about your conditions that you believe may affect your care. However, California law directs your health care providers to offer and provide only the care they determine to be currently medically or clinically necessary for you. In accordance with appropriate policies and procedures. Previous orders from other health care facilities or staff, input from health care consultants, and/or your own personal preferences may be considered, but do not control the professional judgment of your current health care providers.

This decision exhausts your administrative remedies.

Date:
2021.08.13
14:09:36 -07'00'

August 13, 2021

S. Gates, Chief
Health Care Correspondence and Appeals Branch
Policy and Risk Management Services
California Correctional Health Care Services

Reviewed and Signed Date

Note 1: The headquarters' level review is based on records available as of the date the Headquarters' Level Response is signed by the reviewing authority.
Note 2: The closing date reflects the closed, mailed delivered date of the health care grievance.

50

STATE OF CALIFORNIA
**HEALTH CARE GRIEVANCE**
CDCR 602 HC (Rev. 06/17)

DEPARTMENT OF CORRECTIONS AND REHABILITATION
Page 1 of 2

| STAFF USE ONLY | Expedited? ☐ Yes ☒ No | Institution: CMC | Tracking #: |
|---|---|---|---|

Tracking #: CMC HC 18000961

Staff Name and Title (Print): R. Reupold, RN    G. Pardew

Signature    Reupold R

Date: 7/16/2018   6/26/2018

If you think you have a medical, mental health or dental emergency, notify staff immediately. If additional space is needed, only one CDCR 602 HC A Health Care Grievance Attachment will be accepted. You must submit this health care grievance to the Health Care Grievance Office for processing. Refer to California Code of Regulations (CCR), Title 15, Section 3087 for further guidance with the health care grievance process.

Do not exceed more than one row of text per line. WRITE, PRINT, or TYPE CLEARLY in black or blue ink.

Name (Last, First, MI): Ramirez Saul M.

CDCR #: H-84928

Unit/Cell #: 8192

**SECTION A:** Explain the decision, action, condition, omission, policy, or regulation that has had a material adverse effect upon your health and welfare for which you seek administrative remedy.

ON 6-21-2018 I saw DR collins Aaron for a follow up on my Left Knee for a possible large meniscus Tear this was also recommended as a follow up by DR Griffin and I talked to the orthopedic specialist DR [illegible] a Term. [illegible] was done DR collins had given me a 6 mo Th medical Hold and in 6-2018 he Tear away This medical Hold I Told him That CCI Gomes wanted To Transfer me but That if I gotten a medical Hold he DR collins he would leave me at CMC To finish out Left Knee surgery DR collins Denied me The medical Hold he said he would

*If you need more space, use Section A of the CDCR 602 HC A*

☒ Supporting Documents: Refer to CCR 3087.2. List supporting documents attached: Left Knee MRI at 10-15-2015 also see Left Knee X ray of 5-14-2018

☐ No, I have not attached any supporting documents. Reason:

Grievant Signature: Saul Ramirez

Date Submitted: 6-22-2018

BY PLACING MY INITIALS IN THIS BOX, I REQUEST TO RECEIVE AN INTERVIEW AT THE INSTITUTIONAL LEVEL. [ ]

HEALTH CARE GRIEVANCE REVIEW INSTITUTIONAL LEVEL: Staff Use Only

Is a CDCR 602 HC A attached? ☒ Yes   ☐ No

This grievance has been:

☒ Rejected (See attached letter for instruction): Date: 6/27/18   Date:

☐ Withdrawn (see section C)

☐ Accepted    Assigned To: HCARN    Title:    Date Assigned: 7/25    Date Due: 9/27/18

Interview Conducted? ☐ Yes ☒ No    Date of interview: N/a    Interview Location: N/a

Interviewer Name and Title (print): N/a    Signature: N/a    Date: N/a

Reviewing Authority Name and Title (print): T. Meeks    Signature: [signature]    Date: 8/27/18

Disposition: See attached letter    ☐ Intervention    ☐ No Further Intervention    ☒ No Intervention

*If dissatisfied with Institutional Level Response, complete Section B.*

HCGO Use Only: Date closed and mailed/delivered to grievant: 8/27/18

| 1. Disability Code: | 2. Accommodation: | 3. Effective Communication: |
|---|---|---|
| ☐ TABE score ≤ 4.0 | ☐ Additional time | ☐ Patient asked questions |
| ☐ DPH ☐ DPV ☐ LD | ☐ Equipment ☐ SLI | ☐ Patient summed information |
| ☐ DPS ☐ DNH | ☐ Louder ☐ Slower | Please check one: |
| ☐ DDP | ☐ Basic ☐ Transcribe | ☐ Not reached* ☐ Reached |
| ☐ Not Applicable | ☐ Other* | *See chrono/notes |

4. Comments: Tabe 5 (6 - no interview)

RECEIVED   JUN 2 5 2018   STAFF USE ONLY   Health Care Appeals

COMPLETED   CMC   RECEIVED   AUG 27 2018   HCCAB   SEP 0 4 2018   HCGO

COPY TO Lawyers.

STATE OF CALIFORNIA
HEALTH CARE GRIEVANCE
CDCR 602 HC (Rev. 06/17)

DEPARTMENT OF CORRECTIONS AND REHABILITATION
Page 2 of 2

Tracking #: CMC HC 1800096

| SECTION B: | Health Care Grievance Appeal. If you are dissatisfied with the Institutional Level Grievance Response, explain the reason below (if more space is needed, use Section B of the CDCR 602 HC A), and submit the entire health care grievance package by mail for Headquarters' (HQ) Level health care grievance appeal review. Mail to: Health Care Correspondence and Appeals Branch, P.O. Box 588500, Elk Grove, CA 95758. |
|---|---|

dissatisfied DR. collins and DR. Griffin said They were going To follow up on my left knee after my Right knee and now your not keeping your word you want custody To Transfer me cut so you wonThaveTo pay for my left knee surgery. I have been waiting for years I need this exTeded medical Hold To finish my surgeries

Grievant Signature: _____  Date Submitted: 8-29-2018

HEALTH CARE GRIEVANCE APPEAL REVIEW HQ LEVEL! Staff Use Only    Is a CDCR 602 HC A attached?  ☑ Yes   ☐ No

This grievance has been:

Rejected (See attached letter for instruction):    Date: _____    Date: _____

Withdrawn (see section C)

Accepted

Interview Conducted?   ☐ Yes  ☐ No    Date of Interview _____    Interview Location: _____

Reviewer Name and Title (print): _____    Signature: _____    Date: _____

Disposition: See attached letter    ☐ Intervention    ☐ No Further Intervention    ☑ No Intervention

This decision exhausts your administrative remedies.

Staff Use Only: Date closed and mailed/delivered to grievant NOV 1 5 2018

| SECTION C: | Grievant requests to WITHDRAW health care grievance: I request that this health care grievance be withdrawn from further review. Reason: |
|---|---|

Grievant Signature: _____    Date Submitted: _____

Staff Name and Title (Print): _____    Signature: _____    Date: _____

COMPLETED
HCCAB
NOV 15 2018

STAFF USE ONLY

Distribution: Original - Returned to grievant after completed; Scanned Copy - Health Care Appeals and Risk Tracking System 2.0 (Do not place in central file or health record)

Unauthorized collection, creation, use, disclosure, modification or destruction of personally identifiable information and/or protected health information may subject individuals to civil liability under applicable federal and state laws.

STATE OF CALIFORNIA
**HEALTH CARE GRIEVANCE ATTACHMENT**
CDCR-0602-HC A (06/17)

DEPARTMENT OF CORRECTIONS AND REHABILITATION
Page 1 of 2

**STAFF USE ONLY**

Institution:                Tracking #:

Cmc HC 18000961

Attach this form to the CDCR 602 HC, Health Care Grievance, only if more space is needed. Only one CDCR 602 HC A may be used.
**Do not exceed more than one row of text per line. WRITE, PRINT, or TYPE CLEARLY in black or blue ink.**

| Name (Last, First, MI): Ramirez Saul M. | CDCR Number: H-84928 | Unit/Cell Number: 8192 |
|---|---|---|

**SECTION A** — Continuation of CDCR 602 HC, Health Care Grievance, Section A only (Explain the decision, action, condition, omission, policy or regulation that has had a material adverse effect upon your health and welfare for which you seek administrative remedy):

his supervisor The female lady and the CME CMO J Haar would denie me also. And That get my fallow up surgery aT another prison. I have waited 6 years & This vation ___ and DR cell ___ infliction ___ knee That its worsening This is cruel and unusual punishment when DRS cT cmc use custody. To Transfer inmate out so they want have To give inmate Their needed surgeries. This is Their policy Tactic To Denie delay and inflicT cruel and unusual punishment That worsens and dissables and inmate see attached LefT knee mRI of 10-15-2015. I make cmc DR Aaron collins and his supervisor and The cmo Responsible for my worsening of my knee ThaTs its Dissabling me. I request a medical Hold Till I geT my LefT knee surgery and To exhansis remedies for futur Lawsuit.

Grievant Signature: Saul R amiru                Date Submitted: 6-22-2018

**SECTION B:** Continuation of CDCR 602 HC, Health Care Grievance Appeal, Section B only (Dissatisfied with Health Care Grievance Response):

same

Grievant Signature: RECEIVED Saul R amiru                Date Submitted: 8-29-2018

JUN 25 2018
Health Care Appeals

STAFF USE ONLY

COMPLETED HCCAP
NOV 15 2018

RECEIVED
HCCAB
SEP 04 2018

copy To Lawyers                52

STATE OF CALIFORNIA
**HEALTH CARE GRIEVANCE ATTACHMENT**
CDCR-0602-HC A (06/17)

DEPARTMENT OF CORRECTIONS AND REHABILITATION
Page 2 of 2

Tracking #: CMC HC 1800961

| STAFF USE ONLY | Grievants do not write in this area. Grievance Interview Clarification. Document issue(s) clarified during interview |
|---|---|

Staff Name and Title: _____

Signature: _____     Date: _____

STAFF USE ONLY

Distribution: **Original** - Returned to grievant after completed, **Scanned Copy** - Health Care Appeals and Risk Tracking System 2.0 (Do not place in central file or health record)

*Unauthorized collection, creation, use, disclosure, modification or destruction of personally identifiable information and/or protected health information may subject individuals to civil liability under applicable federal and state laws.*

 HEALTH CARE SERVICES

Mule Creek State Prison

Name: **SAUL RAMIREZ**
DOB: 5/27/1960
Exam Name: MRI KNEE LEFT W/O CONTRAST | 73721
Age: 57Y 4M
Primary Care Provider:
Ordering Provider: J. Jackson, MD

Patient ID: 11696551
Secondary ID: H84928

Exam Date: 10/15/2015 09:14 AM

## MRI KNEE LEFT W/O CONTRAST

Clinical History: Left knee injury, locking in extended position.

TECHNIQUE: The following pulse sequences were acquired of the left knee: fat saturated fast spin echo proton density sagittal, spin echo T1 coronal, fat saturated fast spin echo proton density coronal, and fat saturated fast spin echo proton density axial.

Comparison: Left knee x-ray of May 14, 2015

Findings:

Menisci: There is a large tear involving the body of the medial meniscus with displaced meniscus tissue within the meniscotibial recess. A small underside component extends to the junction of the posterior horn and body. The lateral meniscus is intact.

Ligaments: The anterior and posterior cruciate ligaments are normal. The superficial and deep medial ligaments are intact and there is no periligamentous edema. The lateral collateral ligament and the remainder of the posterolateral corner structures are intact.

Extensor mechanism: The distal quadriceps and patellar tendons are intact and there is no retinacular disruption.

Fluid: Small joint effusion is present.

Osseous structures/articular structures: No fractures or regions of abnormal bone marrow signal intensity are present. Partial-thickness chondromalacia affects the patellofemoral joint and medial compartment. No full-thickness defect. Unfused anterior tibial tuberosity ossification centers are present.

Impression:
1. Medial meniscus tear.
2. No cruciate or collateral ligament tears.
3. Partial-thickness chondromalacia of the medial compartment and patellofemoral joint.

**Report Electronically Signed by:** R WATERS MD
**Report Electronically Signed on:** 10/15/2015 09:38 AM

RECEIVED

JUN 2 5 2018

Health Care Appeals

RECEIVED
HCCAB
SEP 0 4 2018

Offender Details

Version 4.6.1.1

**Release Note**

| Summary | Bed Inventory | ADA/EC History |

Generate Reports / Get Help / Report a Problem Log Ot

CDC # : [H84928]  [Search]      CDC Number: H84928, RAMIREZ, SAUL MIRANDA

## Summary

### Offender/Placement

| | |
|---|---|
| CDC #: | H84928 |
| Name: | RAMIREZ, SAUL MIRANDA |
| Institution: | California Men's Colony |
| Bed Code: | D 008 1192001L |
| Placement Score: | 19 |
| Custody Level: | Medium A |
| Housing Pgm: | EOP - Enhnced Out-Pt Prog |
| Housing Restrictions: | Ground Floor-Limited Stairs, Lower/Bottom Bunk Only |
| Physical Limitations to Job/Other: | Lifting Restriction-Unable to Lift more than 15 Pounds, TEMPORARY 07-14-2018 Months |

### Disability/Assistance

| | |
|---|---|
| DPP Code: | NCF |
| Effective Date: | 05/02/2003 |
| DPP Codes: | DNM (History) |
| 1845 Date: | 04/23/2018 |
| MHSDS Code: | EOP |
| SLI: | |
| Primary Method: | |
| Alternate Method: | |
| Learning Disability: | |
| TABE Score: | 5.6 |
| TABE Date: | 03/06/2012 |
| Durable Medical Equipment: | Cane, C-PAP Machine, Mobility Vest, Eye Glasses, Knee Braces, Shoes, Walker [Info] |
| Last Accomm: | Read/Speak Slowly/Use Simple Language, **Staff Assistance, Wheelchair** |
| Spoken Languages: | |

### Important Dates

| | |
|---|---|
| Pending Revocation: | No |
| Revocation Date: | |
| Date Received in CDCR: | 07/19/1993 |
| Last Return Date: | |
| Extended Stay Date: | 10/17/1993 |
| Extended Stay Privileges? | |
| Release Date: | 06/23/2003 |
| 120 Day Date: | 02/23/2003 |
| Next IDST Date: | |

### Work/Vocation/PIA

1

| | |
|---|---|
| Group Priv: | |
| Group Work: | |
| Start Date: | |
| Status: | |
| Job Position: | |
| Job Title: | |
| IWTIP Code: | |
| IWTIP Description: | |
| Regular Day Off: | |
| Work Hours: | |

### Accommodation History

| Date | Type | Accommodation |
|---|---|---|
| 03/05/2015 | Classification Hearing | Read/Speak Slowly/Use Simple Language, Staff Assistance, Wheelchair |
| 07/01/2014 | Classification Hearing | Cane, Walker |
| 05/23/2011 | Clinician Interview | Read/Speak Slowly/Use Simple Language |
| 05/27/2010 | Suitability | No Accommodation |
| 11/25/2008 | Suitability | No Accommodation |


RECEIVED
HCCAB
SEP 0 4 2018

http://decinternal/dppv.aspx

6/25/2018

 CALIFORNIA CORRECTIONAL
# HEALTH CARE SERVICES



## Institutional Level Rejection Notice

**Date:**      6/27/18

**To:**        RAMIREZ, SAUL. (H84928)
               # D 008 1192001L
               California Men's Colony
               P.O. Box 8101
               San Luis Obispo, CA 93409-8101

**Tracking #:**    CMC HC 18000961

Your health care grievance submitted for institutional level review does not comply with health care grievance procedures established in California Code of Regulations Title 15, Section 3087, and is rejected for the following reason(s):

**General Allegation:** California Code of Regulations, Title 15, subsection 3087.2(a) states, "The grievant is limited to the use of one CDCR 602 HC to describe the specific complaint that relates to their health care which they believe has a material adverse effect on their health or welfare, and one CDCR 602 HC A, if additional space is needed."

Review of your medical record reveals you were seen on 6/21/18 for a new arrival appointment. There is no indication that you requested a medical hold or denied a medical hold. In addition, there is no reference to a previous medical hold. You are encouraged to submit a healthcare services request form 7362 to specifically request a medical hold. Once denied, then you can appeal.

Describe the specific complaint that relates to your health care which you believe has a material adverse effect on your health or welfare.

Take the necessary corrective action provided in this notice, and resubmit the health care grievance within 30 calendar days.

RECEIVED
HCCAB
SEP 0 4 2018

Health Care Grievance Office Representative
California Men's Colony      To: H.C.G. office oN 7-12-18 I Saw The nursa She Talked
To DR. collins and DR. collins said That Per policy I was noT getting a medical Hold
unless DR. Kowall schedules me for Left knee surgery. please see ATTached cDcR
7362. proof That I Tried again To resolve problem but To no avail. my adverse
effect on my health or welfare is That I already am mobility impaired and
The more delay for surgery or cure will Tear more my miniscus causing injury
To my Ligaments. so please process Thank you! Saul Ramirez July 12, 2018

---

Note: Permanent health care grievance document. Do not remove from the health care grievance package.

CALIFORNIA CORRECTIONAL
**HEALTH CARE SERVICES**                   55

Version 4.7

DECS will be unavailable on Monday, August 27, 2018 5:00PM to 9:00PM for the DECS 4.7.1 deployment.

Summary | Bed Inventory | ADA/EC History

Generate Reports / Get Help / Report a Problem  Log Ou

CDC # : [ H84928 ]  [ Search ]          CDC Number: H84928, RAMIREZ, SAUL MIRANDA

## Summary

### Offender/Placement

| | |
|---|---|
| CDC #: | H84928 |
| Name: | RAMIREZ, SAUL MIRANDA |
| Institution: | California Men's Colony |
| Bed Code: | D 00S 1192001L |
| Placement Score: | 19 |
| Custody Level: | Medium A |
| Housing Pgm.: | EOP - Enhncd Out-Pt Prog |
| Housing Restrictions: | Ground Floor-Limited Stairs, Lower/Bottom Bunk Only |
| Physical Limitations to Job/Other: | Lifting Restriction-Unable to Lift more than 19 Pounds, No Rooftop Work, TEMPORARY 09-15-2018 Months |

### Disability/Assistance

| | |
|---|---|
| DDP Code: | NCF |
| Effective Date: | 05/02/2003 |
| DPP Codes: | DLT [History] |
| 1845 Date: | 07/18/2018 |
| MHSDS Code: | EOP |
| SU: | |
| Primary Method: | |
| Alternate Method: | |
| Learning Disability: | |
| TABE Score: | 5.6 |
| TABE Date: | 03/06/2012 |
| Durable Medical Equipment: | Cane, C-PAP Machine, Mobility Vest, Eye Glasses, Knee Braces, Shoes, Walker [Info] |
| Last Accomm: | Read/Speak Slowly/Use Simple Language, Staff Assistance, Wheelchair |
| Spoken Languages: | |

### Important Dates

| | |
|---|---|
| Pending Revocation: | No |
| Revocation Date: | |
| Date Received in CDCR: | 07/19/1993 |
| Last Return Date: | |
| Extended Stay Date: | 10/17/1993 |
| Extended Stay Privileges? | |
| Release Date: | 06/23/2003 |
| 120 Day Date: | 02/23/2003 |
| Next IDST Date: | |

### Work/Vocation/PIA

1

| | |
|---|---|
| Group Priv: | |
| Group Work. | |
| Start Date: | |
| Status: | |
| Job Position: | |
| Job Title: | |
| IWTIP Code: | |
| IWTIP Description: | |
| Regular Day Off: | |
| Work Hours: | |

### Accommodation History

| Date | Type | Accommodation |
|---|---|---|
| 03/05/2015 | Classification Hearing | Read/Speak Slowly/Use Simple Language, Staff Assistance, Wheelchair |
| 07/01/2014 | Classification Hearing | Cane, Walker |
| 05/23/2011 | Clinician Interview | Read/Speak Slowly/Use Simple Language |
| 05/27/2010 | Suitability | No Accommodation |
| 11/25/2008 | Suitability | No Accommodation |

RECEIVED
HCCAB
SEP 0 4 2018

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

## HEALTH CARE SERVICES REQUEST FORM

DEPARTMENT OF CORRECTIONS

### PART I:  TO BE COMPLETED BY THE PATIENT

*A fee of $5.00 may be charged to your trust account for each health care visit.*

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

RECEIVED
HCCAB
SEP 0 4 2018

| REQUEST FOR: | MEDICAL ☐ | MENTAL HEALTH ☐ | DENTAL ☐ | MEDICATION REFILL ☐ |
|---|---|---|---|---|

| NAME Ramirez, Saul | CDC NUMBER H-74972 | HOUSING 819 |
|---|---|---|

| PATIENT SIGNATURE Saul Ramirez | DATE 7-5-2018 |
|---|---|

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem)

*NOTE:  IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM*

### PART III:  TO BE COMPLETED AFTER PATIENT'S APPOINTMENT

☐ Visit is not exempt from $5.00 copayment.  (Send pink copy to Inmate Trust Office.)

**CDC 7362 (Rev. 03/04)**    Original - Unit Health Record    Yellow - Inmate (if copayment applicable)    Pink - Inmate Trust Office (if copayment applicable)    Gold - Inmate

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

**HEALTH CARE SERVICES REQUEST FORM**

DEPARTMENT OF CORRECTIONS

RECEIVED

HCCAB

SEP 04 2018

## PART I: TO BE COMPLETED BY THE PATIENT

*A fee of $5.00 may be charged to your trust account for each health care visit.*

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

| REQUEST FOR: | MEDICAL ☐ | MENTAL HEALTH ☐ | DENTAL ☐ | MEDICATION REFILL ☐ |
|---|---|---|---|---|

| NAME | CDC NUMBER | HOUSING |
|---|---|---|
| Ramirez Saul | H-84929 | 8192 |

| PATIENT SIGNATURE | DATE |
|---|---|
| Saul Ramirez | 7-10-2018 |

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem)

*NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM*

## PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT

☐ Visit is not exempt from $5.00 copayment. (Send pink copy to Inmate Trust Office.)

**CDC 7362 (Rev. 03/04)**    Original - Unit Health Record    Yellow - Inmate (if copayment applicable)    Pink - Inmate Trust Office (if copayment applicable)    Gold - Inmate

58



# CALIFORNIA CORRECTIONAL
# HEALTH CARE SERVICES



## Institutional Level Response

**Closing Date:**    08/27/2018

**To:**    RAMIREZ, SAUL (H84928)
D  008 1192001L
California Men's Colony
P.O. Box 8101
San Luis Obispo, CA 93409-8101

**Tracking #:**  CMC HC 18000961

### RULES AND REGULATIONS

The rules governing these issues are: California Code of Regulations, Title 15: Inmate Medical Services Policies and Procedures; Inmate Dental Services Program Policies and Procedures; Mental Health Services Delivery System Program Guide; Department Operations Manual.

### HEALTH CARE GRIEVANCE SUMMARY

In your CDCR 602 HC, Health Care Grievance, you explained the decision, action, condition, omission, policy, or regulation that has had a material adverse effect upon your health or welfare for which you seek administrative remedy.

| Issue | Description |
|---|---|
| Issue:    Transfers ( Medical Hold ) | New Arrival - Request Medical Hold |

### INTERVIEW

Pursuant to California Code of Regulations, Title 15, Section 3999.228(f)(1), a face-to-face interview was not conducted as you did not request one by initialing the appropriate box on the CDCR 602 HC, Health Care Grievance.

### INSTITUTIONAL LEVEL DISPOSITION

[X] No intervention.    [  ] Intervention.

### BASIS FOR INSTITUTIONAL LEVEL DISPOSITION

Your health care grievance package and health record, and all pertinent departmental policies and procedures were reviewed. These records indicate you have recovered from a total right knee replacement surgery. And this took precedence over your left knee. You have an appointment scheduled with Physical Medicine and Rehabilitation (PM&R) in the next few months to evaluate your left knee and make a treatment plan. A medical hold is not indicated for your left knee issues. You have a temporary medical hold for you right knee pending a follow up appointment with the surgeon. You have a prescription for Ibuprofen, Tylenol, and Capsaicin ointment which you can use for pain from your left knee. You have a cane to assist with walking.

---

Note 1:  The institutional level review is based on records available as of the date the Institutional Level Response is signed by the reviewing authority.
Note 2:  The closing date reflects the closed, mailed/delivered date of the health care grievance.
Note 3:  Permanent health care grievance document.  Do not remove from the health care grievance package.

CALIFORNIA CORRECTIONAL
**HEALTH CARE SERVICES**

RECEIVED
HCCAB
SEP 0 4 2018



# CALIFORNIA CORRECTIONAL
# HEALTH CARE SERVICES



## Headquarters' Level Response

**Closing Date:**     NOV 1 5 2018

**To:**     RAMIREZ, SAUL (H84928)
California Men's Colony
P.O. Box 8101
San Luis Obispo, CA 93409-8101

**From:**     California Correctional Health Care Services
Health Care Correspondence and Appeals Branch
P.O. Box 588500
Elk Grove, CA 95758

**Tracking #:**     CMC HC 18000961

### RULES AND REGULATIONS
The rules governing these issues are: California Code of Regulations, Title 15; Inmate Medical Services Policies and Procedures; Inmate Dental Services Program Policies and Procedures; Mental Health Services Delivery System Program Guide; Department Operations Manual.

### HEALTH CARE GRIEVANCE APPEAL SUMMARY
In your CDCR 602 HC, Health Care Grievance, you explained the decision, action, condition, omission, policy, or regulation that has had a material adverse effect upon your health or welfare for which you seek administrative remedy.

| Issue | Description |
|---|---|
| Issue:   Transfers (Medical Hold) | Medical hold until completion of left knee surgery. |

### HEADQUARTERS' LEVEL DISPOSITION

[X] No intervention.      [ ] Intervention.

### BASIS FOR HEADQUARTERS' LEVEL DISPOSITION
Your health care grievance package, health record, and all pertinent departmental policies and procedures were reviewed. These records indicate you have received primary care provider evaluation and monitoring for your history of left knee injury.

The primary care provider completed assessments, noted review of your history, current symptoms, and laboratory/imaging results, and developed a plan of care, including medications for pain management, a knee brace, and recent evaluation by the physical medicine and rehabilitation specialist who recommended an MRI of your left knee to determine if surgery is required. The MRI has been approved and is currently pending scheduling.

---

Note 1: The headquarters' level review is based on records available as of the date the Headquarters' Level Response is signed by the reviewing authority.
Note 2: The closing date reflects the closed, mailed/delivered date of the health care grievance.

CALIFORNIA CORRECTIONAL
HEALTH CARE SERVICES

61

P.O. Box 588500
Elk Grove, CA 95758

While the health care grievance process is a means of setting forth your health care concerns, it is not a substitute for direct communication about your health with your health care providers. You are encouraged to continue your care with your assigned health care providers and share with them new or additional clinical information about your conditions that you believe may affect your care. However, California law directs your health care providers to offer and provide only the care they determine to be currently medically or clinically necessary for you, in accordance with appropriate policies and procedures. Previous orders from other health care facilities or staff, input from health care consultants, and/or your own personal preferences may be considered, but do not control the professional judgment of your current health care providers.

If you are dissatisfied with the Institutional Level Response, explain the reason in Section C of the CDCR 602 HC, Health Care Grievance, and submit the entire health care grievance package for headquarters' level review. The headquarters' level review constitutes the final disposition on your health care grievance and exhausts your administrative remedies.

T. Macias
Chief Executive Officer
California Men's Colony

8/27/18

Reviewed and Signed Date

RECEIVED
HCCAB
SEP 0 4 2018

Note 1: The institutional level review is based on records available as of the date the Institutional Level Response is signed by the reviewing authority.
Note 2: The closing date reflects the closed, mailed/delivered date of the health care grievance.
Note 3: Permanent health care grievance document. Do not remove from the health care grievance package.

CALIFORNIA CORRECTIONAL
HEALTH CARE SERVICES

69

S.RAMIREZ, H84928
CMC HC 18000961
Page 2 of 2

Your current CDCR 128-C3, Medical Classification Chrono, reflects a temporary medical hold related to your right total knee replacement, which your provider noted took precedence over the left knee injury. The primary care provider did not document current medical indication for a medical hold related to your left knee injury.

You are enrolled in the Chronic Care Program, where your medical conditions and medication needs are closely monitored. Progress notes indicate there is a plan of care in place and the primary care provider (PCP) has discussed the plan of care with you.

Your medical condition will continue to be monitored with care provided as determined medically or clinically indicated by the primary care provider. If you have additional health care needs, you are advised to utilize approved processes to access health care services in accordance with California Correctional Health Care Services policy.

California Correctional Health Care Services health care providers are trained to treat multiple types of pain in a systematic, step-wise approach based on comprehensive assessment and planning, as outlined in the California Correctional Health Care Services Care Guide: Pain Management. Complete pain relief is not a realistic goal. The goal is to reduce pain and improve function while avoiding significant side effects and risks associated with stronger pain medications or surgery. The assessment and monitoring of your pain is an ongoing process.

While the health care grievance process is a means of setting forth your health care concerns, it is not a substitute for direct communication about your health with your health care providers. You are encouraged to continue your care with your assigned health care providers and share with them new or additional clinical information about your conditions that you believe may affect your care. However, California law directs your health care providers to offer and provide only the care they determine to be currently medically or clinically necessary for you, in accordance with appropriate policies and procedures. Previous orders from other health care facilities or staff, input from health care consultants, and/or your own personal preferences may be considered, but do not control the professional judgment of your current health care providers.

This decision exhausts your administrative remedies.

_____
S. Gates, Chief
Health Care Correspondence and Appeals Branch
Policy and Risk Management Services
California Correctional Health Care Services

11/1/18
_____
Reviewed and Signed Date

Note 1: The headquarters' level review is based on records available as of the date the Headquarters' Level Response is signed by the reviewing authority.

Note 2: The closing date reflects the closed, mailed/delivered date of the health care grievance.

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS AND REHABILITATION

**REASONABLE ACCOMMODATION REQUEST**
CDCR 1824 (Rev. 09/17)

Page 1 of 1

| INSTITUTION (Staff use only) **CMC-E** | LOG NUMBER (Staff Use Only) **20-01986** | DATE RECEIVED BY STAFF: **SEP 21 2020** |
|---|---|---|

**\*\*\*\*\*\*\*\*\*\*\*TALK TO STAFF IF YOU HAVE AN EMERGENCY\*\*\*\*\*\*\*\*\*\***
DO NOT use a CDCR 1824 to request health care or to appeal a health care decision. This may delay your access to health care. Instead, submit a CDC 7362 or a CDCR 602-HC

CMC APPEALS OFFICE

| INMATE'S NAME (Print) Saul Ramirez | CDCR NUMBER H-84928 | ASSIGNMENT | HOUSING 7342 |
|---|---|---|---|

INSTRUCTIONS:
- You may use this form if you have a physical or mental disability or if you believe you have a physical or mental disability
- You may use this form to request a specific reasonable accommodation which, if approved, will enable you to access and/or participate in a program, service or activity. You may also use this form to submit an allegation of disability-based discrimination.
- Submit this form to the Custody Appeals Office.
- The 1824 process is intended for an individual's accommodation request. Each individual's request requires a case-by-case review
- The CDCR 1824 is a request process, not an appeal process. All CDCR 1824 requests will receive a response.
- If you have received an 1824 decision that you disagree with, you may submit an appeal (CDCR 602, or CDCR 602-HC if you are disagreeing with a medical diagnosis/treatment decision).

**WHAT CAN'T YOU DO / WHAT IS THE PROBLEM?**
CCI Zelaya and committee custody are forcing me a 60 year old man To work and go To Education school she says I can hold a broom. I Told custody that I am ADA mobility impaired and that The screws in my back are loosing and giving me lots of pain and that I also have Two bad knees That hurt me. I am EOP level of care and this pain and suffering is hurting my mental illness and stressing me out and depressing my mind. I cant work or go To school Till Doctors fix me.

**WHY CAN'T YOU DO IT?**
On 2017 I hurt my back again as a porter in Building 8 lifting up a bucket of water after my back surgery. I was Taken off The job and again cci Zelaya put me To work as a porter in The chapel and I could not work and now cci Zelaya puts me up for work in 2020 when my pedicle screw in my back is loosing and hurting me see cT scan on my back Taken 1-27-2020 and x ray 12-6-19. also see MRI on Left knee 11-15-18 and Right knee see cT scan on my back Taken 1-27-2020 and x ray 12-6-19.

**WHAT DO YOU NEED?**
I need cci Zelaya and committee To sTop forcing an elderly man That is ADA mobility impaired To work untill The back specialist Doctor fix The scews a Rod in my back and Till I geT both my knees fixed because this is Tormenting me and inflicting more pain and suffering on me forcing me To work like This. I also need To Lie in my bed to ease off my back and knee pain and if I'm sitting in school They wont let me go home To Lie down for pain relieve. This is Attacking my mental illness and pushing me To the ege. I need CDCR sacramento To Interveen because custody dont care about forcing me To work and pain and suffering. *(Use the back of this form if more space is needed)*

| DO YOU HAVE DOCUMENTS THAT DESCRIBE YOUR DISABILITY? | Yes ☒  No ☐  Not Sure ☐ |
|---|---|

List and attach documents, if available:
See ATTached OP yeh medical RepoRT 8-8-2017 iT has goTTen worse, see cT scan 1-27-2020 on my back. See Left knee MRI of 11-15-2018 and RightKnee replacement that hurts me alot. see sych report

I understand that staff have a right to interview or examine me, and my failure to cooperate may cause this request to be disapproved

_Saul Ramirez_
INMATE'S SIGNATURE

9-20-2020
DATE SIGNED

Assistance in completing this form was provided by:

| Last Name | First Name | Signature |
|---|---|---|

Copy To Lawyer
Copy To medical board.

63

ATTACHED BY INMATE

MRN. H8492(
FIN 10000000311696551H8492(

Patient Name. RAMIREZ, SAUL MIRANDA
Date of Birth: 5/27/1960 00:00 PDT

* Auth (Verified) *

athena                     8/8/2017 9:26:05 PM    PAGE    4/005
CENTRAL COAST NEUROLOGICAL SURGERY, PC • 1531 HIGUERA STREET, SAN LUIS OBISPO CA 93401-2917

## RAMIREZ, SAUL (id #1657, dob: 05/27/1960)

abnormalities, and no teeth problems. He reports no abdominal pain, no vomiting, normal appetite, no diarrhea, not vomiting blood, no dyspepsia, and no GERD. He reports no incontinence, no difficulty urinating, no hematuria, and no increased frequency. He reports no abnormal mole, no jaundice, no rashes, and no laceration. He reports no loss of consciousness, no weakness, no numbness, no seizures, no dizziness, and no headaches. He reports no swollen glands and no bruising. He reports no runny nose, no sinus pressure, no itching, no hives, and no frequent sneezing.
**Additionally reports:**

## Physical Exam

Patient is a 57-year-old male.

**Constitutional:** Weight: well-nourished; overweight. Ambulation: ambulates independently.

**Head:** Size/Trauma: normocephalic and atraumatic.

**Mental Status:** Orientation oriented to person, place, problem, and time. Mood/Affect: appropriate mood and affect. Language: can appropriately name objects, does not repeat phrases, and has spontaneous speech. Memory: recent memory intact and remote memory intact. Fund of Knowledge: current events and past history.

**Neck:** Appearance/Palpation/Auscultation: supple and no carotid bruits.

**Skin:** Inspection: no cyanosis, jaundice, lesions, rashes, or tattoos. Extremity Edema Right none. Extremity Edema Left none.

**Cranial Nerves:** CN II Right: pupil normal size. CN II Left: pupil normal size. CN III, IV, VI: no nystagmus, extraocular muscle strength normal, and normal ocular motility pursuits. CN V Right: normal sensation. CN V Left: normal sensation. CN VII Right: normal facial expression. CN VII Left: normal facial expression. CN VIII Right: normal hearing to finger rub. CN VIII Left: normal hearing to finger rub. CN IX, X: normal swallowing and palatal movement. CN XI Right: normal sternocleidomastoid and trapezii. CN XI Left: normal sternocleidomastoid and trapezii. CN XII: no tremors of the tongue or fasciculation of the tongue and tongue protrudes midline.

**Spine:** Cervical Spine: FROM and no tenderness. Back: no spasms or bony abnormalities and normal curvature and decreased ROM; lumbar incision scar is very well healed.

**Motor Exam:** Right Upper Extremity: normal bulk and tone. Left Upper Extremity: normal bulk and tone. Right Shoulder Strength: FROM, abduction 5/5, internal rotation 5/5, and external rotation 5/5. Left Shoulder Strength: FROM, abduction 5/5, internal rotation 5/5, and external rotation 5/5. Right Elbow Strength: FROM, flexion 5/5, extension 5/5, and pronation 5/5. Left Elbow Strength: FROM, flexion 5/5, extension 5/5, and pronation 5/5. Right Wrist: FROM, flexion 5/5, and extension 5/5. Left Wrist: FROM, flexion 5/5, and extension 5/5. Right Hand: FROM and hand grip 5/5. Left Hand: FROM and hand grip 5/5. Right Lower Extremity: normal bulk. Left Lower Extremity: normal bulk. Right Hip: FROM, flexion 5/5, abduction 5/5, and adduction 5/5. Left Hip: FROM, flexion 5/5, abduction 5/5, and adduction 5/5. Right Knee: FROM, flexion 5/5, and extension 5/5. Left Knee: FROM, flexion 5/5, and extension 5/5. Right Ankle: FROM, plantar flexion 5/5, and dorsiflexion 5/5. Left Ankle: FROM, plantar flexion 5/5, and dorsiflexion 5/5. Right Great Toe Strength: extension 5/5. Left Great Toe Strength: extension 5/5.

**Reflexes:** Reflexes Right: biceps 2/4, triceps 2/4, brachial radialis 2/4, and patellar 2/4. Reflexes Left: biceps 2/4, triceps 2/4, brachial radialis 2/4, and patellar 2/4. Hoffmans Reflex Right: absent. Hoffmans Reflex Left: absent. Coordination: no clonus or pronator drift. Sensation: normal position and light touch; numbness at the right knee replacement site. Gait/Posture: mildly limping gait.

marked improvement in ambulation and the strength in the right leg DF and PF

there is pain to external rotation of the right leg stressing the hip joint

## Assessment / Plan

Lumbar listhesis, stenosis with radiculopathy R> L S/P right L4/5/S1 laminectomy, diskectomy and interbody fusion with pedicle screw and rod.

He is progressing very well with this surgery. I feel the hip pain may be related to the intrinsic disease of the hip. He does have degenerative knee disease as well and reports he is scheduled to revision and replacement.

Consider MRI of the right hip and right hip injection for diagnosis and treatment. Encouraged weight loss which can really help him.

ATTACHED BY INMATE

Facility CMC

Patient Name: RAMIREZ, SAUL MIRANDA
Date of Birth: 5/27/1960 00 00 PDT

MRN H3492(
F.N. 130000008116566551H3492(

* Autn (Verified) *

athena                    8/8/2017 9:26:05 PM    PAGE    5/005
CENTRAL COAST NEUROLOGICAL SURGERY, PC - 1531 HIGUERA STREET, SAN LUIS OBISPO CA 93401-2917
RAMIREZ, SAUL (id #1657, dob: 05/27/1960)

his work involves sweeping and mopping. I have encouraged him to watch and limit his lifting to 25lbs and to avoid extremes of twisting and bending. If possible to have a different job which does not stress his low back this would be preferable.

Can f/u with me in 6months for interim evaluation.

1. **Prolapsed lumbar intervertebral disc**
   M51.26: Other intervertebral disc displacement, lumbar region

2. **Spondylolisthesis**
   M43.10: Spondylolisthesis, site unspecified

3. **Neck pain**
   M54.2: Cervicalgia

4. **Spinal stenosis of lumbar region**
   M48.06: Spinal stenosis, lumbar region

5. **Pain in right hip joint**
   M25.551: Pain in right hip

6. **Body mass index 30+ - obesity**
   Z68.39: Body mass index (BMI) 39.0-39.9, adult

Return to Office
None recorded.

Encounter Sign-Off
Encounter signed-off by David J. Yeh, MD, 03/08/2017

Encounter performed and documented by David J. Yeh, MD
Encounter reviewed & signed by David J. Yeh, MD on 03/08/2017 at 4:45pm

ATTACHED BY INMATE

Page 1 of 1

Name: RAMIREZ, SAUL M.

CDC #: H84928   PID #: 11696551

CHSS035C **DPP Disability/Accommodation Summary** Monday September 21, 2020 11:34:42 AM

As of: 09/21/2020 ➡

---

**OFFENDER/PLACEMENT**

CDC#: H84928
Name: RAMIREZ, SAUL M.
Facility: CMC-Facility D
Housing Area/Bed: D 007 3/342001L
Placement Score: 19
Custody Designation: Medium (A)
Housing Program: Enhanced Out Patient
Housing Restrictions: Lower/Bottom Bunk Only
Physical Limitations to Lifting Restriction- Unable to Lift more than
Job/Other: 19 Pounds
No Rooftop Work
Permanent - 12/31/9999

**DISABILITY ASSISTANCE**

Current DDP Status: NCF
DDP Adaptive None
Support Needs:
Current DDP Status 05/02/2003
Date:
DPP Codes: DNM
DPP Determination 09/12/2018
Date:
Current MH LOC: EOP
Current MH LOC 06/04/2019
Date:
SLI Required: Undetermined
Interview Date: 09/12/2018
Primary Method:
Alternate Method:
Learning Disability:
Initial TABE Score: 05.6
Initial TABE Date: 03/06/2012
Durable Medical Back Braces
Equipment: Compression Stocking
Canes
Non-invasive Airway Assistive Devices
- C-Pap Machine
Mobility Impaired Disability Vest
Eyeglass Frames
Knee Braces
Therapeutic Shoes/Orthotics
Languages Spoken:

---

**IMPORTANT DATES**

Date Received: 07/19/1993
Last Returned Date:
Release Date: 03/23/2003
Release Type: Minimum Eligible Parole Date

**WORK/VOCATION/PIA**

Privilege Group: A
Work Group: A1
AM Job Start Date:
Status:
Position #:
Position Title:
Regular Days On:

ATTACHED BY INMATE

## REASONABLE ACCOMMODATION PANEL (RAP) RESPONSE

**RAP Meeting Date:** 9/23/2020          **Date IAC Received 1824:** 9/21/2020          **1824 Log Number:** CMC-E-20-01986

**Inmate's Name:** RAMIREZ, SAUL          **CDCR #:** H84928          **Housing:** Facility D, cell 7342

**RAP Staff Present:**    AW/ADA Coordinator N. Gaughan, CP&S D. Taylor, HC Grievance Coordinator/Compliance Analyst P. Raught, Correctional Counselor I C. Tomasini, CC-II Supervisor Grievance Coordinator M. Reynoso, CCII Specialist E. Marangi, Senior Phycologist Specialist S. Sindel, PSY. D.

**Summary of Inmate's 1824 Request:** I/M RAMIREZ states he has bad knees, and the screws in his back are causing him pain. I/M RAMIREZ further states he is a patient/participant in the Enhanced Outpatient (EOP) and the pain he has is causing him to be stressed out/depressed. I/M RAMIREZ is requesting to stop work until his knee and back issues have been corrected. I/M RAMIREZ states he can't attend school because of the pain.

### Interim Accommodation:

☒ No interim accommodation required.

☐ Interim Accommodation provided (List accommodation and date provided):

☐ RAP rescinding interim accommodation:

### RAP RESPONSE:

RAP is able to render a final decision on the following: To be unassigned from work and school.

**Response:** You have appropriate documentation of your physical restrictions as they relate to your medical condition. Work and/or education is governed by institution policies. Therefore, you advised to submit a CDCR 602 to California Men's Colony (CMC) Office of Grievances (OOG) regarding un-assignment from work. You are seen weekly by your Mental Health Primary Clinician (MHPC).

**Direction if dissatisfied:** If you disagree with this decision and want to file an appeal/grievance, be sure to attach a copy of this response along with your CDCR 1824 as supporting documents.

_U. GAUGHAN_
**ADA Coordinator/Designee**

_Signature_

Date sent to inmate:

**SEP 2 3 2020**

CMC APPEALS OFFICE

ATTACHED BY INMATE



**HEALTH CARE SERVICES**

Richard J Donavan Correctional Facility

| | |
|---|---|
| Name: | SAUL RAMIREZ |
| DOB: | 05/27/1960 |
| Exam Name: | MRI CERVICAL SPINE W/O CONTRAST | 72141 |

Patient ID:    11696551
Secondary ID: H84928

Exam Date:    09/15/2014 03:34 PM

Referring Physician: J. Silva, MD

CLINICAL INDICATION: NECK PAIN.

COMPARISON: None

FINDINGS: T1 and T2 weighted sagittal and selected axial MRI pulse sequences of the cervical spine obtained without contrast.

The gross alignment of the cervical spine is within normal limits.

The vertebrae are intact without fracture. The bone marrow signal intensities are normal.

The cervical cord displays normal signal intensity and volume. Structures at the foramen magnum are unremarkable.

Findings at specific axial levels:
C2-3: Unremarkable.
C3-4: Unremarkable.
C4-5: Diffuse annular disc bulge results in mild central canal, moderate right neural foraminal, and mild left neural foraminal stenosis.
C5-6: Posterior disc bulge impresses upon the ventral CSF space. No neural foraminal stenosis.
C6-7: Mild annular disc bulging without central canal or neural foraminal stenosis.
C7-T1: Unremarkable.

IMPRESSION:

1. MILD MULTILEVEL DEGENERATIVE DISC DISEASE WITH MILD CENTRAL CANAL OR NEURAL FORAMINAL STENOSIS AT C4-5 AND C5-6

Report Electronically Signed by:  C Schultz MD
Report Electronically Signed on:  09-15-2014 03:42 PM

J. SILVA, MD-RJDCF

9/19/14

ATTACHED BY INMATE

**HEALTH CARE SERVICES**                    California Mens Colony

Name:            SAUL RAMIREZ              Patient ID:      11696551
DOB:             5/27/1960                Secondary ID:   H84928
Exam Name:       MRI LUMBAR SPINE W/O
                 CONTRAST | 72148          Exam Date:    10/20/2016 12:23 PM
Age:             57Y 4M
Primary Care Provider: P. Gallagher, MD - CMC|
Ordering Provider:    P. Gallagher, MD

Exam: Lumbar spine MRI

Clinical history: Back pain

Comparison: 7/29/2014

Findings: Axial and sagittal T1/T2 weighted MR imaging of the lumbar spine without contrast. Mild degenerative marrow signal changes are present. The bone marrow signal is otherwise unremarkable, without evidence of fracture. The alignment is near anatomic. The conus terminates at T12. The visualized soft tissues are unremarkable.

There is mild osteophyte formation and disc desiccation. There is a congenitally narrow canal. Additional segmental analysis:

T12-L1: Mild facet arthropathy. Thecal sac effacement without significant central or neural foraminal stenosis.

L1-2: Mild to moderate facet arthropathy and ligamentum flavum thickening. Small disc bulge with annular fissure. Mild thecal sac compression. Mild central canal and neural foraminal narrowing.

L2-3: Moderate facet arthropathy and ligamentum flavum thickening. Small disc bulge. Mild central canal stenosis with thecal sac compression. Mild lateral recess effacement. Mild to moderate neural foraminal stenosis with nerve root effacement, greater on the right.

L3-4: Moderate facet arthropathy and ligamentum flavum thickening. Minimal disc bulge. Minimal central canal narrowing mild neural foraminal stenosis.

L4-5: Moderate to severe facet arthropathy, greater on the right. Small disc bulge with disc osteophyte complex and more focal posterior component. Nearly moderate central canal stenosis with thecal sac compression. Lateral recess and L5 nerve root effacement. Moderate neural foraminal stenosis with L4 nerve root effacement, greater on the right.

L5-S1: Minimal anterolisthesis. Moderate facet arthropathy. Small disc bulge with disc osteophyte complex. No significant S1 nerve root compression. Moderate neural foraminal stenosis with L5 nerve root effacement.

Impression: Levels of mild and moderate degenerative changes, greatest at L4-5, as described. Stable to mild progression since 2014.

Report Electronically Signed by: M Laufik MD
Report Electronically Signed on: 10/21/2016 06.54 AM

66                                           ATTACHED BY INMATE

## ADA/Effective Communication Patient Summary

As of: 10/06/2020 08:44

Patient Information

**NAME:** RAMIREZ, SAUL
**CDCR:** H84928

Disability Placement Program

**Current DPP Code(s):**
 * DNM

DPP Verification/Accommodation Date: 09/12/18 14:17:28 PDT

Current Housing Restrictions/Accomodations:
 * No Rooftop Work/hazardous Restriction
 * Lifting Restriction
 * Bottom Bunk

Methods of Communication

**SLI:**

**Primary Method:**

**Secondary Method:**

**Interview Date:**

Developmental Disability Program

**Current DDP Code:**

**Effective Date:**

**Adaptive Support Needs:**

Testing of Adult Basic Education (TABE)

**TABE Score:** 05.6

**TABE Date:** 03/06/2012 00:00

Learning Disabilities

**Learning Disabilities:**

English Proficiency

**LEP:** No

**Primary Language:** Spanish

Durable Medical Equipment

**Current ISSUED DME:**
 * Back Braces Permanent
 * Cane Permanent
 * Compression Stocking Permanent
 * Eyeglass Frames Permanent
 * Knee Braces Permanent
 * Mobility Impaired Disability Vest Permanent
 * Non-invasive Airway Assistive Devices (C-Pap) Permanent
 * Therapeutic Shoes/Orthotics Permanent

MHSDS

**MHLOC:** EOP

CALIFORNIA DEPARTMENT of
Corrections and Rehabilitation

# CLASSIFICATION COMMITTEE CHRONO

| | |
|---|---|
| **Inmate Name:** RAMIREZ, SAUL M. | **Date:** 09/23/2020 |
| **CDC#:** H84928 | **Date of Birth:** 05/27/1960 |
| **Control Date:** 03/23/2003 | **Control Date Type:** Minimum Eligible Parole Date |

| | |
|---|---|
| **Hearing Date:** 09/23/2020 | **Hearing Type:** Annual; Other (See Committee Action Comments) |
| **Committee Type:** Institution Cls. Committee (UCC) | **Correctional Counselor:** L. Zelaya |

**STATIC CASE FACTORS**

**CRITICAL CASE FACTORS**

## CLINICIAN COMMENTS

Mental health services clinical assessment for UCC indicates S is continued at the EOP level of care with no changes noted at this time. Clinical staff provided the following input for this hearing:

S' participation in treatment: Good.
Response to treatment: Fair.
Medication compliance: Compliant.
Status of ADLs: N/A
IDTT recommendation for cell status: No Recommendation.
IDTT recommendation for alternate placement: Good.
S' ability to understand due process is: Good.

## COMMITTEE ACTION SUMMARY

ANNUAL REVIEW: RETAIN CMC-E-II, CONTINUE MED-A/S CUSTODY, WG/PG: A1/A EFFECTIVE 09/23/2019. SINGLE CELL CLEAR, PSYCH: EOP, DDP: NCF, IHC, RE, BPH, SUB #6 NLT 11/13/2025, P/O SUPPORT SERVICES AND ABE II W/L.

## COMMITTEE COMMENTS

EFFECTIVE COMMUNICATION:
Committee notes CCI D. Biro was assigned and present and as a staff assistant during a pre and post committee interview for S for the following reasons: MHSDS participant level of care: EOP, TABE: 5.6, DDP: NCF, DPP: DNM, Foreign Language: NO, Learning Disabled: NO. The staff assistant met with S at least 24 hours prior to the hearing. Effective communication was achieved through the use of simple English spoken in a slow and clear manner and repeated as necessary, and through the reading of documents aloud. After Committee, the Staff assistant queried S to ensure his full understanding of issues discussed. S was able to repeat committee actions in his own words, asked relevant questions and provided pertinent information, thus establishing effective communication.

S' case was reviewed in Absentia by the California Men's Colony (CMC) Facility-D UCC today for an Annual Review. S received his 72-hour notice of this committee action and signed the 128-B1 waiving his appearance due to social distancing due to COVID-19.

ANNUAL REVIEW:
This Annual Review covers 2 periods from 09/01/2019 to 08/31/2020. Preliminary score remains at 0. S has a mandatory minimum score of 19 due to VIO/LIF. S is currently assigned in: Porter. No serious disciplinary noted during this review period. During a pre-committee interview, S stated: "I really like CMC and the program here and want to stay here as long as possible". The confidential section has been reviewed. All classification procedural safeguards identified in Title 15, have been complied with. There are enemy concerns noted.

On 09/05/2019, S was recommended by IDTT to be in a smaller classroom setting based on his mental health factors, as he cannot tolerate a traditional, crowded classroom setting. Starting of recommendation: 09/05/2019 and ended on 03/04/2020. S was informed that he would be placed on support services and education w// after 03/04/2020. Therefore, UCC elects to P/O SUPPORT SERVICES AND ABE II W/L.

Last CSR endorsement dated 09/16/2019 for CMC II (EOP) remains valid.

WG/PG:
Committee has reviewed S' case for Minimum Custody and M/A work group. S is currently not eligible due to the VIO/LIF Administrative Determinant.

LOWER LEVEL PLACEMENT:
S's case factors were reviewed for possible placement into the next lower or higher facility security level in accordance with CCR, Title 15, Sections 3375 and 3375.2. UCC notes S is level II and requests to be retained at CMC.

REHABILITATIVE CASE PLAN:
A review of S' Rehabilitative Case Plan, located in SOMS, indicates S would benefit from the following programs: ABE II and III, GED, College and

ATTACHED BY INMATE

Transitions. Prior to committee, CDCR 2038 Rehabilitative Case Plan Study was completed with caseworker & the Inmate Self-Assessment Guide was reviewed and discussed. Inmate Stated: "I really don't want to go to school, I can't seem to learn anything."

DOUBLE CELL HOUSING: S was reviewed in accordance with Double housing criteria. After an extensive interview with the inmate and a review of all present documentation, S does not meet Double Cell housing criteria in that he does/has demonstrated significant in-cell/dormitory physical or sexual violence against a cell partner or known to be the victim of such violence.

EOP/ND:
During a pre-committee interview, S was advised that as of January 8th, 2018, all EOP facilities are now non-designated, meaning there is no longer GP or SNY housing for EOP inmates. All inmates who were formerly GP or SNY are expected to house together if they are designated EOP. S stated he understood.

PREA REVIEW: As part of S's annual classification review, S participated in the completion of the PREA Screening tool at CMC, Facility D, which included a review of all available documentation in SOMS/ERMS and a face to face interview. During a pre-committee interview, S' assigned CCI reviewed the completed PREA Screening tool with S and asked the inmate if he had any additional relevant information that should be considered for future housing and/or program/work assignments. S stated: S has no additional information to provide.

NEXT BPH: Sub #6 NLT 11/18/2025
NEXT ANNUAL REVIEW: 09/11/2021

APPEAL RIGHTS: At the conclusion of this review, S was informed of his appeal rights with regards to this committee's actions. S acknowledged his understanding and agreed with the committee's actions.

ADDITIONAL COMMITTEE MEMBERS: M. RIBEIRO, LCSW

RECORDER

L. Zelaya                                          09/23/2020
                                                      Date

CHAIRPERSON

M. Blackford                                       09/23/2020
                                                      Date

CDCR SOMS ICCT162 - Classification Committee Chrono

CMC - California Men's Colony

Patient:       RAMIREZ, SAUL MIRANDA
DOB/Age/Sex:  5/27/1960  / 57 years      / Male              CDCR: H54923

## Consultation Notes

Document Type:                          Physical Medicine & Rehab Consultation
Document Subject:                       PMR
Service Date/Time:                      9/21/2017 08:51 PDT
Result Status:                          Auth (Verified)
Perform Information:                    Griffin,Ben P&S (9/21/2017 09:01 PDT)
Sign Information:                       Griffin,Ben P&S (9/21/2017 09:01 PDT)
Authentication Information:             Griffin,Ben P&S (9/21/2017 09:01 PDT)

Follow-up Consultation Note - PM&R
Date: 9/21/17
Reason for follow-up: Right flank/hip discomfort

S: I/P is status post L4-5 laminectomy and fusion earlier 2017. He complains of right lateral hip and flank area discomfort since 1993. He also has a right knee hemiarthroscopy with valgus predilection causing pain at the knee with cane assistive device required. There are no symptoms radiating from his back and his leg at this time. One of his issues as well as returning to work after 90 days off after the fusion and experiencing a back injury. He is presently expired lay-in. Knee replacement on the right is pending.

O: He has point tenderness over the gluteus medius and the lateral lumbar paraspinals. Deep tendon reflexes at the patellas, Achilles and posterior tibialis are 1+/4 bilaterally and there is no Babinski's or clonus. Manual muscle testing reveals intact dorsiflexion, eversion foot, knee extension, knee flexion, hip abduction, adduction and flexion. Straight leg raising was negative in the seated position. He remains tender with valgus deformity at the knee.

X-rays of the hips were reviewed and are normal.

A: myofascial pain, right flank—chronic. Status post lumbar fusion with hardware placement for radiculopathy and spinal stenosis. Right knee osteoarthritis and deformity.

P: He recommended that the patient continue with home exercise program for stretching of the gluteus medius and lower back and flank muscles as well as deep tissue massage with tennis ball. He has had injections in the past which gave brief relief and will not be repeated. He would best benefit from the right knee procedure recommended by orthopedics to hopefully improve gait pattern which appears to be producing his myofascial issue. Weight loss, of course, would beneficial in that this individual's BMI is greater than 30.

We'll provide a lay-in until surgery.

E: Instructed on the fact that he is not in need of an MRI of the hip and that his symptoms are muscular in origin which MRI does not clarify. Discussed stretching exercises as well as weight control.

Effective communication attained.

COMMUNICATION: EEC was attained via slow, clear, simple speech with repetition of my statements as needed and voiced understanding by I/P regarding key points to ensure that the communication was in fact effective. I/P was facing me to facilitate communication. Any written materials were read by me, with extra explanation provided to assure comprehension. EEC was achieved to my satisfaction by appropriate responses without delay in a reciprocal dialogue.

Joseph B. Griffin M.D., M.S., FAAPM&R
This note was dictated using speech recognition software. Minor transcription errors may exist.

Electronically Signed on 09/21/2017 09:01 AM PDT

Griffin, Ben P&S, MD

---

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

Report Request ID   3953005                              Print Date/Time   10/17/2017 09:09 PDT

WARNING: This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.

69

CMC - California Men's Colony

Patient:        RAMIREZ, SAUL MIRANDA
DOB/Age/Sex:  5/27/1960  / 57 years    / Male          CDCR: H34925

## Consultation Notes

Document Type:                          Physical Medicine & Rehab Consultation
Document Subject:                       PM&R eval knee
Service Date/Time:                      6/8/2017 14:15 PDT
Result Status:                          Auth (Verified)
Perform Information:                    Griffin,Ben P&S (6/8/2017 14:28 PDT)
Sign Information:                       Griffin,Ben P&S (6/8/2017 14:28 PDT)
Authentication Information:             Griffin,Ben P&S (6/8/2017 14:28 PDT)

Physical Medicine and Rehabilitation - Knee Consultation

Date: 6/8/17

HPI:

Chief Complaint: Right more so than left knee

Date of Onset of symptoms: Remote past

Mechanism of Onset of symptoms: Unknown

Type of Pain (sharp, dull, shooting, etc): Ache

Location of Pain: Medial and lateral right knee

Swelling; locking episodes; give way falling; Valgus tendencies with weight

Pain radiation: None

Timing of Pain (constant, episodic, AM/PM/night, positional)

Intensity of Pain (range on 0 to 10 scale): 6/10

What makes the pain worse: Knee flexion with weightbearing

What reduces the pain: Rest

Past treatment for this problem (Hosp., PT, injections, bracing, etc): PT, bracing

Surgical interventions for this problem: 2014 hemiarthroplasty of the right knee, recent successful lumbar laminectomy for spinal stenosis

Imaging studies done for the knee/leg: MRIs have shown a meniscus tear of the posterior horn of the medial meniscus on the left in standing view of the right knee shows 30° valgus deformity difficult difficult to maintained secondary to pain

Medications tried for this problem and did/do they help: NSAIDs

Avocations/exercise tolerance/prior occupations: None
Allergies: per reviewed medical record.

---

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

Report Request ID  3958005                        Print Date/Time:  10/17/2017 09:09 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.



STATE OF CALIFORNIA
**INMATE/PAROLEE APPEAL**
CDCR 602 (Rev 03/12)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Side 1

| IAB USE ONLY | Institution/Parole Region: | Log #. | Category |
|---|---|---|---|
| | CMC HC 2020 1087 | | |
| | | FOR STAFF USE ONLY | |

You may appeal any California Department of Corrections and Rehabilitation (CDCR) decision, action, condition, policy or regulation that has a material adverse effect upon your welfare and for which there is no other prescribed method of departmental review/remedy available. See California Code of Regulations (CCR), Title 15, Section 3084.1  You must send this appeal and any supporting documents to the Appeals Coordinator (AC) within 30 calendar days of the event that led to the filing of this appeal. If additional space is needed, only one CDCR Form 602-A will be accepted. Refer to CCR 3084 for further guidance with the appeal process. No reprisals will be taken for using the appeal process.

Appeal is subject to rejection if one row of text per line is exceeded.          WRITE, PRINT, or TYPE CLEARLY In black or blue ink.

| Name (Last, First): Ramirez Saul | CDC Number: H-84928 | Unit/Cell Number: 7342 | Assignment: Porter 008.006 D-7 |
|---|---|---|---|

State briefly the subject of your appeal (Example: damaged TV, job removal, etc.):

mobility impaired and to much pain To Work/Education

OCT 02 2020

A.  Explain your issue (If you need more space, use Section A of the CDCR 602-A): ON 9-18-2020 I staTed
To cci Zelaya. That I was Ada mobility impaired and ThaT I needed To
explain To committee why I could n't work or go To Education she said because
of covic19 I could not, I reminded zelaya that on 2017, she was my c/o —

CMC APPEALS OFFICE
RECEIVED
CMC

B.  Action requested (If you need more space, use Section B of the CDCR 602-A): please see CDCR
1824, I request committee To permently mobility impaired unassigne
me because I am 60 years old and all my bones are wore out and
I can't Work or go To Education because of the pain That

OCT 06 2020
COMPLETED GO
CMC

Supporting Documents: Refer to CCR 3084.3.

☒ Yes, I have attached supporting documents

List supporting documents attached (e.g , CDC 1083, Inmate Property Inventory; CDC 123-G, Classification Chrono):
G128, Attached CDCR 1824 dated 9-20-2020, mri cervical spine 9-15-2014
MRI Lumber spine 10-20-2016

DEC-12 2020
GO
GO

☒ No, I have not attached any supporting documents. Reason: missing copies not aT hand.

Inmate/Parolee Signature: Saul Ramirez          Date Submitted: 10-1-2020

SR  By placing my initials in this box, I waive my right to receive an interview.

---

**C. First Level - Staff Use Only**                    Staff – Check One: Is CDCR 602-A Attached?  ☐ Yes  ☐ No

This appeal has been:
☐ Bypassed at the First Level of Review. Go to Section E.
☐ Rejected (See attached letter for instruction) Date _____ Date. _____ Date. _____ Date _____
☐ Cancelled (See attached letter) Date: _____
☐ Accepted at the First Level of Review.

Assigned to: _____ Title: _____ Date Assigned: _____ Date Due _____

First Level Responder: Complete a First Level response. Include Interviewer's name, title, interview date, location, and complete the section below.

Date of Interview: _____ Interview Location: _____

Your appeal issue is   ☐ Granted   ☐ Granted in Part   ☐ Denied   ☐ Other: _____

See attached letter. If dissatisfied with First Level response, complete Section D.

Interviewer: _____ (Print Name) Title _____ Signature: _____ Date completed: _____

Reviewer: _____ (Print Name) Title: _____ Signature. _____

Date received by AC _____

| | AC Use Only |
|---|---|
| | Date mailed/delivered to appellant ___ / ___ / ___ |

Copy To Lawyer

STATE OF CALIFORNIA
**INMATE/PAROLEE APPEAL**
CDCR 602 (Rev. 03/12)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

CMC HC 2000 1087    Side 2

**D. If you are dissatisfied with the First Level response**, explain the reason below, attach supporting documents and submit to the Appeals Coordinator for processing within 30 calendar days of receipt of response.   If you need more space, use Section D of the CDCR 602-A.

Inmate/Parolee Signature: _____   Date Submitted : _____

**E. Second Level - Staff Use Only**          Staff – Check One: Is CDCR 602-A Attached?   ☐ Yes   ☐ No

This appeal has been:
☐ By-passed at Second Level of Review.  Go to Section G.
☐ Rejected (See attached letter for instruction) Date: _____  Date: _____  Date _____  Date: _____
☐ Cancelled (See attached letter)
☐ Accepted at the Second Level of Review

Assigned to: _____   Title: _____   Date Assigned: _____   Date Due: _____

Second Level Responder: Complete a Second Level response. If an interview at the Second Level is necessary, include interviewer's name and title, interview date and location, and complete the section below.

Date of Interview: _____   Interview Location: _____

Your appeal issue is.  ☐ Granted   ☐ Granted in Part   ☐ Denied   ☐ Other: _____

See attached letter. If dissatisfied with Second Level response, complete Section F below.

Interviewer: _____ (Print Name)   Title: _____   Signature: _____   Date completed : _____

Reviewer: _____ (Print Name)   Title: _____   Signature: _____

Date received by AC: _____

**AC Use Only**
Date mailed/delivered to appellant ___ / ___ / ___

**F. If you are dissatisfied with the Second Level response**, explain reason below; attach supporting documents and submit by mail for Third Level Review. It must be received within 30 calendar days of receipt of prior response. Mail to: Chief, Inmate Appeals Branch, Department of Corrections and Rehabilitation, P.O. Box 942883, Sacramento, CA 94283-0001. If you need more space, use Section F of the CDCR 602-A.

Inmate/Parolee Signature: _____   Date Submitted: _____

**G. Third Level - Staff Use Only**

This appeal has been:
☐ Rejected (See attached letter for instruction) Date: _____  Date: _____  Date: _____  Date: _____  Date: _____
☐ Cancelled (See attached letter)  Date: _____
☐ Accepted at the Third Level of Review. Your appeal issue is ☐ Granted   ☐ Granted in Part   ☐ Denied   ☐ Other: _____
See attached Third Level response.

**Third Level Use Only**
Date mailed/delivered to appellant ___ / ___ / ___

**H. Request to Withdraw Appeal:**  I request that this appeal be withdrawn from further review because: State reason. (If withdrawal is conditional, list conditions.)

_____   Inmate/Parolee Signature: _____   Date: _____
Print Staff Name _____   Title: _____   Signature: _____   Date: _____

STATE OF CALIFORNIA
**INMATE/PAROLEE APPEAL FORM ATTACHMENT**
CDCR 602-A (REV. 03/12)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Side 1

| IAB USE ONLY | Institution/Parole Region: | Log #: | Category |
|---|---|---|---|
| | CMC HC 2000 1087 | | |
| | FOR STAFF USE ONLY | | |

Attach this form to the CDCR 602, only if more space is needed. Only one CDCR 602-A may be used.

Appeal is subject to rejection if one row of text per line is exceeded.   WRITE, PRINT, or TYPE CLEARLY in black or blue ink.

| Name :(Last, First): | CDC Number: | Unit/Cell Number: | Assignment: |
|---|---|---|---|
| Ramirez Saul | H-84928 | 7342 | porter008.006 D-7 |

A. Continuation of CDCR 602, Section A only (Explain your issue): guarding me at The hospital when DR. yeh put in The rod with screws in my back. And That after surgery custody put me back To work. And as I lifted a bucket of water my back poped I Told DR yeh on 2-26-2018. and DR. Griffin and DR. collins on 10-26-2018. See Records. I Told zelaya that There was a loose screw and iT was hurting me. See CT scan on 1-27-2020. She still had committee assign me To porter008.006. She also had me assigne To janiTor 033.001 before which I could noT perform. She also had me assigned To EOP Education # 204.002 and position 110.001 in 2020 which I could not stand back pain and teacher smith and Teacher Hofman would send me To my cell To lie down To relieve my back pain. I also have multi level Degenerative Disc Disease in my neck C4-5, C5-6 See mri 9-15-19. zelaya sTaTed To me That I could hold a broom. Then how an I going To use my cane? SEE LeftshoulderXray on 10-26-18. with arthritis and iT pops alot also see mri of Left knee on 11-15-2018 miniscus tear. And RighT knee Xray on 11-28-18 with chipT bone. All these medical problems inflict more pain and suffering when cusTody forces me a 60 year old man To work Injuring me more and causing me pain I ask committee To permently medicaly unassigne me. TiTle15 (3043, 7 (c) (B) TiTle15 (3044) All this pain and suffering is aTTacking my menTal illness sTressing me out and a sleep depression. SEE Sxch reparT.

Inmate/Parolee Signature: Saul Ramirez       Date Submitted: 10-1-2020

B. Continuation of CDCR 602, Section B only (Action requested): aTTacks my EOP menTal illness. That I cant sTand my sTessed out and depressed mind. please record This at CDCR sacrameTo TiTle 15 (3084.1 (d) no reprisal shall be Taken on me for filing This 602 Appeal. including of Transferring me To anoTher prison as reTaliation. becouse I can sTill climb The sTairs To chow. And donT puT me in AseG either.

Inmate/Parolee Signature: Saul Ramirez       Date Submitted: 10-1-2020

**OCT 02 2020**
CMO APPEALS OFFICE
RECEIVED
CMO
OCT 06 2020
CONFIRMED
CMO
DEC 12 2020
HCGO

STATE OF CALIFORNIA
**INMATE/PAROLEE APPEAL FORM ATTACHMENT**
CDCR 602-A (REV. 03/12)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Side 2

CMC HC 2000 1087

D. Continuation of CDCR 602, **Section D** only (Dissatisfied with First Level response): _____

_____

Inmate/Parolee Signature: _____ Date Submitted: _____

F. Continuation of CDCR 602, **Section F** only (Dissatisfied with Second Level response): _____

_____

Inmate/Parolee Signature: _____ Date Submitted: _____

DEPARTMENT OF CORRECTIONS AND REHABILITATION
Page 1 of 2

STATE OF CALIFORNIA
**HEALTH CARE GRIEVANCE**
CDCR 602 HC (Rev. 10/18)

| STAFF USE ONLY | Expedited?  ☐ Yes  ☒ No | Tracking #: CMC HC 2000 1087 |
|---|---|---|

G. PAITZ, RN

Staff Name and Title (Print)        Signature        10/7/20        Date

If you think you have a medical, mental health or dental emergency, notify staff immediately. If additional space is needed, use Section A of the CDCR 602 HC A Health Care Grievance Attachment. Only one CDCR 602 HC A will be accepted. You must submit this health care grievance to the Health Care Grievance Office for processing. Refer to California Code of Regulations (CCR), Title 15, Chapter 2 Subchapter 2, Article 5 for further guidance with the health care grievance process.

Do not exceed more than one row of text per line. WRITE, PRINT, or TYPE CLEARLY in black or blue ink.

| Name (Last, First, MI): RAMIREZ, SAUL | CDCR #: H64928 | Unit/Cell #: D7342L |
|---|---|---|

**SECTION A:** Explain the applied health care policy, decision, action, condition, or omission that has had a material adverse effect upon your health or welfare for which you seek administrative remedy:

Redirected from OOG.

See attached CDCR 602 & 602 A

Supporting Documents Attached. Refer to CCR 3999.227  ☒ Yes  ☐ No

Grievant Signature: Saul Ramirez        Date Submitted: 12-5-2020

BY PLACING MY INITIALS IN THIS BOX, I REQUEST TO RECEIVE AN INTERVIEW AT THE INSTITUTIONAL LEVEL.

**SECTION B:** HEALTH CARE GRIEVANCE REVIEW INSTITUTIONAL LEVEL: Staff Use Only        Is a CDCR 602 HC A attached?  ☐ Yes  ☒ No

This grievance has been:

☐ Rejected (See attached letter for instruction)    Date _____    Date: _____

☐ Withdrawn (see section E)

☒ Accepted    Assigned To: CMC    Title: HCPRN    Date Assigned: 10/13/20  Date Due: 12/11/20

Interview Conducted?  ☐ Yes  ☒ No    Date of Interview _____    Interview Location: _____

Interviewer Name and Title (print): _____        Signature: _____        Date: _____

Reviewing Authority Name and Title (print): T. Morales        Signature: Macias        Date: 12/4/2022

Disposition: See attached letter    ☐ Intervention    ☒ No Intervention

HCGO Use Only: Date closed and mailed/delivered to grievant: DEC 0 2 2020

| 1. Disability Code: | 2. Accommodation: | 3. Effective Communication. |
|---|---|---|
| ☐ TABE score ≤ 4.0 | ☐ Additional time | ☐ Patient asked questions |
| ☐ DPH ☐ DPV ☐ LD | ☐ Equipment ☐ SLI | ☐ Patient summed information |
| ☐ DPS ☐ DNH | ☐ Louder ☐ Slower | **Please check one:** |
| ☐ DDP | ☐ Basic ☐ Transcribe | ☐ Not reached* ☐ Reached |
| ☐ Not Applicable | ☐ Other* | *See chrono/notes |

COMPLETED
CMC
DEC 02 2020

RECEIVED
STAFF USE ONLY

COMPLETED
HCOAB
MAR 0 8 2021

4 Comments _____

HCGO

73

STATE OF CALIFORNIA
**HEALTH CARE GRIEVANCE**
CDCR 602 HC (Rev. 10/18)

DEPARTMENT OF CORRECTIONS AND REHABILITATION
Page 2 of 2

Tracking # CMC HC 20001087

**SECTION C:** Health Care Grievance Appeal: If you are dissatisfied with the Institutional Level Grievance Response, explain the reason below. (If more space is needed, use Section C of the CDCR 602 HC A), and submit the entire health care grievance package by mail for Headquarters' (HQ) Level health care grievance appeal review. Mail to: Health Care Correspondence and Appeals Branch, P.O. Box 588500, Elk Grove, CA 95758

dissaTisfied because I Told doctor yen on 2017 That DR. ceilins and DR.Griffin allowed committee and custody ccl Gomez and cci Zelaya To put me back To work freshly after DR yeh had put a rad and screws in my back and iT caused another inJury, see DR. Griffins notes on 9-21-2017. and now The hard ware is hurting me and coming off. And sTill cusTody is wanTing me To go back To work. I explaind To DR. ceilins and cusTody in 602 Log # 0-15591 thaT I could noT work because of the pain in my back and knees. cusTody blames iT on medical ThaT This is why They keep puTing me back To work and as long as DR.collins doesnT Teil cusTedy ThaT I canT work cci Zelaya will conTinue To puT me To work. So DocTors specialist have staTed To me ThaT They canT do more To fix my back neck and knees so I ask ThaT CDCR permanTly ToTally disabled Unassigne because my back and knees are geTTing worse and I canT work no more. iTs stressing me ouT and depressing me with pain.

Grievant Signature: Daul Ramirez                    Date Submitted: 12-5-2020

**SECTION D:** HEALTH CARE GRIEVANCE APPEAL REVIEW HQ LEVEL. Staff Use Only        Is a CDCR 602 HC A attached? ☐ Yes  ☒ No

This grievance has been

☐ Rejected (See attached letter for explanation)        Date

☐ Withdrawn (See section E)   ☐ Accepted

☐ Amendment     Date

Interview Conducted?   ☐ Yes  ☐ No      Date of Interview:                    Interview Location:

Interviewer Name and Title (print):                    Signature:                    Date:

Disposition: See attached letter      ☐ Intervention            ☒ No Intervention

*This decision exhausts your administrative remedies*

HQ Use Only: Date closed and mailed/delivered to grievant .    **MAR 0 8 2021**

**SECTION E:** Grievant requests to WITHDRAW health care grievance: I request that this health care grievance be withdrawn from further review. Reason

Grievant Signature:                              Date Submitted:

Staff Name and Title (Print):                    Signature:                    Date:

# STAFF USE ONLY

Distribution: Original - Returned to grievant after completion. Scanned Copy - Health Care Appeals and Risk Tracking System 2.0. Do not place central file or health record.

CALIFORNIA DEPARTMENT of
Corrections and Rehabilitation

# OOG CLAIM REDIRECTED NOTICE

**To:** California Men's Colony

**Attn:** CA Correctional Health Care Services

**From:** Office of Grievances at California Men's Colony

**Re:** OOG Claim Redirected Notice

**Offender Name:** RAMIREZ, SAUL M.          CDC#: H84928

**Date:** 10/02/2020

**Current Location:** CMC-Facility D          Current Area/Bed: D 007 3342001L

**Re: Log #** 000000045531          Claim #: 001

The California Department of Corrections and Rehabilitation, Office of Grievances at California Men's Colony received the attached claim on 10/02/2020. Upon review, the Office of Grievances determined that this claim falls within the jurisdiction of the California Correctional Health Care Services Division. Therefore, the Office of Grievances is redirecting this claim to your office for review and processing in accordance with its governing regulations.

If you have any questions, please contact the Grievance Coordinator at California Men's Colony.

CDCR SOMS OGT 322
OOG CLAIM REDIRECTED NOTICE

CDCR SOMS OGT 322 - OOG Claim Redirected Notice    74



# CALIFORNIA CORRECTIONAL
# HEALTH CARE SERVICES



## Institutional Level Response

**Closing Date:**    DEC 0 2 2020

**To:**    RAMIREZ, SAUL (H84928)
D 007 3342001LP
California Men's Colony
P.O. Box 8101
San Luis Obispo, CA 93409-8101

**Tracking #:**   CMC HC 20001087

### RULES AND REGULATIONS
The rules governing these issues are: California Code of Regulations, Title 15, Health Care Department Operations Manual; Mental Health Services Delivery System Program Guide; California Department of Corrections and Rehabilitation Department Operations Manual.

### HEALTH CARE GRIEVANCE SUMMARY
In your CDCR 602 HC, Health Care Grievance, you explained the decision, action, condition, omission, policy, or regulation that has had a material adverse effect upon your health or welfare for which you seek administrative remedy.

| Issue | | Description |
|---|---|---|
| Issue: | Chronic Care ( Degenerative Disc Disease (DDD) ) | Back pain due to Degenerative Disc Disease. |
| Issue: | Mental Health ( Therapy ) | Stress due to back pain. |
| Issue: | Non-Medical Custody ( Not Our Jurisdiction (NOJ) ) | Work assignments. |

### INTERVIEW
Pursuant to California Code of Regulations, Title 15, Section 3999.228(f)(1), an interview was not conducted as you did not request one by initialing the appropriate box on the CDCR 602 HC, Health Care Grievance.

### INSTITUTIONAL LEVEL DISPOSITION

[X]  No intervention.    [ ]  Intervention.

### BASIS FOR INSTITUTIONAL LEVEL DISPOSITION
Your health care grievance package and health record, and all pertinent departmental policies and procedures were reviewed. These records indicate that you are enrolled in the Chronic Care Program, where your medical conditions and medication needs are closely monitored. Progress notes indicate there is a plan of care in place and the primary care provider has discussed the plan of care with you.

You have a history of back pain related to post-surgical hardware and degenerative disc disease. You were seen on October 28, 2020 and were able to discuss your issues with a primary care provider. As a result, your

Note 1: The institutional level review is based on records available as of the date the Institutional Level Response is signed by the reviewing authority.
Note 2: The closing date reflects the closed, mailed delivered date of the health care grievance.
Note 3: Permanent health care grievance document. Do not remove from the health care grievance package.

primary care provider has listed you as "totally disabled" on your Medical Classification Chrono in order to prevent you from being assigned to any work that may aggravate your back pain.

Your medical condition will continue to be monitored with care provided as determined medically or clinically indicated by the primary care provider. If you have additional health care needs, you may access health care services by utilizing the approved processes in accordance with California Correctional Health Care Services policy.

While the health care grievance process is a means of setting forth your health care concerns, it is not a substitute for direct communication about your health with your health care providers. You are encouraged to continue your care with your assigned health care providers and share with them new or additional clinical information about your conditions that you believe may affect your care. However, California law directs your health care providers to offer and provide only the care they determine to be currently medically or clinically necessary for you, in accordance with appropriate policies and procedures. Previous orders from other health care facilities or staff, input from health care consultants, and/or your own personal preferences may be considered, but do not control the professional judgment of your current health care providers.

If you are dissatisfied with the Institutional Level Response, follow the instructions on the CDCR 602 HC, Health Care Grievance, and submit the entire health care grievance package for headquarters' level review. The headquarters' level review constitutes the final disposition on your health care grievance and exhausts your administrative remedies.

_____

T. Marlin
Chief Executive Officer
California Men's Colony

_____

Reviewed and Signed Date

Note 1: The institutional level review is based on records available as of the date the Institutional Level Response is signed by the reviewing authority.

Note 2: The closing date reflects the closed, mailed delivered date of the health care grievance.

Note 3: Permanent health care grievance document. Do not remove from the health care grievance package.



# HEALTH CARE SERVICES



## Headquarters' Level Response

**Closing Date:**    MAR 08 2021

**To:**    RAMIREZ, SAUL (H84928)
California Men's Colony
P.O. Box 8101
San Luis Obispo, CA 93409-8101

**From:**    California Correctional Health Care Services
Health Care Correspondence and Appeals Branch
P.O. Box 588500
Elk Grove, CA 95758

**Tracking #:**    CMC HC 20001087

### RULES AND REGULATIONS

The rules governing these issues are: California Code of Regulations, Title 15; Health Care Department Operations Manual; Mental Health Services Delivery System Program Guide; California Department of Corrections and Rehabilitation Department Operations Manual.

### HEALTH CARE GRIEVANCE APPEAL SUMMARY

In your CDCR 602 HC, Health Care Grievance, you explained the decision, action, condition, omission, policy, or regulation that has had a material adverse effect upon your health or welfare for which you seek administrative remedy.

| Issue | | Description |
|---|---|---|
| Issue. | Chronic Care (Degenerative Disc Disease) | Back pain due to degenerative disc disease. |
| Issue: | Mental Health (Therapy) | Stress and depression due to back pain. |
| Issue: | Chrono Issues (Medical Unassigned) | To be medically unassigned from work assignments. |

### HEADQUARTERS' LEVEL DISPOSITION

[X] No intervention.    [ ] Intervention.

### BASIS FOR HEADQUARTERS' LEVEL DISPOSITION

Your health care grievance package, health record, and all pertinent departmental policies and procedures were reviewed. The Institutional Level Response adequately addressed your grievance issues and is sustained at the headquarters' level review. Subsequent to the Institutional Level Response, you received primary care provider evaluation on February 25, 2021. The provider reviewed your history of chronic lower back and bilateral knee pain and subsequently placed orders for lumbar x-rays and gabapentin. A Request for Service order for neurosurgery evaluation was completed and subsequently approved. You underwent lumbar x-rays on March 2, 2021, which showed your fusion hardware to be intact.

---

Note 1: The headquarters' level review is based on records available as of the date the Headquarters' Level Response is signed by the reviewing authority.

Note 2: The closing date reflects the closed, mailed delivered date of the health care grievance.

Your current CDCR 128-C3, Medical Classification Chrono, dated October 28, 2020, lists your functional capacity as totally disabled. While California Correctional Health Care Services health care providers are responsible for documenting a patient's functional capacity to be considered in making work assignment decisions, custody is responsible for determination of appropriate work assignment. As such, it is recommended you address your concerns with your correctional counselor, other appropriate custody staff, or through the Institutional Classification Committee process.

You are enrolled in the Mental Health Services Delivery System at the Enhanced Outpatient Program level of care. You have been provided with the opportunity to access mental health services and clinical staff regarding your stated issues. Your mental health condition will continue to be monitored consistent with treatment guidelines, as outlined in the Mental Health Services Delivery System Program Guide.

There is no indication your care has not been provided pursuant to the rules and regulations governing the management and delivery of medically or clinically necessary health care services. Patients shall be accorded impartial (equal, unbiased) access to treatment or accommodations that are determined to be medically or clinically indicated, based on the patient's individual presentation, history, and exam findings, in accordance with appropriate policies and procedures.

Per California Code of Regulations, Title 15, Section 3999.226(a), "Staff shall not take reprisal against the grievant for filing a health care grievance."

The health and safety of our population is of critical importance to the California Department of Corrections and Rehabilitation and California Correctional Health Care Services. While our agency is working together to appropriately respond to the COVID-19 crisis, we will continue to provide urgent and emergent health care services. To reduce risks to both patients and staff, inmate movement will be minimized.

If you have health care needs, you may access health care services by utilizing the approved processes in accordance with California Correctional Health Care Services policy.

While the health care grievance process is a means of setting forth your health care concerns, it is not a substitute for direct communication about your health with your health care providers. You are encouraged to continue your care with your assigned health care providers and share with them new or additional clinical information about your conditions that you believe may affect your care. However, California law directs your health care providers to offer and provide only the care they determine to be currently medically or clinically necessary for you, in accordance with appropriate policies and procedures. Previous orders from other health care facilities or staff, input from health care consultants, and/or your own personal preferences may be considered, but do not control the professional judgment of your current health care providers.

This decision exhausts your administrative remedies.

Digitally signed
by HCCAB
Date:
for 2021.03.05
15:31:24 -06'00'

_____
S. Gates, Chief
Health Care Correspondence and Appeals Branch
Policy and Risk Management Services
California Correctional Health Care Services

March 5, 2021

_____
Reviewed and Signed Date

Note 1: The headquarters' level review is based on records available as of the date the Headquarters' Level Response is signed by the reviewing authority.

Note 2: The closing date reflects the closed, mailed, delivered date of the health care grievance.

178

STATE OF CALIFORNIA

**APPEAL OF GRIEVANCE**

CDCR 602-2 (03/20)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Page 1 of 2

| **STAFF USE ONLY** | Appeal #: _____ Date Received: _____ |
| | Date Due: _____ |
| | Categories: _____ |
| | Grievance #: 176405 |

Claimant Name: Saul M. Ramirez                    CDCR #: H-84928

Current Housing/Parole Unit: A-01 cTc        Institution/Facility/Parole Region: Cmc EAST,

☐ There are no claims that can be appealed.

☐ The following claims cannot be appealed:

Claim #'s:

_____

_____

_____

*This is the process to appeal the decision made regarding a claim that is not listed above.*

Claim #: 176405

Explain the reason for your appeal of any claims not listed above. Be as specific as you can.

*I am dissatisfied with the response I was given because* becouse the corruption is deep
We all know That cci Horsly M. and ccll pham B. do keep
manipulating menTal Health sTaff. if menTal Health sTaff
don't do what custody says then They are moved off Dyard
In my Interview I sTated To The SGT. and LT. abouT the
corruped work That These cci Horsly and ccl pham do
by orders of cj mohhamed To cover up all their wronge
doings. And not only These counselors keep doing becouse
They know, That The Associate Warden B.D. pHilips will cover
up the misconducts. JusT like they covered up the beaT
Ings that mohhamed has been doing. ExhausT my remmedies

Are there documents that would be helpful to support your position? Attach copies of those documents, if you don't have the documents, identify them as best you can below: See Attached Letters in 602 I
daTed July 9-2021 conTrol # 9022   CDCR 7362

_____

_____

_____

DISTRIBUTION    Original: Claimant's File    Copies: DAI, DAPO, and Claimant

80

STATE OF CALIFORNIA
**APPEAL OF GRIEVANCE**
CDCR 602-2 (03/20)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Page 2 of 2

Claim #: 176405

Explain the reason for your appeal. Be as specific as you can.

I am dissatisfied with the response I was given because: I request body camerus then you would see trueth clearly come out of these cc1 Horly cc11 pham and CJ mohhamed %o Loomis, %oL castillo %o Cabrera, %o Delgadillo c/oc Denerlen %o Rause

Are there documents that would be helpful to support your position? Attach copies of those documents, if you don't have the documents, identify them as best you can below:

Reminder: Please attach all documents in your possession that support your claim(s).

Please note that this form and supporting documents will not be returned to you.

Claimant Signature: _Saul M. Ramirez_          Date Signed: _11-1-2021_

MAIL TO:
Office of Appeals
Department of Corrections and Rehabilitation
P.O. Box 942883
Sacramento, CA 95811

Copy To Coleman Lawyers.

STATE OF CALIFORNIA
**HEALTH CARE SERVICES REQUEST FORM**
CDCR 7362 (Rev. 03/19)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Page 2 of 2

| PART I:  TO BE COMPLETED BY THE PATIENT | | | | |
| --- | --- | --- | --- | --- |
| If you believe this is an urgent/emergent health care need, contact the correctional officer on duty. | | | | |
| REQUEST FOR: | MEDICAL ☐ | MENTAL HEALTH ☒ | DENTAL ☐ | MEDICATION REFILL ☐ |

NAME: Saul Ramirez
CDCR NUMBER: H-84928
HOUSING: 7342

PATIENT SIGNATURE: Saul Ramirez
DATE: 10/1/2021

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe your health problem and how long you have had the problem) To'Sych administration office supervisors and DR. gray, DR. Lauffer, clinician G. Lopez per custody %o mohhamed, %o Loomis And Other %oguards have manipulated m.H. staff To Transfer me To DSH for filing staff complaints #157789, # 142734, He, & 100049, ON 10-1-21 %o Loomis stated To other %o in MH Building we finely Got Ramirez out he is being transfered. my witness prisoner Rose I need To speak To supervisor.

NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM

ATTACHED BY INMATE

81

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

**HEALTH CARE SERVICES REQUEST FORM**

DEPARTMENT OF CORRECTIONS

| PART I:  TO BE COMPLETED BY THE PATIENT |
|---|

*A fee of $5.00 may be charged to your trust account for each health care visit.*

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

| REQUEST FOR: | MEDICAL ☐ | MENTAL HEALTH ☒ | DENTAL ☐ | MEDICATION REFILL ☐ |
|---|---|---|---|---|

| NAME | CDC NUMBER | HOUSING |
|---|---|---|
| Saul M Ramirez | H-84928 | 7342 |

| PATIENT SIGNATURE | DATE |
|---|---|
| Saul M. Ramirez | 10-3-2021 |

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem)

*NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM.*

| PART III:  TO BE COMPLETED AFTER PATIENT'S APPOINTMENT |
|---|

☐ Visit is not exempt from $5.00 copayment.  (Send pink copy to Inmate Trust Office.)

CDC 7362 (Rev. 03/04)    Original - Unit Health Record    Yellow - Inmate (if copayment applicable)    Pink - Inmate Trust Office (if copayment applicable)    Gold - inmate



**CALIFORNIA DEPARTMENT of**
**Corrections and Rehabilitation**

# CLAIMANT GRIEVANCE RECEIPT ACKNOWLEDGMENT

**Offender Name:** RAMIREZ, SAUL M.                    **CDC#:** H84928

**Date:** 10/18/2021

**Current Location:** CMC-Facility H              **Current Area/Bed:** H 001A10010011

**From:** Office of Grievances at California Men's Colony

Re: Log # 000000176405

The California Department of Corrections and Rehabilitation Office of Grievances at California Men's Colony received your grievance on 10/18/2021. Your grievance has been assigned for review and response.

Pursuant to California Code of Regulations, title 15, the Office of Grievances will complete its review no later than 12/18/2021.

Please be informed that the Office of Grievances will not respond to any inquiries about the status of a grievance prior to the date shown above.

Once you receive a response and if you are dissatisfied with the decision(s), you may file an appeal with the California Department of Corrections and Rehabilitation Office of Appeals.

CDCR SOMS OGTT300
CLAIMANT GRIEVANCE RECEIPT ACKNOWLEDGMENT

83

CDCR SOMS OGTT300 - OOG Offender Grievance Receipt Acknowledgement



CALIFORNIA DEPARTMENT of
Corrections and Rehabilitation

# CLAIMANT GRIEVANCE RECEIPT ACKNOWLEDGMENT

**Offender Name:** RAMIREZ, SAUL M.     **CDC#:** H84928

**Date:** 01/07/2022

**Current Location:** SVSP-Facility C     **Current Area/Bed:** C 005 1130001L

From: Office of Grievances at California Men's Colony

Re: Log # 000000207606

The California Department of Corrections and Rehabilitation Office of Grievances at California Men's Colony received your grievance on 01/07/2022. Your grievance has been assigned for review and response.

Pursuant to California Code of Regulations, title 15, the Office of Grievances will complete its review no later than 03/09/2022.

Please be informed that the Office of Grievances will not respond to any inquiries about the status of a grievance prior to the date shown above.

CDCR SOMS OGTT300
CLAIMANT GRIEVANCE RECEIPT ACKNOWLEDGMENT

CCI Horsley
CCII pham
176405

8 4

CDCR SOMS OGTT300 - OOG Offender Grievance Receipt Acknowledgement

A-1

**CALIFORNIA DEPARTMENT of Corrections and Rehabilitation**

# CLAIMANT GRIEVANCE CLAIMS DECISION RESPONSE

**Re:** Grievance Claims Decision Response

**Offender Name:** RAMIREZ, SAUL MIRANDA
**CDC#:** H84928

**Date:** 10/30/2021

**Current Location:** CMC-Facility H

**Current Area/Bed:** H 001A1 - 001001L

**Log #:** 000000176405

## Claim #: 001

**Institution/Parole Region of Origin:** California Men's Colony    **Facility/Parole District of Origin:** CMC-Facility D
**Housing Area/Parole Unit of Origin:**
**Category:** General Employee Performance    **Sub-Category:** Other Staff Misconduct - NOS

### I. CLAIM

You claim Correctional Counselor I Horsley and Correctional Counselor II Pham manipulated Clinician G. Lopez into requesting your transfer to a State Hospital due to you filing staff complaints against multiple Correctional Officers.

### II. RULES AND REFERENCES

#### A. CONTROLLING AUTHORITY

California Code of Regulations (CCR), Title 15, Section 3004 Rights and Respect of Others
CCR, Title 15, Section 3391 Employee Conduct
CCR, Title 15, Section 3481 Claimant's Ability to Grieve and to Appeal

#### B. DOCUMENTS CONSIDERED

CDCR 602 Grievance Log Number 176405
Interview of Inmate RAMIREZ

### III. REASONING AND DECISION

All claims have been reviewed and have been adequately addressed. Based upon the aforementioned, insufficient facts, evidence or information were gathered which would support your claims CMC staff violated any CDCR policy.

Staff did not violate CDCR policy with respect to one or more of the grieved issues.

Your claim CC-I M. Horsley and CC-II B. Pham manipulated Clinician G. Lopez into requesting to transfer you to a State Hospital due to you filing staff complaints against multiple correctional officers is without merit. Within your written grievance and during interview, you provided no evidence or information staff made any statements regarding any type of retaliation against you. Your claim is solely based your own belief.

Although you have the right to submit a grievance against staff, a request for administrative action regarding staff or the placement of documentation in a staff member's personnel file is beyond the scope of the grievance against staff process. A variety of personnel actions may be initiated by the Department based upon the content of your complaint and the outcome of any investigation or inquiry conducted as a result of your complaint.

Allegations of staff misconduct do not limit or restrict the availability of further relief via the offender grievance process.

85

**Decision: Disapproved**

After a thorough review of all documents and evidence presented at the Office of Grievances Level, it is the order of the Office of Grievance to DISAPPROVE the claim.

If you are dissatisfied with the decision of this claim, you may file a 602-2, appeal with the California Department of Corrections and Rehabilitation Office of Appeals.

| Staff Signature | Title | Date/Time |
|---|---|---|
| B. Phillips [PHBR002] | CDW (A) | 10/29/2021 |



CALIFORNIA DEPARTMENT *of*
Corrections and Rehabilitation

# CLAIMANT APPEAL CLAIMS DECISION RESPONSE

**Re:** Appeal Claims Decision Response

**Offender Name:** RAMIREZ, SAUL MIRANDA

**CDC#:** H84928

**Current Location:** SVSP-Facility C

**Date:** 01/01/2022

**Current Area/Bed:** C 005 1 - 130001L

Log #: 090000176405

Claim # 001

**Received at Institution/Parole Region:** California Men's Colony

**Submitted to Facility/Parole District:** CMC-Facility H

**Housing Area/Parole Unit:**

**Category:** General Employee Performance    **Sub-Category:** Other Staff Misconduct - NOS

## I. ISSUE ON APPEAL

Appellant alleges Correctional Counselor-I Horsley and Correctional Counselor-II Pham manipulated Mental Health Clinician G. Lopez into requesting appellant's transfer to a State Hospital as retaliation against appellant for filing staff complaints.

## II. RULES AND REFERENCES

### A. CONTROLLING AUTHORITY

Title 15, sections 3481(a) and 3483(i)(1)

### B. DOCUMENTS CONSIDERED

OGT Log #176405

## III. REASONING AND DECISION

According to Title 15, subsection 3483(i)(1), to deny a claim requires that a Reviewing Authority find "by a preponderance of the evidence available that all applicable polices were followed and that all relevant decisions, actions, conditions, or omissions by the Department or departmental staff were proper." In this instance, however, the response by the Office of Grievances improperly shifts the burden to appellant to prove the allegations raised instead of assigning the burden of proof to the Department to prove all applicable rules were followed. Additionally, the response provided to appellant by the Office of Grievances provides no specific evidence refuting the facts as alleged by appellant as required by Title 15, subsection 3483(i)(1). The response is therefore incomplete and does not support the decision of the institution, this claim is therefore granted.

## IV. REMEDY

The Office of Grievances shall open a new claim for the purpose of providing appellant with a substantive response in support of its determination.

## Decision: Granted

After a thorough review of all documents and evidence available at the time of this written decision, it is the order of the Office of Appeals that this claim is granted. This decision exhausts the administrative remedies available to the claimant within CDCR.

86

| Staff Signature | Title | Date/Time |
|---|---|---|
| C. Rojas [ROCY016] | AW | 12/31/2021 |

STATE OF CALIFORNIA
**REQUEST TO IMPLEMENT REMEDIES**
CDCR 602-3 (03/20)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Page 1 of 1

| STAFF USE ONLY | Grievance or Appeal #: 176405    Date Received:_____ |
| | Date Due:_____ |
| | Categories:_____ |

*This is the process to ask for a granted or approved remedy to be provided to you.*

Claimant Name: SAUL M. RAMIREZ          CDCR #: H-84928

Current Facility/Parole District: CHCF STockTon          Current Area/Bed/Parole Unit: E1B-124L.

Claim #: ____1____

Decision: APPROVED [or] GRANTED

Institution/Parole Region of Origin: _____     Current Facility/Parole District of Origin: _____

Housing Area/Parole Unit of Origin: _____

Category: _____     Sub-Category: _____

Remedy Approved [or] Granted: _____     Due Date for Implementation: ____MAR 1 3 2022____

This form shall be submitted by mail to:
Office of Appeals
Remedies Compliance Coordinator
Department of Corrections and Rehabilitation
P.O. Box 942883
Sacramento, CA 95811

I, __SAUL M. RAMIREZ__, assert that 30 days has passed from the due date for implementation of the
Name of Claimant

remedy approved (or granted) for the claim referenced above. As a result, I am hereby submitting a request to implement

the outstanding remedy.

Please note that this form will not be returned to you.

Claimant Signature: Saul M. Ramirez          Date Signed: march 16, 2022

**DISTRIBUTION**    Original: Claimant's File    **Copies:** DAI, DAPO, and Claimant    88

STATE OF CALIFORNIA
**GRIEVANCE**
CDCR 602-1 (03/20)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Page 1 of 2

| **STAFF USE ONLY** | Grievance #: 176405 | Date Received: OCT 1 8 2021 |
|---|---|---|
| | Date Due: | CMC APPEALS OFFICE |
| | Categories: | |

_This is the process to ask for help with a complaint._

Claimant Name: Saul M. Ramirez CDCR #: H84929 Current Housing/Parole Unit: A-01, CTc

Institution/Facility/Parole Region: Cmc East

In order for the Department to understand your complaint, make sure you have answered the following questions:

- What is the nature of your complaint?
- When and where did the complaint occur?
- Who was involved?
- Which specific people can support your complaint?
- Did you try to informally resolve the complaint?
- What rule or policy are you relying on to make your complaint?
- Are there documents that would be helpful to support your position? List the documents if you do not have them. Please note that documents submitted with this form will not be returned.
- What specific action would resolve your complaint?

ON 9-23-2021 oT EDTT. cci. Harsly was manipulating and presuring my clinician miss G. Lopez and DR. Lauffer To agree in colluding To send me Trasfering To ICE, DsH. And ccrI pHam, also colluding and agreing with DR gray, and DR. Lauffer and miss Lopez To Transfer me out for filing Staff complaints, correctional guard %cs. mohhamed, %o Loomis, %o Cabrera, %o Denarlan C., %o li castillo, %o delgadillo and %o Rouse, cci.itarely, and ccil pHam are custody and not are To manipulate, or interfere with my MH Treatments, They are not Doctors or have a MHC. License. To Treat my illnesses, stop manipulating MH sTaff. I request To exhaust my remedies TiTle is (3084.1(d) No reprisal shall Taken on me fore filing a602. See Rhodes v. Robinson, 408 F.3d. 559, 567-68, (9Th cir. 2005.) See also Rizzo v. Dawson, 778 F.2d. 527, 531-32 (9Th cir 1985) First AmendmenT, RighT No reToliation for filing Appeals or The Court case # (21Hc-01101) please a exhaust my Remedy. yes I Tried To resolve see Attached cocR 7362, and cocR 7362 dates 10-1-21 and 10-3-21. and LeTTer conTrol # 9022. of B.D. pHilies Exhibit A and B. Associate warden. And DonT senT The white inmaTes To beat me up, becouse custody already Tried To.

Copy To inspecTor General                    79

# Memorandum

To:  **Claimant**

Subject: **Modified Response Date**

Attached to this memorandum is a copy of a letter from the Office of Appeals informing you that your claim has been assigned to an institutional or regional Office of Grievances for review and a written response. This memorandum serves as notice that the deadline provided in the letter for the response to your claim has been modified and will instead be as follows:

MAR 1 3 2022

State of California

Department of Corrections and Rehabilitation
Office of Appeals



# Memorandum

To:        Claimant

Subject:   **DECISION ON APPEAL – GRANTED**

Thank you for submitting your appeal for review by the California Department of Corrections, Office of Appeals. Pursuant to Title 15, section 3486(i)(2), the Office of Appeals has granted one or more of the claims you submitted on your CDCR Form 602-2 (see attached decision letter).

Pursuant to Title 15, section 3485(e), "The appeal package submitted by the claimant shall be stored electronically by the Department. The CDCR Form 602-2 shall contain a notification to the claimant that the documents submitted will not be returned to the claimant." Therefore, your Form 602-2 and any supporting documents are not included with this response.

However, a copy of your entire appeal package is maintained in your Central File. The process for requesting copies of documents contained in Central Files, often referred to as an *Olsen* review, can be found in the Department Operations Manual, sections 13030.16 and 13030.17.

Thank you,

HOWARD E. MOSELEY
Associate Director

90

State of California

# Memorandum

EIB

Date    :   February 11, 2022

To      :   RAMIREZ, Saul (H84928)
            Salinas Valley State Prison
            Facility C 005 1 136001L

            DY 2115L
            CHCF-FAC E    E30181-1241L

Subject:    INVESTIGATION/ALLEGATION INQUIRY FINDINGS – GRIEVANCE LOG# 207606

**GRIEVANCE ISSUE.** It is the claimant's position Correctional Counselor II (CCII) B. Pham and Correctional Counselor I (CCI) M. Horsley manipulated Clinician G. Lopez into requesting he be transferred to a State Hospital due to him filing staff complaints against multiple Correctional Officers.

**DETERMINATION OF ISSUE:** Your claim contained an allegation of staff misconduct as defined in the California Code of Regulations (CCR), Title 15, Section 3485(c)(17) and was either processed as an Office of Internal Affairs (OIA) Investigation pursuant to CCR, Title 15, Section 3488.2, or as an Allegation Inquiry by a Locally Designated Investigator (LDI) pursuant to CCR, Title 15, Section 3488.3.

**FINDINGS:** Upon receipt and review of the Confidential Investigation Report as described in CCR, Title 15, Section 3488.2(d), Allegation Inquiry Report as described in CCR, Title 15, Section 3488.3(d), or approval from OIA for direct adverse action, the Hiring Authority determined your Claim/Allegation was:

☐ NOT SUSTAINED: The investigation or inquiry failed to disclose a preponderance of evidence to prove or disprove the allegation made in the complaint.

☒ UNFOUNDED: The investigation or inquiry conclusively proved that the act(s) alleged did not occur, or the act(s) may have, or in fact, occurred but the individual employee(s) named in the complaint(s) was not involved.

☐ EXONERATED: The facts, which provided the basis for the complaint or allegation, did in fact occur; however, the investigation or inquiry revealed that the actions were justified, lawful, and proper.

☐ SUSTAINED: The investigation or inquiry disclosed a preponderance of evidence to prove the allegation(s) made in the complaint.

**ALL STAFF PERSONNEL MATTERS ARE CONFIDENTIAL IN NATURE.** As such, the details of any inquiry or investigation will not be shared with staff, members of the public, or an offender grievant. Although you have the right to submit an allegation of staff misconduct, a request for administrative action regarding staff or the placement of documentation in a staff member's personnel file is beyond the scope of the staff misconduct process. As stated in the associated Office of Grievances Decision response letter, your claim was identified as

91

Page 2

an allegation of staff misconduct, meaning it was referred outside of the grievance and appeal process to an appropriate authority within the Department for the purpose of gathering facts needed to prove or disprove the allegation. The Inquiry/Investigation was completed and your administrative remedies shall be considered exhausted.

_____          2-11-2022
D. SAMUEL                                Date
Warden(A)

92

MEdiCAL Records

EXHIBIT

D - 15 Pages 1 To 15

neurosurgen mD. Donald A. RamBerG. Assessment/plan redo Lumber lam-inecTomy, L5-S1-revision of the pedical screw daTed 1-20-2023, / Neurosurgen M. Rahimifar mD. Recommendations on 5-26-2023, sympToms conTinue hean sб laminecTomy of L3, L4, L5. / Neurosurgen M. Rahimifar mD. RecommendaTions date 10-8-2024. noT ideal for surgical, possibiliTy of dura Tear / mRI Lumber spine daTed 8-1-2022. And mRI daTed 4-29-2024, / mRI cervical spine neck pain daTed. 9-25-2023, / mRI knee LefT daTed 11-15-2018, medial and lateral meniscus Tears- sequela of prior Osgood-schlaTTer disease- medial comparTment and patellofemoral joint chondromalacia / mRI knee LefT daTed 4-29-24. injury has To be fix compleaTly.

**EXHIBIT D**

Patient Name: RAMIREZ, SAUL MIRANDA
Date of Birth: 5/27/1960

MRN: H84928
FIN: 10000001011696551H84928

**\* Auth (Verified) \***

athena     1/24/2023 1:03:06 pm EST                          dcc6035f-d215-4c49-96de-dc9dfbe536e3          Page. 04 / 15
DONALD A. RAMBERG, M.D. • 699 CALIFORNIA BLVD. SUITE B, SAN LUIS OBISPO CA 93401-2507

## RAMIREZ, Saul (Id #5476, dob: 05/27/1960)

**Encounter Date: 01/20/2023**
Patient

| | | | |
|---|---|---|---|
| **Name** | RAMIREZ, SAUL (62yo, M) ID# 5476 | **Appt. Date/Time** | 01/20/2023 11:30AM |
| **DOB** | 05/27/1960 | **Service Dept.** | OFFICE |
| **Provider** | DONALD A. RAMBERG, MD | | |

**Insurance**   Med Contracts: CLINICIANS TELEMED MEDICAL GROUP
Insurance # : H84928
Prescription: SURESCRIPTS LLC - This member could not be found in the payer's files. Please verify coverage and all member demographic information. details

**Chief Complaint**

None recorded.

**Vitals**

None recorded

**Allergies**

None recorded

**Medications**

None recorded

**Problems**

Reviewed Problems

**Documents for Discussion**

Discussed the following documents:
• Clinical Document - 01/18/23
       Notes - RECORDS FOR TELEMED 1/20/23
• Clinical Document - 01/17/23
       Notes - RECORDS FOR TELEMED 1/20/23

**Screening**

None recorded

**HPI**

In 2017 he had a L4-5 and L5-S1 lumbar laminectomy and fusion with pedicle screw instrumentation and did well for a few months then has deteriorated and now has significant right leg pain that he says prevents him from doing much walking or from returning to his job duties. Some recent CT and MRI scans have been done and reviewed and show one-sided instrumentation L4-5 L5-S1 with interbody graft at L4-5 but had an L5-S1 and resulting bilateral severe foraminal stenosis. In addition he has gained weight and now has a BMI of 40. Also has significant neck pain though nonradicular and bilateral knee pain. He has hypertension and adult onset diabetes

**ROS**

Patient reports **numbness, tingling, weakness, and difficulty with gait or walking** but reports no bladder symptoms.

**Physical Exam**

Telemedicine

**Assessment / Plan**

**1. Lumbosacral radiculitis**
   M54.17: Radiculopathy, lumbosacral region
   • TRANSFORAMINAL INTERBODY LUMBAR FUSION, LEVEL SPECIFIED, WITH HARDWARE (SURG)

| | |
|---|---|
| Admission Status: AM Admit | Length of Stay (Days): 3 |
| Duration of Procedure (hours): 3-4 | Surgical Assistant?: Y |

Implants/Equipment Needed: Zeiss microscope, Medtronic Intraoperative Imaging?: O-arm

| | |
|---|---|
| Anatomical Site: L4-5 and L5-S1 | Intraoperative Monitoring: yes |

   • SARS COV 2 RNA (COVID-19), QL, RRT-PCR, RESPIRATORY SPECIMEN
   • XR, CHEST
   • ELECTROCARDIOGRAM
   • PT/PTT, PLASMA
   • URINALYSIS, DIPSTICK
   • CBC
   • BUN (BLOOD UREA NITROGEN), SERUM OR PLASMA

MEDICAL RECORDS

JAN 26 2023

RECEIVED

Facility: COR

Patient Name: RAMIREZ, SAUL MIRANDA
Date of Birth: 5/27/1960

MRN: H84928
FIN: 10000001011696551H84928

**\* Auth (Verified) \***

athena       1/24/2023 1:03:06 pm EST                    dcc6035f-d215-4c49-96de-dc9dfbe536e3                Page 05 / 15
DONALD A. RAMBERG, M.D. • 699 CALIFORNIA BLVD. SUITE B, SAN LUIS OBISPO CA 93401-2507

### RAMIREZ, Saul (Id #5476, dob: 05/27/1960)

- CREATININE, SERUM OR PLASMA
- ELECTROLYTE PANEL, SERUM

**Discussion Notes**
I discussed with the patient that the main problem is resulting foraminal compression L5-S1 from anterolisthesis at that level. Epidural steroids could be tried but he is opposed to doing that. Surgical treatment would be a redo lumbar laminectomy and fusion with a transforaminal fusion L5-S1 and revision of the pedicle screw instrumentation from L4 down to the sacrum. Because of his associated medical problems and previous surgery and his BMI of 40 this is significant risk and disability is associated with it totaling probably 15 to 20% chance for some saline but disability such of Infection hematoma injury nerve root loss of bowel or bladder control and failure of the new fusion and instrumentation. Despite this he still wishes to proceed with the surgical treatment

We have discussed the risks of the surgery including but not limited to infection, hemorrhage, injury to nerve resulting in sensory loss or weakness, loss of bowel or bladder control.
We have discussed the risks of fusion with instrumentation including but not limited to failure of fusion, infection, hemorrhage, failure of instrumentation, nerve injury.

Return to Office
Patient will return to the office as needed.

Encounter Sign-Off
Encounter signed-off by Donald A. Ramberg, MD, 01/20/2023.

Encounter performed and documented by Donald A. Ramberg MD
Encounter reviewed & signed by Donald A. Ramberg, MD on 01/20/2023 at 11:56am

MEDICAL RECORDS

JAN 2 6 2023

RECEIVED

Facility: COR

2

Patient Name: RAMIREZ, SAUL MIRANDA
Date of Birth: 5/27/1960

MRN: H34923
FIN: 10000001011696551H34923

* Auth (Verified) *

From Bakersfield Neuro Science Spine          166 3729988          7/1/2023 12.34 29 PDT          Page 1 of 1



# Bakersfield Neuroscience & Spine Institute

*Neurosurgery and Neurology of Brain, Spine and Nerves*

M. Rahimifar, MD*
MSc, FRCSC, FACS
*Neurological Surgeon,*
*Adult & Pediatric*

M. Rashidi, MD*
FRCSC, FACS
*Neurological Surgeon,*
*Adult & Pediatric*

K. Surami, MD*
*Clinical Neurophysiology,*
*Electrodiagnostics*

Weiss Moshref, PA*
*Physician Assistant*

Beverly Perry, PA*
*Physician Assistant*

26 May 2023

NEUROSURGICAL PROGRESS REPORT (INMATE)

PATIENT: RAMIREZ, SAUL
DOB: 05/27/1960
CDC#: H34928

62-year-old male was seen for management of chronic back pain radiating to right leg.

INTERVAL HISTORY: Patient had surgery which is unilateral lumbar disc surgery at L3-L4, L4-L5 with unilateral pedicular screw stabilization. No evidence of lumbar laminectomy however. Surgery was in 2017.

He continues to have back pain radiating to both legs right more than left. When he walks his right leg becomes weak and numb, that is why he is using a walker. He has dribbling of the urine. He s not diabetic.

Comorbidities were studied.

OBJECTIVE: He is a fairly large man of 244 lbs. 5 feet 6 inches.
On examination, no reflexes detected at the knee or ankle. Dorsiplantar flexion of both feet present but reduced. No long tract sign.
On the right side there is loss of proprioception vibration of the right leg. On the left side it is present.

REVIEW OF STUDIES: Actual images were reviewed. Forwarded medical records were reviewed.

DIAGNOSES:
1. Lumbar spinal stenosis L3-L4, L4-L5.
2. Bilateral leg radiculopathy, right more than left.

RECOMMENDATIONS:
1. Order LABS: CBC, sed rate. Then Decadron 4 mg 8 h, post-meals with Mylanta for 5 days, following lab work.
2. Re-evaluation in three months.
3. If his neurogenic symptoms continue, he needs laminectomy of L3, L4, L5.

MEDICAL RECORDS

JUL 14 2023

TREAT AS ORIGINAL RECEIVED

Majid Rahimifar, M.D.

MR ok  #660

*Independent Contractor

2601 Oswell Street, Suite 101
Bakersfield, CA 93306
661-872-9999 or Fax 561-872-9983

3

AMIREZ, SAUL MIRANDA
/27/1960

H84928
10000001011696551H84928

\* Auth (Verified) \*

10-14-'24 13:39 FROM-                              661-872-1915            T-722  P0002/0002 F-831



# Bakersfield Neuroscience & Spine Institute

## *Neurosurgery and Neurology of Brain, Spine and Nerves*

**M. Rahimifar, MD\***
MS:, FRCSC, FACS
*Neurological Surgeon,*
*Adult & Pediatrics*

**O. Leramo, MD\***
FRCSC, FACS, FICS
*Neurological Surgeon,*
*Adult & Pediatrics*

**M. Rashidi, MD\***
FRCSC, FACS
*Neurological Surgeon,*
*Adult & Pediatrics*

**K. Saremi, MD\***
*Clinical Neurophysiology*
*Electrodiagnostics*

**fi. Lhujoco, MD**
*Physical medicine*
*Rehabilitation*

**Weiss Moshref, PA\***
*Physician Assistant*

**\*Independent Contractor**

08 October 2024

### NEUROSURGICAL PROGRESS REPORT (Inmate)

PATIENT: RAMIREZ, SAUL
DOB: 05/27/1960
CDC#. H84928 – Life sentence

MEDICAL RECORDS
OCT 15 2024
RECEIVED

Previous medical records were reviewed. Previous CT scan report was reviewed. MRI of 2024 was reviewed and plain x-rays were reviewed. Corcoran medical records reviewed.

**INTERVAL HISTORY**: He has symptoms totally unrelated to the pedicular screw of S1. He had unilateral laminectomy and pedicular screw stabilization and interbody device in SLO. He has extension of his back pain up to the area of L2, goes down to the right groin area primarily, walks with walker.

There are periodic times that he is fine, he walks well without any assist. There are occasions that he has to take pain meds and use walker. As early as this year he had had lumbar epidural injection, cervical epidural injection. He has failed epidural injections.

Unfortunately he is not an ideal candidate for surgery because he has facet degenerative arthropathy all the way up to L2. I told him that his redo lumbar surgery likely will only give him minimal relief because he has more arthritis in the facet joints at multiple levels then radiculopathy. He also has a high incidence of CSF leak, dura tear because of the adhesions. I gave him all this information to think about it. He also has been treated as indicated for cervical disc disease. Also, has had three level C4-C5, C5-C6 and C6-C7 spondylotic changes in the cervical spine.

**OBJECTIVE:** He is short stature, overweight male. He does have good dorsiplantar flexion of both feet. On examination however he is not myelopathic. No reflexes at the knee. Dorsiplantar flexion as indicated +4. He has lost proprioception vibration of both legs indicating that he has peripheral neuropathy as well.

**REVIEW OF STUDIES**: MRI that was done on 04/29/2024 snows post surgical changes of pedicular screw application and interbody device with scarring wrapped around the thecal sac. Spinal stenosis has spread up to include L2-L3 and L3-L4, so his arthropathy is progressive.

**RECOMMENDATIONS:**

1. Order Nexwave Stimulator Device and supplies as needed: treatment Rx: Daily @30-60 minutes per treatment, prn. Treatment Goals: Reduce and/or eliminate pain, to improve functional capacity and activities of daily living, to reduce or prevent the need for oral medications, to improve circulation in injured region, to decrease/prevent muscle spasms and atrophy. To provide a self-management tool to the patient. The patient has not sufficiently improved with conservative care. Numerous studies indexed by Medline and PubMed.gov have shown muscle interferential and TES stimulators to reduce pain, improve function and reduce medication usage in injured patients. Continued use of this evidence based, safe and drug free treatment is both reasonable and medically necessary at this time.
2. Short course of Dexamethasone 4 mg, q8h post meals with Mylanta.
3. Lose weight, wear lumbar corset.
4. Since surgical results will not be ideal and probably will be complicated with possibility of dura tear, he should think twice about another surgery at this time, unless he insists then order new EMG/NCS of both legs with Dr. Saremi at this office, Board Certified Neurodiagnostician for accuracy. Then, we decide.

**Majid Rahimifar, M.D.**
**MR/dk  # 1278**

2601 Oswell Street, Suite 101
Bakersfield, CA 93306
661-872-9999 or Fax 661 872-9988

4

COR - California State Prison, Corcoran
4001 King Avenue
P.O. Box 8800
Corcoran, CA 93212-

**Patient:**    **RAMIREZ, SAUL MIRANDA**

DOB/Age/Birth Gender:    5/27/1960   64 years    Male

CDCR #  H84928

Gender Identity:    Male

PID #  11696551

Encounter Date:    7/30/2022

Referring:

Attending:    Hans,Madhupreet P&S

## Consultation Notes

Document Type:                        Neurosurgery Consultation Note
Document Subject:                     COR1753
Service Date/Time:                    10/8/2024 00:00 PDT
Result Status:                        Auth (Verified)
Perform Information:                  Rios,Elma OT (10/15/2024 09:52 PDT)
Sign Information:                     Chan,Jason PA (10/15/2024 10:32 PDT), Rios,Elma OT
                                      (10/15/2024 09:52 PDT)
Authentication Information:           Rios,Elma OT (10/15/2024 09:52 PDT)

Encounter Info: Patient Name: SAUL RAMIREZ;DOB: 05/27/1960;CDCR: H84928;FIN: 1000000101169655;H84928;Facility: COR Encounter Type:
Institutional Encounter

---

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

Report Request ID:  90447945                          Print Date/Time:  10/30/2024 14:34 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.

**HEALTH CARE SERVICES**

**COR - California State Prison, Corcoran**
4001 King Avenue
Corcoran, CA 93212-

Patient: **RAMIREZ, SAUL MIRANDA**
DOB/Age/Sex: 5/27/1960  62 years  Male
Encounter Date: 7/30/2022
Attending: Mehta,Anand P & S

CDCR #: H84928
PID #: 11696551
Referring:

## Magnetic Resonance Imaging

ACCESSION      EXAM DATE/TIME        PROCEDURE          ORDERING PROVIDER STATUS
               8/1/2022 09:25 PDT    MRI LUMBAR SPINE   Mehta,Anand P & S    Auth (Verified)
                                     W-W/O CTRST

Report

PATIENT NAME: SAUL RAMIREZ
MRN: 11696551
DOB: 05/27/1960
ACCOUNT: 10000001011696551H84928
ORDERING PHYSICIAN: M. Anand
Service Date: 08/01/2022

EXAMINATION: MRI lumbar spine with and without gadolinium.

CLINICAL HISTORY: Lower back pain.

COMPARISON: CT 1/27/2020.

TECHNIQUE: The following pulse sequences were acquired: fast spin echo T1 FLAIR sagittal, fast recovery fast spin echo T2 sagittal, fast recovery fast spin echo T2 fat saturated sagittal, spin echo T1 axial, and fast spin echo T2 axial Axial and sagital T1 sequences were obtained following administration of gadolinium.

FINDINGS:

L1-2: Desiccation of the intervertebral disc is present with loss of height and a mild broad-based disc protrusion. Hypertrophic degenerative changes of the facet joints and thickening of ligamentum flavum are seen. These findings result in mild central canal and mild bilateral neural foraminal narrowing.

L2-3: Desiccation of the intervertebral disc is present with loss of height and a mild broad-based disc protrusion. Hypertrophic degenerative changes of the facet joints and thickening of ligamentum flavum are seen. These findings result in moderate central canal and mild bilateral neural foraminal narrowing.

L3-4: Desiccation of the intervertebral disc is present with loss of height and a mild broad-based disc protrusion. Hypertrophic degenerative changes of the facet joints and thickening of ligamentum flavum are seen. These findings result in moderate central canal and mild bilateral neural foraminal narrowing.

Report Request ID: 58681681

Print Date/Time:  8/10/2022 11:41 PDT

WARNING: This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.

COR - California State Prison, Corcoran

Patient:      **RAMIREZ, SAUL MIRANDA**
DOB/Age/Sex:  5/27/1960  / 62 years    / Male         CDCR: H84928

---

| *Magnetic Resonance Imaging* |
| --- |

### Report

L4-5: Postsurgical changes of previous discectomy, laminectomy, and fusion are seen. Hypertrophic degenerative changes are present within the facet joints. Mild bilateral neural foraminal narrowing is seen.

L5-S1: Postsurgical changes of previous laminectomy, discectomy, and fusion are seen. Grade 1 spondylolisthesis is present. Severe bilateral neural foraminal stenoses are present. The exiting L5 nerve roots appear compressed within the neural foramina. No central canal stenosis is identified.

The conus is located at the T11-12 level and appears to be within normal limits. The visualized portion of the retroperitoneum is unremarkable. No abnormal enhancement is seen following the administration of gadolinium.

IMPRESSION:

1. Degenerative and postsurgical changes of the lumbar spine are present as described above. Moderate central canal narrowing seen at L2-3 and L3-4. Severe bilateral neural foraminal stenoses are present at L5-S1 where the exiting L5 nerve roots appear compressed within the neural foraminal.

Electronically Signed by: DGeller, MD

Date Signed: 8/1/2022 9:25 AM

---

Report Request ID:   58681681                        Print Date/Time:   8/10/2022 11:41 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.

6

Patient Name: RAMIREZ, SAUL MIRANDA
Date of Birth: 5/27/1960

MRN: H84928
FIN: 10000001011696551H84928

\* Auth (Verified) \*

H84928

MRI Lumbar Spine WO Contrast
\* Final Report \*

RAMIREZ, SAUL MIRANDA - 029-515-15

Result Type:       MRI Lumbar Spine WO Contrast
Result Date:       April 29 2024 14:16 PDT
Result Status:     Auth (Verified)
Result Title:      MRI Lumbar Spine WO Contrast
Performed By:      Alvarado, Griselda on April 29 2024 14:16 PDT
Verified By:       Glenn Jr, MD, William V on May 01 2024 08:28 PDT
Encounter info:    73106976649, 83, Outpatient, 04/29/2024 - 04/29/2024

\* Final Report \*

Reason For Exam
Low back pain, unspecified. Fusion of spine, lumbar region

REPORT
Clinical History
LBP
- lifting injury x3 months after having L/S surgery 2017

Comparison:
None

MEDICAL RECORDS

MAY 03 2024

RECEIVED

Technique: Sagittal T1 TSE warp, sagittal T2 TSE warp, sagittal T2 TSE STIR, axial T2 TSE warp, axial T1 TSE warp.

Without Contrast

RAMIREZ; SAUL MIRANDA, 2951515

Findings: 68-year-old patient with low back pain. Lifting injury 3 months after having lumbosacral surgery 2017.

Lumbar lordosis maintained. No compression fracture. Conus normal.

T12/L1: No disc bulge. Height normal, signal normal. Central canal patent. Foramina patent. Facets unremarkable.

L1-2: 2.2 mm disc protrusion. Height normal, signal slightly reduced. Central canal patent. Foramina patent. Facets are mildly prominent bilaterally.

L2-3: 2.7 mm disc protrusion. Height normal, signal slightly reduced. Central canal showed moderately severe stenosis. Foramina patent. Facets are moderately hypertrophic bilaterally.

L3-4: 3 mm disc protrusion. Height normal, signal slightly reduced. Central canal shows moderate stenosis. Foramina patent. Facets are moderately hypertrophic bilaterally. Anterior (prespinal) disc bulging with endplate ridging protruding into prespinal soft tissues greater to the left of midline.

Printed by:      Rhoades, Yrma G
Printed on:      05/02/2024 12:22 PDT

Page 1 of 3

Facility: COR

Patient Name: RAMIREZ, SAUL MIRANDA
Date of Birth: 5/27/1960

MRN: H84928
FIN: 10000001011696551H84928

\* Auth (Verified) \*

MRI Lumbar Spine WO Contrast
\* Final Report \*

RAMIREZ, SAUL MIRANDA - 029-515-15

L4-5: 3.2 mm disc protrusion. Height normal, signal slightly reduced. Central canal patent. Foramina patent. Facets borderline hypertrophic on the left, poorly seen on the right. Right L4 pedicle screw.

L5/S1: 4.8 mm disc protrusion. Height reduced, signal slightly reduced. Central canal patent. Foramina patent. Facets slightly prominent on the left, poorly seen on the right. Right-sided interbody fusion graft. Right L5 pedicle screw. Also right pedicle screw at S1. Right-sided hemilaminectomy changes at L5-S1.

IMPRESSION:

Slight loss of disc space signal L1 to S1. Loss of disc space height L5-S1.

Disc protrusions: 2.2 mm L1-2, 2.7 mm L2-3, 3 mm L3-4, 3.2 mm at L4-5, 4.8 mm L5-S1.

Right-sided pedicle screws at L4, L5 and S1 along with a right-sided interbody fusion graft at L5-S1.

Facet joint hypertrophy: Mildly prominent bilaterally L1/2, moderately hypertrophic bilaterally L2-3, moderately hypertrophic bilaterally L3-4, borderline hypertrophic on the left L4-5. Slightly prominent facets bilaterally L5-S1.

Central canal stenosis: Moderately severe at L2-3, moderate at L3-4.

Foraminal stenosis: None

Other: No lumbar compression fracture. Conus normal. L3-4 shows anterior (prespinal) disc bulging with endplate ridging protruding into prespinal soft tissues greater to the left of midline

This report was electronically signed by William V. Glenn MD on 5/1/2024 8:25.43 AM.

Signature Line
\*\*\* Final \*\*\*

Electronically Signed By: Glenn Jr, MD, William V

on 05/01/2024 08:28

MEDICAL RECORDS
MAY 03 2024
RECEIVED

Report
This document has an image

Completed Action List:

Printed by:      Rhoades, Yrma G
Printed on:      05/02/2024 12:22 PDT

Page 2 of 3

Facility: COR

Patient Name: RAMIREZ, SAUL MIRANDA
Date of Birth: 5/27/1960

MRN: H84928
FIN: 10000001011696551H84928

* Auth (Verified) *

MRI Lumbar Spine WO Contrast
* Final Report *

RAMIREZ, SAUL MIRANDA - 029-515-15

* Order by Russell, MD, Marie A on April 24 2024 08:27 PDT
* Perform by Alvarado, Griselda on April 29 2024 14:16 PDT
* VERIFY by Glenn Jr, MD, William V on May 01 2024 08:28 PDT
* VERIFY by Glenn Jr, MD, William V on May 01 2024 08:28 PDT

MEDICAL RECORDS
MAY 03 2024
RECEIVED

Printed by:     Rhoades, Yrma G
Printed on:     05/02/2024 12:22 PDT

Page 3 of 3

Facility: COR

COR - California State Prison, Corcoran

Patient:                              **RAMIREZ, SAUL MIRANDA**
DOB/Age/Birth Gender:    5/27/1960  /  63 years    /  Male          CDCR: H84928

---

### Magnetic Resonance Imaging

| ACCESSION | EXAM DATE/TIME | PROCEDURE | ORDERING PROVIDER | STATUS |
|---|---|---|---|---|
| | 10/2/2023 13:01 PDT | MRI CERVICAL SPINE W/O CTRST | Mehta,Anand P & S | Auth (Verified) |

Report

PATIENT NAME:  SAUL RAMIREZ
MRN:  11696551
DOB:  05/27/1960
ACCOUNT:  100000010116965551H84928
ORDERING PHYSICIAN:  A. Anand
Service Date:  09/25/2023

MRI CERVICAL SPINE W/O CONTRAST

CLINICAL INDICATION: "TT"; " "
COMPARISON: 9/15/2014
TECHNIQUE:  A combination of long and short TR weighted sequences were obtained
through the cervical spine, in the axial and sagittal planes without contrast.

112 images

FINDINGS:

The visualized contents of the posterior cranial fossa are unremarkable. The
craniocervical junction appears intact.

Vertebrae:

No substantial spondylolisthesis. Multilevel disc bulging, facet arthropathy,
and uncovertebral hypertrophy, with degenerative narrowing detailed by level as
follows:

Segmental Analysis:

C2-C3: Mild right neural foraminal narrowing, mildly progressed. No spinal canal
narrowing.

C3-C4: Mild left and moderate right neural foraminal narrowing, progressed. No
spinal canal narrowing.

C4-C5: Minimal disc bulging. Moderate to high-grade right and moderate left
neural foraminal narrowing, appearing mildly progressed.

---

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

---

Report Request ID:  76944633                                    Print Date/Time:  11/15/2023 12:16 PST

**WARNING:** This report contains confidential, proprietary, and/or legally privileged
information intended for the recipient only.

10.

COR - California State Prison, Corcoran

Patient:                    **RAMIREZ, SAUL MIRANDA**
DOB/Age/Birth Gender:   5/27/1960  /  63 years    /   Male        CDCR: H84928

## Magnetic Resonance Imaging

### Report

C5-C6: Mild disc bulging. Mild to moderate spinal canal narrowing with contour deformity of the cord without abnormal cord signal. Severe left and moderate to severe right neural foraminal narrowing. Degenerative changes have progressed.

C6-C7: Mild disc bulging. Mild spinal canal narrowing. Moderate to high-grade bilateral neural foraminal narrowing. Degenerative changes have progressed.

C7-T1: No spinal canal narrowing or neural foraminal narrowing.

Spinal Cord:
No abnormal cord signal.

Misc. Soft Tissue:

No soft tissue mass or prevertebral hematoma.

IMPRESSION:

Degenerative changes of the cervical spine, with the most conspicuous levels as follows:

C4-C5: Minimal disc bulging. Moderate to high-grade right and moderate left neural foraminal narrowing, appearing mildly progressed.

C5-C6: Mild disc bulging. Mild to moderate spinal canal narrowing with contour deformity of the cord without abnormal cord signal. Severe left and moderate to severe right neural foraminal narrowing. Degenerative changes have progressed.

C6-C7: Mild disc bulging. Mild spinal canal narrowing. Moderate to high-grade bilateral neural foraminal narrowing. Degenerative changes have progressed.

Electronically Signed by: ABartret, MD

Date Signed: 10/2/2023 1:01 PM

## Mammography

No data exists for this section

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

Report Request ID: 76944633                              Print Date/Time:  11/15/2023 12:16 PST

**WARNING:** This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.

**HEALTH CARE SERVICES**    California Mens Colony

| | |
|---|---|
| Name: | SAUL RAMIREZ |
| DOB | 5/27/1960 |
| Exam Name: | MRI KNEE LEFT W/O CONTRAST | 73721 |
| Age: | 61Y 11M |
| Primary Care Provider: | A. Collins, DO - CMCl |
| Ordering Provider: | B. Griffin, MD |

Patient ID:    11696551
Secondary ID: H84928

Exam Date:    11/15/2018 10 30 AM

## MRI KNEE LEFT W/O CONTRAST

Clinical History: Occasional locking with history of meniscal tear

TECHNIQUE: The following pulse sequences were acquired of the left knee: fat saturated fast spin echo proton density sagittal, spin echo T1 coronal, fat saturated fast spin echo proton density coronal, and fat saturated fast spin echo proton density axial.

Comparison. Prior exam of October 15, 2015.

Findings:

Menisci: And oblique undersurface tear affects the body and posterior horn of the medial meniscus with displaced meniscus tissue residing within the meniscotibial recess. An oblique tear affects the posterior horn of the lateral meniscus with extension to the superior articular surface.

Ligaments: The anterior and posterior cruciate ligaments are normal. The deep and superficial fibers of the medial collateral ligament are intact and there is no periligamentous edema. The lateral collateral ligament and the remainder of the posterolateral corner structures are intact.

Extensor mechanism: Mild edema is noted within the inferior aspect of the patella with unfused anterior tibial ossification centers compatible with prior Osgood-Schlatter disease. No acute tear.

Fluid: No joint effusion or Baker's cyst.

Osseous structures/articular structures. No fractures or regions of abnormal bone marrow signal intensity are present. Partial thickness chondromalacia is present at the patellofemoral joint and medial compartment.

Impression:
1. Medial and lateral meniscus tears.
2. Sequela of prior Osgood-Schlatter disease.
3. Medial compartment and patellofemoral joint chondromalacia.

Report Electronically Signed by: RICHARD WATERS, MD
Report Electronically Signed on: 11/19/2018 10:30 AM

12

Patient Name: RAMIREZ, SAUL MIRANDA
Date of Birth: 5/27/1960

MRN: H84923
FIN: 100000001011696551H84923

\* Auth (Verified) \*

H84923

MRI Knee Lt WO Contrast
\* Final Report \*

RAMIREZ, SAUL MIRANDA - 029-515-15

Result Type:          MRI Knee Lt WO Contrast
Result Date:          April 29 2024 14:16 PDT
Result Status:        Auth (Verified)
Result Title:         MRI Knee Lt WO Contrast
Performed By:         Alvarado, Griselda on April 29 2024 14:16 PDT
Verified By:          Golian, MD, Nader on April 30 2024 16:26 PDT
Encounter info        73106978649, 83, Outpatient, 04/29/2024 - 04/29/2024

\* Final Report \*

Reason For Exam
Unspecified tear of unspecified meniscus, current injury, left knee, initial encounter, osgood-schlatter disease

REPORT
EXAM: MRI Knee Lt WO Contrast; 4/29/2024 1:13 PM
Ordering Provider: Marie A Russell

HISTORY: Unspecified tear of unspecified meniscus, current injury, left knee, initial encounter, osgood-schlatter disease

COMPARISON: None

TECHNIQUE: Axial T2 FS, coronal T1 and PD FS, and sagittal T1, PD FS and PD MRI sequences of the left knee were obtained using a GE Signa HDXT 1.5 T MRI scanner.

FINDINGS:
Medial meniscus: Undersurface tear and partial collapse.

Lateral meniscus: No meniscal tears visualized

Anterior cruciate ligament: Normal morphology and signal intensity

Posterior cruciate ligament: Normal morphology and signal intensity

Bone marrow signal: Normal morphology and signal intensity

Articular cartilage: Mild chondromalacia in the medial compartment.

Medial and lateral collateral ligaments: Normal

Iliotibial band: Normal

Patellar retinacula: Normal

MEDICAL RECORDS

MAY 03 2024

RECEIVED

Printed by:     Rhoades, Yrma G
Printed on:     05/02/2024 12:22 PDT

Page 1 of 2

13

Patient Name: RAMIREZ, SAUL MIRANDA
Date of Birth: 5/27/1960

MRN: H84923
FIN: 100000001011696551H84923

* Auth (Verified) *

MRI Knee Lt WO Contrast                    RAMIREZ, SAUL MIRANDA - 029-515-15
* Final Report *

Quadriceps, patellar and popliteal tendons: Partial tear of the patellar tendon at the distal attachment.

Biceps femoris tendon: Normal

Baker's cyst: Small dissecting synovial cyst in the posteromedial joint

Knee effusion: None

IMPRESSION:
1. Partial tear of the patellar tendon at the distal attachment involving the anterior fibers
2. Undersurface tear and partial collapse of the medial meniscus.
3. Small dissecting synovial cyst in the posteromedial joint.

Signed by: Nader Golian, MD on 4/30/2024 4:26 PM

Signature Line
*** Final ***

Electronically Signed By: Golian, MD Nader

on 04/30/2024 16:26

Report
This document has an image

Completed Action List:
* Order by Russell, MD, Marie A on April 24 2024 08:27 PDT
* Perform by Alvarado, Griselda on April 29 2024 14:16 PDT
* VERIFY by Golian, MD, Nader on April 30 2024 16:26 PDT
* VERIFY by Golian, MD, Nader on April 30 2024 16:26 PDT

MEDICAL RECORDS
MAY 03 2024
RECEIVED

Printed by:     Rhoades, Yrma G                    Page 2 of 2
Printed on:    05/02/2024 12:22 PDT

Facility COR

14

COR - California State Prison, Corcoran
4001 King Avenue
P.O. Box 8800
Corcoran, CA 93212-

Patient:                    **RAMIREZ, SAUL MIRANDA**
DOB/Age/Birth Gender:       5/27/1960   63 years      Male        CDCR #:  H84928
Gender Identity:            Male                                   PID #:  11696551
Encounter Date:             7/30/2022                              Referring:
Attending:                  Anand Mehta,P&S

---

### RFS

Document Type:              RFS
Document Subject:           COR1738
Service Date/Time:          4/30/2024 00:00 PDT
Result Status:              Auth (Verified)
Perform Information:        Hernandez,Dakoda OA (4/30/2024 14:24 PDT)
Sign Information:           Anand Mehta,P&S (5/2/2024 21:44 PDT); Hernandez,Dakoda
                            OA (4/30/2024 14:24 PDT)
Authentication Information: Hernandez,Dakoda OA (4/30/2024 14:24 PDT)

Encounter Info: Patient Name: SAUL RAMIREZ,DOB: 05/27/1960,CDCR: H84928,FIN: 1000000101169655 1H84928 Facility: COR,Encounter Type: institutional Encounter

---

Legend: c=Corrected  @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

Report Request ID:  83596217                                      Print Date/Time:  5/7/2024 10:03 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.

15



4/3/25   7220