**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SAUL MIRANDA RAMIREZ,<br><br>　　　　　Plaintiff,<br>　　v.<br>WARDEN DANIEL SAMUEL, et al.,<br><br>　　　　　Defendants. | Case No. 2:23-cv-07576-SPG (BFM)<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Third Amended Complaint, (ECF No. 62 ("TAC")), the records on file, and the Interim Report and Recommendation of the United States Magistrate Judge, (ECF No. 83 ("Report")). Further, the Court has engaged in a *de novo* review of those portions of the Report to which objections have been made.

　　　The Report recommends that Defendant's Motion to Dismiss be granted in part and denied in part. (Report). Plaintiff's objections to the Report, (ECF No. 87 ("Objections")), do not merit any change to the Report's findings or recommendations.

　　　Plaintiff objects that Defendant Macias failed to intervene when Plaintiff was denied a follow-up appointment with a neurosurgeon and other medical treatment.

(Objections at 2, 4–7). As the Report explains, however, Plaintiff "fails to plausibly allege that Defendant Macias prevented any treatment or that he purposely caused delays in Plaintiff's appointments." (Report at 14). The attached exhibits show that "Plaintiff consistently received medical treatment." (*Id.* (citing ECF No. 62 at 78–190)). Moreover, "none of Defendant Macias's decisions demonstrate that he was deliberately indifferent to Plaintiff's medical need." (Report at 15).

Plaintiff also objects that Defendant Macias knew about a plot among correctional officers and a mental health therapist to retaliate against Plaintiff for filing grievances. (Objections at 2–3). However, Plaintiff did not raise this allegation against Defendant Macias in the Third Amended Complaint. (ECF No. 62 at 4, 15–19). As the Report warned Plaintiff, "he is required to seek leave of the Court when adding new claims or Defendants." (Report at 10 n.2).

It is ordered that:

(1) the Interim Report and Recommendation is accepted and adopted;

(2) Defendants' Motion to Dismiss, (ECF No. 73), is GRANTED, in part, to the extent that it seeks dismissal of claims against the California Department of Corrections Rehabilitation, Defendant Moseley, and Defendant Macias;

(3) Plaintiff's Eighth Amendment claim against Defendant Macias is DISMISSED with prejudice;

(4) Plaintiff's disability related claims are DISMISSED with leave to amend;

(5) Plaintiff is granted thirty days from the date of this Order to either amend his Third Amended Complaint remedying the deficiencies with his disability related claims only, or to inform the Court that he intends to proceed on his remaining claims. Such leave to amend is limited to amending claims alleged in the Third Amended Complaint, absent permission from the Court to add additional claims or Defendants; and

(6) The Clerk of Court is directed to serve this Order on all counsel or parties of record.

**IT IS SO ORDERED.**

DATED:  December 12, 2025

_____
SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE